

DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC  20227

ACTING ON BEHALF OF
U.S. SMALL BUSINESS ADMIINISTRATION

CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Karl Lippard, Inc.
2544 Patriot Hills
Colorado Springs, CO 80904

Karl C. Lippard
2544 Patriot Hills
Colorado Springs, CO 80904

**Total debt due United States as of March 7, 2023:**
                **Principal: $100,801.08**
         **Interest (@7.38%): $ 28,819.17**
           **Treasury 32% fee: $  41,478.74 (**pursuant to 31 U.S.C. 3717(e) and 3711(g)(6)
             **DOJ 3% fee: $    5,291.75**
           **(pursuant to 28 U.S.C. 527, Legislative Note)**
                 TOTAL:  $176,390.74

I certify that the U. S. Small Business Administration (SBA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with the debtor's March 2017 default on a $150,000 SBA-insured loan

CE**RTIFICATION:**   Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Small Business Administration.

Date:  10/26/22

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date: 3/7/2023



GOVERNMENT EXHIBIT 8