**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01078-MDB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARL C. LIPPARD,

    Defendant.

---

PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO
SUBMIT THE PROPOSED SCHEDULING ORDER AND TO
SET A PRE-SCHEDULING CONFERENCE

---

    Plaintiff, the United States of America, through United States Attorney Cole Finegan and Assistant United States Attorney William B. Gillespie, respectfully requests that the Court extend the deadline to submit the Proposed Scheduling Order from June 26, 2023, to July 27, 2023, and respectfully requests that the Court set a Pre-Scheduling Conference on or after July 5, 2023. In support of its Motion, Plaintiff submits the following:

    1.    Plaintiff filed its Complaint against Defendant, Karl C. Lippard, in the above-captioned civil action on April 28, 2023. (Doc. No. 1).

    2.    Also on April 28, 2023, Plaintiff sent Defendant a Notice of Lawsuit and Request to Waive Service of a Summons.

    3.    The Court issued its Order Setting Initial Case Deadlines on May 1, 2023. (Doc. No. 4). That order set June 26, 2023, as the deadline to submit the Proposed Scheduling Order.

(*Id.* ¶ 2).  The order also encourages the parties to request a Pre-Scheduling Conference where at least one party is *pro se*.  (*Id.* ¶ 13).

4. Defendant, who is *pro se*, signed the Waiver of Service of Summons on May 2, 2023, and returned it to Plaintiff.  (Doc. No. 5).

5. Because Defendant waived service of the summons, his Answer to the Complaint is not due until June 27, 2023.  Fed. R. Civ. P. 12(a)(1)(A)(ii).

6. The parties are likely to have a more substantive and meaningful discussion of the claims and defenses at the discovery planning conference if it is scheduled after Defendant's deadline to file his Answer.  Accordingly, the United States respectfully requests that the deadline to submit the Proposed Scheduling Order be reset at one month after the Answer is due, which is July 27, 2023.

7. Consistent with paragraph thirteen of the Order Setting Initial Case Deadlines, undersigned counsel believes a Pre-Scheduling Conference could be helpful in streamlining processes because one party is *pro se*.  Undersigned counsel believes a Pre-Scheduling Conference would be most helpful if scheduled sufficiently in advance of the Proposed Scheduling Order deadline to allow the parties to have their discovery planning conference after the Pre-Scheduling Conference.

8. Pursuant to D.C.COLOLCivR 7.1(a), undersigned counsel has conferred with Defendant.  Defendant informed undersigned counsel that he does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to submit the Proposed Scheduling Order from June 26, 2023, to July 27, 2023.  Additionally, Plaintiff respectfully requests that the Court schedule a Pre-Scheduling Conference on July 5, 2023, or thereafter.

DATED this  22nd  day of May 2023.

    COLE FINEGAN
    United States Attorney

BY: s/ William B. Gillespie
    ***William B. Gillespie***
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Email: william.gillespie@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd  day of May 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and true copies were mailed via regular mail to:

Karl Lippard
2544 Patriot Heights
Colorado Springs, CO 80904

    s/ Annika Grisham
    Financial Litigation Unit