IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01078-MDB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARL C. LIPPARD,

    Defendant.

___

ORDER EXTENDING THE DEADLINE TO SUBMIT THE
PROPOSED SCHEDULING ORDER AND SETTING
A PRE-SCHEDULING CONFERENCE

___

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Extend the Deadline to Submit the Proposed Scheduling Order and Set a Pre-Scheduling Conference. Upon consideration and for good cause shown, IT IS ORDERED that the Motion is GRANTED. Accordingly, it is further ORDERED that the deadline to submit the Proposed Scheduling Order is extended to July 27, 2023. It is further ORDERED that a Pre-Scheduling Conference is set for July __, 2023 at _____.

    SO ORDERED this ___ day of _____, 2023.

                                    BY THE COURT:

                                    _____
                                    Maritza Dominguez Braswell
                                    United States Magistrate Judge