# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01078-MDB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARL C. LIPPARD,

    Defendant.

---

## ORDER VACATING THE DEADLINE TO SUBMIT THE PROPOSED SCHEDULING ORDER AND SETTING A PRE-SCHEDULING CONFERENCE

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Extend the Deadline to Submit the Proposed Scheduling Order and Set a Pre-Scheduling Conference. Upon consideration and for good cause shown, IT IS ORDERED that the Motion is **GRANTED IN PART and DENIED IN PART**. A **Pre-Scheduling Conference** is set for **July 10, 2023 at 10:00 am**. The proceeding will be conducted entirely by VIDEO (participant instructions attached). The deadline to submit the Proposed Scheduling Order is hereby **VACATED** and will be reset during the Pre-Scheduling Conference.

SO ORDERED this 25th day of May, 2023.

BY THE COURT:

Maritza Dominguez Braswell
United States Magistrate Judge