# Cisco Meeting App Instructions

# Judge Dominguez Braswell

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.

  https://meet.uc.uscourts.gov/meeting/617286044?secret=sP.qIkX5dlWqFdXAEJ_Zgg

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

  2221100@uc.uscourts.gov  Meeting ID- 617286044#


- For Audio Only:

  - Phone: 571-353-2301, then enter 617286044

- <span style="color:red">**Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**</span>

  **<u>Family Member/Public/Media "listen" to hearing:</u>**

  Toll Free: Unassigned at this time
  Access Code: Unassigned at this time#