IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No:   23-cv-01078-MDB | Date:   July 10, 2023 |
| Courtroom Deputy: E. Lopez Vaughan | FTR:   Courtroom 101 |

*Parties:*                                                              *Counsel:*

USA                                                                     William Gillespie

   Plaintiff,

v.

Karl Lippard                                                            Pro se

   Defendant.

## COURTROOM MINUTES

**PRE-SCHEDULING CONFERENCE**

**10:01 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court at the request of Plaintiff. The Court explains the litigation process, the purpose of the Scheduling Order, and the parties' obligation to confer and file a Proposed Scheduling Order. Plaintiff notes that Defendant has not filed a response to the Complaint and though the due date has passed, there will be no objection to the Court extending the filing deadline. Accordingly, it is

**ORDERED**:   The deadline for Defendant to file an answer is extended to **August 1, 2023**. It is further

**ORDERED**:   The parties shall confer and submit a proposed Scheduling Order on or before **July 27, 2023**. It is further

**ORDERED**:   A Video Scheduling Conference is set for **August 3, 2023 at 10:00 am** (participant instructions attached).

**10:20 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:19

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.