**The United States District Court**

**For The District Of Colorado**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2023

JEFFREY P. COLWELL
CLERK

**Civil Action No: 23-cv-01078-MDB**

**United States Of America**

**Plaintiff**

**v.**

**Karl C. Lippard**

**Defendant**

---

**Motion To Dismiss**

---

**The Defendant herein represents that the loan facilitator, FirstBank of Colorado, has offered to settle the case debt by paying the full amount specified by the Complaint of $128,702.61 under conditions of Hold Harmless stated.  Exhibit 1.**

**Further, the Defendant is laboring under Federal Code 115 section 2382.**

 "Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to **some judge of the United States,** or to the governor or to some judge **or justice of a particular State**, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both."

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII,
§ 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

In the interest of Justice, any further financial burden beyond the stated obligation to the SBA loan specified in the Government's Complaint items 35, 42, and 46, if any, be waived for cause. The Defendant has complied with Federal Code Chapter 115 Section 2382 and hereby notifies this Court a claim of Treason has been made in this case under Federal Code Chapter 115, Sec 2381 and where the Court has stated jurisdiction in its Complaint I, under 28 U.S.C. Sec 1391 (b) (1) (2) "Because substantial part of the events giving rise to this claim occurred in this judicial district." Under Federal Code 115 Section 2382 requirement the Defendant also has notified a former President of the United States, an Attorney General of Oklahoma, its Governor Stitt, Congressman Doug Lamborn of Colorado, Congressman Jim Jordan of Ohio, Senator Charles Grassley of Iowa, and the Heads of State of two Countries: Crown Prince HRH Mohammed bin Salman Saudi Arabia, and Prime Minister Narendra Modi of India injured in this matter. As a witness for the United States in which this Court has jurisdiction, and as part of the body of this case pending, the Defendant wishes to close this matter with the Court's acceptance of FirstBank's offer, favoring the United States Department of Justice where the current Defendant, Karl C. Lippard as a witness, is in conflict of opposing Federal laws.

This charge of Treason and the claim is based in part on many documents which prevented the Defendant from paying the SBA loan that brings us to this court. **Exhibit 2** "China Investment International Group Ltd, Cash Backed Letter of Credit dated 5 September 2016 for 1 billion dollars. **Exhibit 3 thirty-three pages,** is a composite of lending instruments for a wire transfer of funds blocked from Defendants account in the amount of **224 Billion Euros** with screenshot confirmation of receipt dated 29 May 2018. The business of the Defendant was to provide three things to the United States for its National Security. **A)** The repair and protection of the United States from Electromagnetic pulse (EMP) of the National Power grid called Project NANCY. (Included in the commitment to **a new source of electricity** for all homes and businesses in the United

States and other countries.) 40 Billion dollars document to start dated 8 September 2018**;** **b)** provide Naval Ships commitment of 65 billion dollars to start for 50 Destroyer ships called Project Navy. POTUS commitment, 25 April 2018 and POTUS letter of 4 May 2018; **c)** *Strategic Alliance:* arms and ammunition supply for the United States and allies under projects called Project Atlantic with the Kingdom of Saudi Arabia starting at 20 billion dollars, 24 April 2018;  Project Pacific funding of defense contracts with India, 25 April 2018.

**Exhibit: 4.** Blackrock graph. Blackrock/Vanguard owns and controls the US Power Grid including 23 Nuclear facilities. Blackrock/Vanguard owns and controls the Naval Shipbuilding. Blackrock owns and controls all meaningful arms and ammunition companies in the United States. They do not own the Defendant patents herein valued by these commitments of more than 270 billion dollars. They have however successfully blocked patent use from all bank lending, finance, and other institutions, and own the various credit bureaus, transportation, oil companies, railroads, trucking, mortgage companies, and benefited from ownership of insurance companies that received more than $3.1 million in Keyman insurance premiums paid via FirstBank through Wells Fargo to facilitate a $1 billion Cash Backed Line of Credit loan (And others) being held by FirstBank and Wells Fargo. From their delays, denied any form of loan, corporate or personal to pay-off to the small SBA loan and called the SBA note.

The Court should appreciate that ANY incoming wire transfers internationally called the SWIFT (Controlled by Blackrock) legal approvals must be made and certified as viewed in some detail in **Exhibit 3**. The end user, the Defendant, must be internationally approved. Validated at the highest level of Government and the purpose for which the funds are to be used verified. This means that **the banks and bank officers** involved in this case must also be completely aware in minute detail of all commitments and activity. And they were.

Comes now the **Motion to Dismiss**. In **Exhibit 1** agreement of FirstBank's proposal to pay the full amount, note under terms of *Hold Harmless* the word "Patents" is used. Patents were being sought under this SBA-created default loan. More than $397,000.00 in inventory was surrendered and now unaccounted for, for a gross debt of less than $88,000.00. A net recovery applies to SBA loan of less than $10,000.00 plus fees to arrive at **$128,702.61 debt. Then pursued patents of the Defendant under the authorization of an SBA loan agreement, of more than 270 billion dollars in patent value.**

The blocking of funds by banks individually or in collusion while they may be illegal a felony case cannot be brought by the Defendant. The claim of the Defendant is (Nelson Bowers and BOWMOR Capital Funding, LLC vs. Karl Lippard and FNGB Corp case No 2:04-CV-032-RWS United States District Court Northern District of Georgia, Gainesville Division page 5 of the Order) that while Federal Firearm ATF laws were allegedly violated, and the Defendant reported, the Gainesville Court upheld the Defendant, Karl Lippard's position, that the activity of another determined by the Defendant to be of a felony nature, prevented the Defendant from doing business and does not present a Federal question. In the case, before this Court, the *blockage* of the Defendant to perform due to alleged criminal activity prevented the Defendant's ability to satisfy an SBA debt. That such blockage has prevented the aforementioned projects of a National Security nature from being fulfilled. The blockage by banks controlled by Blackrock/Vanguard of Cash Backed Letter of Credit, and a large transfer of a capital loan of more than 224 billion Euros has damaged the United States' ability to sustain a Magnetic Pulse attack. Denied every American secure electricity in times of outage, national disaster, and war; Denied the protection of a depleted Navy; and Denied the protection of patented Arms and Ammunition to supply to the United States and its named allies during the war in Afghanistan thereby aiding and abetting enemies of the United States in all three

categories. Such activity the Defendant has reported Treason and other Federal Firearm

felonies to law enforcement and in this court according to Federal laws recited to add:

## §903b. Art. 103b. Aiding the enemy

Any person who-
(1) aids, or attempts to aid, the enemy with arms, ammunition, supplies, money, or other things; or
(2) without proper authority, knowingly harbors or protects or gives intelligence to, or communicates or corresponds with or holds any intercourse with the enemy, either directly or indirectly; shall suffer death or such other punishment as a court-martial or military commission may direct. This section does not apply to a military commission established under chapter 47A of this title.

(Aug. 10, 1956, ch. 1041, 70A Stat. 70 , §904; Pub. L. 109–366, §4(a)(2), Oct. 17, 2006, 120 Stat. 2631 ; renumbered §903b, Pub. L. 114–328, div. E, title LX, §5401(5), Dec. 23, 2016, 130 Stat. 2938 .)

Thus under Federal Code and AFT laws, Defendant was required to report such felonies

for government review as required under penalty of Federal License and as a citizen to

do so under Chapter 115 sec 2382. And to declare today that no avenue is available not

blocked to the Defendant to remedy these suffrages of the People before this court today.

In the **Motion to Dismiss** the Court can better decide with the provided background

information. **More than one-third of the world's population has been damaged

itemized by the claim herein of Treason and remains in jeopardy today.** Under the

Defendants' licensed authority as an arms manufacturer, he must decide if Federal law

has been violated. It does not give way to monetary consideration or self-preservation.

The defendant is charged to *uphold the law* as the last protection of the United States in

matters of Treason, firearm and ammunition violations, smuggling, money laundering,

and other violations within his purview. Four Banks, one Corporation, and a minimum of

five individuals remain beyond this Motion to Dismiss.

The **Motion To Dismiss** under the offer to pay the full amount by the loan facilitator

FirstBank has been weighed. With the approval of the Court, the Defendant supports a

Motion to Dismiss if so Ordered.

Respectfully submitted, dated 11 July, 2023

Karl C. Lippard, Pro Se

2544 Patriot Heights

Colorado Springs, CO 80904

719-444-0786

karl@karllippard.com


CC:

Cole Finegan, US Attorney by William B. Gillespie

Assistant United SAtates Attorney

United States Attorney's Office

1801 Califiornia Street, Suite 1600

Denver, CO 80202

Tele 303-454-0100

Email William.Gillespie@usdoj.gov sent via email

Counsel for the plaintiff



**Karl Lippard <karl@karllippard.com>**                                    9:04 AM (1
                                                                          hour ago)

to Trevor

Mr. Bartel,

Good morning. I am following up on the document you were preparing. Is it ready for
review?

Regards,
Karl Lippard

On Wed, May 10, 2023 at 5:37 PM Karl Lippard <karl@karllippard.com> wrote:

Yes. You were going to prepare the document.
Regards,
Karl Lippard

On Wed, May 10, 2023 at 5:34 PM Bartel, Trevor G. <tbartel@lewisroca.com> wrote:
Mr. Lippard,

Thank you for your response and just to confirm, you would like to settle any alleged claims as
outlined in my message from yesterday?  This would only include the two substantive points in
my message, not any of the terms regarding FirstBank employees.  If so, I can send a proposed
settlement agreement for your review.

**Trevor G. Bartel**
Partner
tbartel@lewisroca.com
D. 303.628.9591


**From:** Karl Lippard <karl@karllippard.com>
**Sent:** Tuesday, May 9, 2023 5:41 PM
**To:** Bartel, Trevor G. <tbartel@lewisroca.com>
**Subject:** Re: FirstBank v. Karl Lippard, Inc.

CAUTION! [EXTERNAL to Lewis Roca]
------------------------------------------------------------------------

Oh i think it was what was discussed with Conner last. I just thought the last bit concerning
employees should have been more tactful. But it that is how you wish to write it.

Let me know on the banks interest. Banking has gotten to a point that private banks must circle. I
pointed out to Gov Still and banking commissioner Thompson that while they are withdrawing

from BlackRock control, where are you going to put you money. You can and should in my view be a part of that alignment. A side bar. Sorry.

Karl

On Tue, May 9, 2023 at 4:58 PM Bartel, Trevor G. <tbartel@lewisroca.com> wrote:

Mr. Lippard,

FirstBank reviewed your below message and is willing to settle on the same terms Conor previously offered. Specifically:

> 1. FirstBank will agree to forbear from collecting on the Final Judgment in the amount of $128,702.61, including, but not limited to, collection of any patents you or Karl Lippard, Inc. may own.
>
> 2. You (both individually and on behalf of Karl Lippard, Inc.) agree to forgo an appeal of the Final Judgment and release any and all claims against FirstBank, its employees, and representatives

Please be advised that this is FirstBank best and final offer. If this is acceptable we will draft a Settlement Agreement for your review and comment.

**Trevor G. Bartel**
Partner
tbartel@lewisroca.com
D. 303.628.9591



 # 中國投資國際集團有限公司
## China Investment International Group Limited

### CORPORATE RESOLUTION

All of the Directors of China Investment International Group Limited Hong Kong Listed were below in attendance, and in person or by telephone conference General discussion was held concerning the issue, of approving Karl Lippard Inc. Military Weapons Division for a Credit facility for a Cash backed One Billion US Dollars Stand by letter of Credit (SBLC) issued by Banco Central De Venezuela ("BCV") or Banco Central Do Brasil (BCB).

The board of Directors has reviewed financial documentation that Chief Counsel Sir Daniel Rivera, Board Member, and Director, for China Investment International Group Limited an International Business Company incorporated in Hong Kong (CIIG LTD) has forwarded to the Board of Directors.

RESOLUTION 1.

It is resolved that the Board of Directors of China Investment International Group Limited Hong Kong hereby gives, full discretionary authority to Sir Daniel Rivera to facilitate all directives for issuing a Cash Back, One Billion US Dollars Stand by letter of Credit (SBLC) issued by Banco Central De Venezuela ("BCV") or Banco Central Do Brasil (BCB) and full authority to facilitate In behalf of China Investment International Group Limited Hong Kong ,and all related corporations or assignees under the standard terms and conditions , and authorities of China Investment International Group Limited an International Business Company incorporated in ( Hong Kong ).

Sir Daniel Rivera acknowledges that all aspects of the same, were fully Explained in detail to the satisfaction of the Board Member Mr. Yu hua Jian Chairman of the Board of Directors of China Investment International Group Limited an International Business Company incorporated in ( Hong Kong ) with Registered Offices at C a r e t e r a  H i g u e r a  B l a n c a  # 56  S a y u l i t a N a y a r I t , 6 3 7 37 Mexico in a meeting Held on September 5th 2016, adopted the following resolutions.

1

The undersigned hereby indemnifies Sir Daniel Rivera against any misrepresentation any Facsimiles or electronically transmitted documents and are deemed as legally binding delivered originals.

I , Mr. Yu Hua Jian , Chairman hereby swear under penalty of perjury, that the information provided herein is accurate and true As of this date: September 5ᵗʰ 2016.

For and on behalf of:

Mr. Yu Hua Jian, Chairman.
China Passport. G04836936

Yu hua Jian , Chairman . China Passport. G04836936 , Corporation

Registration number: 793538 Hong Kong

For China Investment International Group Limited, Hong Kong

2





EXHIBIT
3

August 15, 2018

Kingdom of Saudi Arabia
HRH Crown Prince Mohammed Bin Salman Bin AbdulAziz Al Saud
Vice President of Ministers Council
Minister of Defense
Riyadh, Saudi Arabia

RE:   Urgent Kingdom of Saudi Arabia National Security Matter/U.S. Strategic Alliance Impact

Your Honourable Royal Highness,

It is with urgent delivery I contact you with notification of an outstanding legal and

political issue of magnitude regarding Security of Kingdom of Saudi Arabia, and The Strategic

Alliance with the United States Department of Defense and contractor, Lippard Holdings LLC.

Sir, it is with regret but my duty to inform you of the potential political and public

scandal brought upon the Kingdom by a Saudi Royal Family member, H.R.H. Prince Abdulaziz

Bin Nawaf Bin Abdulaziz Al Saud.

I respectfully submit to you a most urgent and sensitive matter for your review, on behalf

of my company, Union Access Investments Limited.

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

1



A very serious potential misappropriation of funds has arisen with H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud, whom has been appointed the Asset Manager under Union Access Investments for the sum of  € 224,121,443,323.00 (Euro Two Hundred Twenty Four Billions, One Hundred Twenty One Million, Four Hundred Forty Three, Three Hundred Twenty Three Only) which H.R.H. Prince Abdulaziz Bin Nawaf Bin  Abdulaziz Al Saud has been in receipt of since 29th May 2018.

H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud was legally contracted  to forward those funds according to the  direction of Union Access Investments, but has failed to do so to date and refused all communications thus far.

The official secretaries to H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud, Mr. Fahad Al Zaher, and Mr. Abdul Aziz Jamaluddin have obstructed all communications since 29 May 2018 and have begun demanding upfront, uncontracted payments in order to resolve this.

The result is a most egregious breach of contract on the part of H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud.

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

2



These particular funds under the management of Union Access Investments are intended for infrastructure development, and some proceeds are designated for United States Navy projects with National Security implications respectively. The transaction is lodged with and verified and approved by The US Treasury, The US Federal Reserve, The European Central Bank, IMF, HKMA and Swiss Central Bank.

Knowing the sensitive nature of this confrontation I have reached out to the USA Ambassador HRH Khalid bin Salman bin AbdulAziz Al Saud and brother of the principle the Ambassador to Great Britain without response to letters or telephone communication. I included supporting documentation of the transaction, confirmation of deposit, relationship between Union Access Investments and H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud and commitment letter to President Donald Trump herein attached for your Royal Highness review.

As a friend and supporter of The Kingdom of Saudi Arabia, I humbly request your Royal Highness assistance and guidance to resolve this issue in an expeditious, amicable and confidential manner with H.R.H. Prince Abdulaziz  Bin Nawaf Bin Abdulaziz Al Saud.

---

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

3



Sir, I apologize for not bringing this to Your Highness sooner but felt the matter would have been handled in a few days through these sources and given bad advice.

The President of the United States of America, Mr. Donald Trump was notified of this breach August 2, 2018, by Mr. Karl Lippard relative to his commitment to the United States. Mr. Lippard was advised of the problem in mid July and he too communicated with the USA Ambassador's office several times without response.

In closing, I would like to express my gratitude and appreciation for your time and consideration in this matter. As this is a pressing issue, the file is being delivered electronically, to the USA Ambassador Embassy located at 601 New Hampshire Ave., NW, Washington, DC. USA for official forwarding. A hard copy letter with attachments sent to your Royal Highness via Federal Express this date. I await your Royal Highness Guidance and advice on this sensitive matter.

---

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

4



I am available sir to communicate directly on this matter. I detail for the Kingdom and offer coordinates as detailed below at your convenience.

Yours Sincerely,



08/15/2018

R. Scott Trow, CEO

Email: Trow.scott@gmail.com
Email: st@ldsgold.ae

Enclosures:

1. U.S. Ambassador, Khalid bin Salman bin Abdulaziz, Email and Hard Copy Letter dated

   June 23, 2018, delivered via UPS

2. Minister of Foreign Affairs Adel bin Ahmed Al-Jubeir, Notification July 24, 2018

3. Mr. Karl C. Lippard, Letter to U.S. Ambassador Khalid bin Salman bin Abdulaziz

4. UAI National Security Incident Diligence File

---

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

**From:** Amanda Rutledge [mailto:amanda.rutledge@issamericas.com]
**Sent:** Thursday, June 21, 2018 2:21 PM
**To:** 'ap@saudiembassy.net' <ap@saudiembassy.net>
**Subject:** URGENT - H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz

June 21, 2018

The Honorable Royal Highness Prince Khalid bin Salman bin Abdulaziz
Ambassador of The Kingdom of Saudi Arabia
The Embassy of The Kingdom of Saudi Arabia
601 New Hampshire Ave, NW
Washington, DC 20037

RE: H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz

Dear Honorable Royal Highness,

I respectfully to submit to you a most urgent and sensitive matter for your review, on behalf of
Union Access Investments CEO, Mr. Roger Scott Trow.

A very serious conflict has arisen with H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz
whom has been appointed the Asset Manager under Union Access Investments for the sum of

€ 224,121,443,323.00, which H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz has been in
receipt of since 29 May 2018.

H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz was legally contracted to forward those
funds according to the direction of Union Access Investments, but has failed to do so to
date. The Official Secretaries to H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz, Mr. Fahad
Al Zaher, and Mr. Abdul Aziz Jamaluddin have obstructed all communications since 29 May
2018, and have begun demanding upfront, uncontracted payments in order to resolve this. The
result is a most egregious breach of contract on the part of H.R.H. Prince Abdulaziz Bin Nawaf
Bin Abdulaziz H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz.

These particular funds under the management of Union Access Investments are solely intended
for infrastructure development, and the United States Navy. The transaction is lodged with and
verified and approved by The US Treasury, The US Federal Reserve, The European Central
Bank, IMF and Swiss Central Bank.

Supporting documentation of the transaction, confirmation of deposit, relationship between
Union Access Investments and H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz, and
commitment letter to President Donald Trump are forthwith attached for your review.

As a friend and supporter of The Kingdom of Saudi Arabia, Mr. Trow humbly requests your
assistance to resolve this issue amicably and expediently with H.R.H. Prince Abdulaziz Bin
Nawaf Bin Abdulaziz, and would prefer not to escalate the matter through the Royal Courts or
the regulatory agencies mentioned above, for obvious reasons.

To close, I would like to express my gratitude and appreciation for your time and consideration in this matter. As this is a pressing issue, the file is being delivered electronically, and a hard copy will be delivered to the Embassy located at 601New Hampshire Ave., NW, Washington, DC. If you would like to communicate directly with Mr. Trow in this matter I would be happy facilitate the introduction; my contact information is below.

Respectfully yours,


Amanda L. Rutledge

*Amanda Rutledge*

President/CEO

ISSA Staffing and Technology

ISS Peru, SAC

936-648-5161

amanda.rutledge@issamericas.com

## Fwd: H.R.H.Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud - €224,121,443,323.00 Alleged Funds Missappropiation

From: karl.lippard <karl.lippard@gmail.com>   07/24/2018 (22 days ago

To: aaljubeir@mofa.gov.sa, Scott Trow

Show details

Minister of Foreign Affairs  **Adel bin Ahmed Al-Jubeir**

Dear Sir,

My name is Karl C. Lippard. In Saudi called AL Fahad. My business is National Defense. I have recently been given communications with your office where a response was not received. A similar one to the Ambassador from Saudi Arabia to the United States. Not only did he not respond but failed twice to confirm receipt of my messages to him......?

To the point. I have $270 billion dollars being held by the man in question. I have put aside $10 billion US for a dry dock facility at KAEC for US ships in the region. I have allocated $120 billion in addition to that for classified work in the Kingdom....Yet I don't get a response to communications critical to international relations and USA National Defense matters that are contained in the communications sent. With respect sir, why is that? Is the criminal in question an untouchable? Doesn't the offense warrant a response?

Shortly our Commander in Chief will be advised of this situation. I must file a legal brief in Federal Court that will go viral within 5 minutes of posting. An International Arrest Warrant issued for his extradition to the USA for trial. My lender and I have been patient while the subject has profited with UBS bank at the rate of $1 billion per day since May. Am I expected sir to be amused?

All that was required was professional courtesy in communication. Perhaps advice if not informing HRH Mohammed bin Salman bin Abdulaziz Al Saud quietly of this problem which requires the release of MY FUNDS, not the offenders money, to our account. Thus we can continue about our business. However once in the public domain this dirty business given the great amount will be news for a year or more. I am not found of airing United States security business in public nor confronted about international security business in your region of the world either.

I would appreciate your advice in this matter Minister. It is in our best interest to bury this matter swiftly. And since June 24th have not received acknowledgement of correspondence.  May I hear from you sir?

Sincerely,

# آل فهد

Karl Lippard

719-439-4463 direct cell in the USA and Kingdom

---------- Forwarded message ----------
From: Scott Trow<trow.scott@gmail.com>
Date: On Sun, Jun 24, 2018 at 11:08 AM
Subject: Fwd: H.R.H.Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud - €224,121,443,323.00 Alleged Funds Missappropiation

"Do not go where the path leads, I say go where there is no path and leave a trail".

From: Scott Trow <trow.scott@gmail.com>
Date: Sun, 24 Jun 2018, 7:56 pm
Subject: Re: H.R.H.Prince Abdulaziz Bin Nawaf  Bin  Abdulaziz Al Saud - €224,121,443,323.00 Alleged
Funds Missappropiation
To: <aaljubeir@mofa.gov.sa>
Cc: Scott Trow <trow.scott@gmail.com>, <st@ldsgold.ae>

Your Excellency,

I respectfully submit to you a most urgent and sensitive matter for your review, on  behalf of my
company, Union Access Investments Limited.

A very serious potential misappropriation of funds has arisen with H.R.H. Prince Abdulaziz Bin
Nawaf Bin Abdulaziz Al Saud, whom has been appointed the Asset Manager under Union
Access Investments for the sum of
€ 224,121,443,323.00 (Euro Two Hundred Twenty Four Billions, One Hundred Twenty One
Million, Four Hundred Fourty Three, Three Hundred Twenty Three Only) which H.R.H. Prince
Abdulaziz Bin Nawaf Bin  Abdulaziz Al Saud has been in receipt of since 29th May 2018.

H.R.H. Prince Abdulaziz Bin Nawaf Bin  Abdulaziz Al Saud was legally contracted  to forward
those funds according to the  direction of Union Access Investments, but has failed to do so to
date and refused all communications thus far.

The official secretaries to H.R.H. Prince  Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud, Mr.
Fahad Al Zaher, and Mr. Abdul  Aziz Jamaluddin have obstructed all  communications since 29
May 2018 and have begun demanding upfront,  uncontracted payments in order to resolve this.
The result is a most egregious breach of contract on the part of H.R.H. Prince Abdulaziz Bin
Nawaf Bin Abdulaziz Al Saud.

These particular funds under the management of Union Access Investments are intended
for  infrastructure development, and some proceeds are designated for United States Navy
projects with National Security implications respectively.

The transaction is lodged with and verified  and approved by The US Treasury, The US Federal
Reserve, The European Central Bank, IMF, HKMA and Swiss Central Bank.

Supporting documentation of the transaction, confirmation of deposit,  relationship between
Union Access  Investments  and H.R.H. Prince Abdulaziz  Bin Nawaf Bin Abdulaziz Al Saud
and commitment letter to President Donald Trump are attached for your review.

As a friend and supporter of The Kingdom of Saudi Arabia, I humbly request your assistance to
resolve this issue in an expeditious, amicably and confidential manner with H.R.H. Prince
Abdulaziz  Bin Nawaf Bin Abdulaziz Al Saud.

I would prefer not to escalate the matter  through the Royal Courts or the regulatory  agencies
mentioned above, for obvious  reasons.

In closing, I would like to express my gratitude and appreciation for your time and consideration in this matter. As this is a pressing issue, the file is being delivered  electronically, and a hard copy has been delivered to the Embassy located  at  601  New Hampshire  Ave., NW,  Washington, DC. USA.

If you would like to communicate directly with me in this matter please feel free to contact me at any of the coordinates as detailed below at your convenience.

Yours Sincerely,


R. Scott Trow
Email: Trow.scott@gmail.com
Email: st@ldsgold.ae
Phone: +63-929-836-3862


"Do not go where the path leads, I say go where there is no path and leave a trail".



June 20, 2018

Ms. Amanda Rutledge
ISSA Staffing and Technology and International Security Services of Peru ("ISS")
International Security Services of Peru, SAC, a corporation incorporated in Peru ("SAC")

Mr. Faron Russell
CLS Logistics & Security U.S.A.

RE:  Risk Management Services Contract Authority, HRH Prince Saudi Arabia

Dear Ms. Rutledge and Mr. Russell:

This letter serves as Letter of Authority to confirm contracted services on my behalf for security and risk management services regarding the issues that have arisen by the attorney's lack of performance and communication as referenced in the file provided.

I hereby authorize Mr. Faron Russell's attendance on my behalf at meeting in the Saudi Arabian Embassy, Washington D.C.  An escalation for the immediate resolution with the assistance of the Embassy is of utmost importance.

The actions of the office of H.R.H. in Saudi Arabia, has now delayed the funding slated June 1, 2018 and the committed support of the U.S. Department of Defense with Lippard Holdings which is critical.

Most respectfully,

R. Scott Troy
Chairman & CEO

RST: rs

---

**Registered Address**
**Union Access Investments Limited**
**Holly House**
**220 London Road**
**Chelmsford CM2 9AE**
**United Kingdom**

Copyright © 2018, All Rights Reserved.

**ACTIVE TRANSACTION AND BANK CLEARANCE APPROVALS**

1. US Federal Reserve (UAI will authorize for verification)
2. European Central Bank
3. Swiss Central Bank
4. Bank of International Settlements
5. IMF
6. CIA
7. Mossed
8. MI6
9. C15 and C3

**TRANSACTION STATUS**

i. We have requested in writing confirmation the funds are under the Princes control.

ii. We have requested in writing confirmation the Princes has no objection to transfer the funds to Hong Kong.

iii. We have provided a commission guarantee for him.

iv. We have prepared a commission guarantee to his secretaries; Fahad and Abdul.

All the above needed to be signed and acted upon as we have confirmation from UBS the Prince has the funds. If they signed and transferred their commissions are to be paid.

The Secretary to HRH who has the POA to release the transfer, is now demanding $5m advance to release the funds. He has blocked communications with HRH, who is at risk of court filing for default for nonperformance.

<u>This places Prince Aziz at risk not only to Royal Court filing, loss of 750 Million fee, but it also subjects him to potential international security risk; as he has been blacklisted in the financial systems and may not be aware due to the block in communication and request for advance fees to be released.</u>



June 16, 2018

Mr. Karl C. Lippard, CEO
Lippard Holdings LLC
3259 Electra Drive South
Colorado Springs, CO 80906

RE:  United States Department of Defense Funding Commitment 65 Billion USD, Navy Ships
     Lippard Holdings LLC Stock and Facility Purchase 1B and 20M  respectively

Dear Karl,

This letter and attached documentation is provided as a verification to include proof of funds on behalf of
Union Access Investments Ltd. for the Lippard Holdings stock purchase and 65B USD project funding
commitment referenced above to the United States of America Secretary of Defense.

The delay in receipt of funds to you for the stock purchase and our projects in support of the United States of
America has been caused by nefarious behaviour of two secretaries of H.R.H. Prince Abdulaziz Bin Nawaf
Bin Abdulaziz;  Mr. Fahad Al Zaher, and Mr. Abdul Aziz Jamaluddin.

Prince Abdulaziz in his contracted role as asset manager and his secretaries, have withheld the wire transfer
of the 224 Billion Euros to my designated account.  The refusal to wire as agreed needs to be corrected
immediately as it has interfered with release of funds to Lippard Holdings and POF to the United States
Department of Defense.

This should be corrected immediately with the order for the transfer to the designated account being
provided.   The wire would then be received in Hong Kong in my designated account within four hours.

Within 96 hours of receipt into the designated account, I will fund the commitment for the stock purchase as
well as the training center in Colorado.  The United States Department of Defense Naval ship project proof
of funds will be released from Barclay's Bank at that time.

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.



The secretary can perform the needed bank order within 5 minutes, and should provide a copy of the wire instruction sent today, in order to expeditiously conclude our business to the benefit of Lippard Holdings LLC and the United States Department of Defense.



Most respectfully,

R. Scott Trow
Chairman & CEO

RST: rs

Enclosures:  Proof of Funds, 224 Billion Euros
             Passport, H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz, No D091048
             Letter of Commitment, United States of America, 65B USD

**Registered Address**
**Union Access Investments Limited**
**Holly House**
**220 London Road**
**Chelmsford CM2 9AE**
**United Kingdom**

Copyright © 2018, All Rights Reserved.

2



April 25, 2018

The President of the United States
Mr. Donald Trump
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

RE: Bank Guarantee Transaction Issuance with Rolls & Extensions by Tranche Sizes; Standby Letter of Credit or Bank Guarantee 65 Billion USD

Dear Mr. President:

Please accept this letter as confirmation of Union Access Investments Ltd. and its designated entities have the ability to fund, per proposed contracts with regard to the manufacturing and order of leased naval vessel under the direction of Mr. Karl Lippard. Each individual contract for consideration is to be promptly reviewed and approved upon a per transaction basis, with the disclosure of the ability of review for funding of up to $65,000,000,000.00 (Sixty-Five Billion USD) for initial consideration.

The Bank Guarantee/Standby Letter of Credit request required per contract as provided to Mr. Karl Lippard for review and consideration would be scheduled for release and disclosed accordingly upon meeting approval. Union Access Investments Ltd. has the capacity to provide the funding requirements delineated to meet the needs of the contracts following Mr. Lippard's proposals to the United States of America Secretary of the Navy. Any additional confirmation or due diligence materials from Union Access Investments, Ltd shall be provided upon request.



Most Respectfully,

R. Scott Law
Chairman & CEO

RST: rs

cc: United States Secretary of Defense
     United States Secretary of the Navy

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

```
============ IP SPECIAL TRANSFER SWIFT Message Transmission ==========
456:/Bank Sender IBAN: CH51 0022 5225 9529 1301 C
457:/Bank Sender Swift: UBSWCHZH80A / UBSWCHZH80G
295:/Bank Sender Global IP: 193.5.110.18
095:/Bank Sender Network Delivery Status: Global ACK
765:/Bank Sender Terminal: Terminal.UBSAG.326 / BSLN92327.ADM1
485:/Bank Global Server ID: K8HGTXN0OEMD6G
104:/Bank Transaction ID: 103 via ISTW WIFT MT 10120500110149e555c4
505:/Bank Input By: 17:07 GMT+1 May 11 2018
356:/Bank Server Serial ID: F21 25 dd 94 0d f6 51 7e f1 3c 44 63 5a 05 ed 21

1://SRV1 Name=ebanking-ch1.ubs.com

2://SRV1 Name=ebanking-ch2.ubs.com

3:// SRV3 Name=ebanking-ch.ubs.com
758:/Bank Sender Transfer: 3e 81 c4 1d 74 9f 55 91 7a 4f f21 9 6f 14 f1 49 e5 D86 bd df
864:/Input by SWISS Global Time: 17:07 GMT+1 May 11 2018
658:/CHIPS UID: #354459
198:/Bank Complement: 0011017A11530103 D866GGTX
564:/Bank UNIQUE TRANSACTION REFERENCE: //654.983.D 84
648:/IMAD No.: 110301516110149E 1615000015644453492824
828:/S2S Bank Officer System Operator: BSLN.SC.ADMIN

937:/:Client Sender Account Holder: JACEK W.SPYRA
548:/:ISIN CH0011432447
459:/:Clearing Code: 230
037:/:Client Bank: UBS AG
396:/:Client Swift Code or BIC: UBSWCHZH80A
105:/:Client Account number in CHF: 44.650422.4886
956:/:Client Account drop in CHF: 44.650422.4886
456:/:CHN: 2447
495:/:Transaction ID Ref: //.BSLN.32.// 18 530 103
209:/:Client Transfer Amount: 224,121,443,323.00 #EUR#
1012:/:Client Sub Terminal Account: UBSAG.326

987:Receivers/ Transmission IP: 193.5.110.18
574:Receiver/ Bank name: UBS AG
927:Receiver/ Bank address: Place de Cornavin 12, 1201 Geneve, Switzerland
183:Receiver/ Swift Normal: UBSWEHZH80A
744:Receiver/ IBAN: CH08004024096766060L
364:Receiver/ Beneficiary Account Name: HRH Abdul Aziz Bin Nawaf bin Abdul Aziz Al Saud
794:Receiver/ Protection Bank Officer: Mr. Cedric T. Deleamont +41 22 375 4658
316:Receiver/ Amount: 224,121,443,323.00 #EUR#

*********** Sender Transmission IP Special Transfer SWIFT ************
// Sender Amount: 224,121,443,323.00 #EUR#
// ACCESS CODE: 09665382015121815000079000000008
// RECEIVER CODE: 5T/RA-UBS-GO-AZ/05/11/2018 001205103880014421
// PROVIDER CODE: 5T/RA-UBS-GO-AZ/05/11/2018 001205103880014421
// TRANSMITTING BANK: UNION BANK OF SWITZERLAND
// BANK ADDRESS: BAHNHOFSTRASSE 34-45 ZURICH AZ BAZIR / Gold F. CH8
// TELEX NOS: 411 512 551
// CABLE ADDRESS: BT-C-353965367/B-436546-UBSAG4545
// SWIFT CODE: 341000-T-045-01001-34067.SEC UBSCHW485671
// 1) DEPOSIT CODE: M531-7824-9066/M5105-8257-065
// 2) BLOCKERING CODE: set by recvng bank own one
// 3) REFERENCE CODE: M450-4825-5069. M5307-8459-4567811243103
// 4) FEDS CODE: F -2100100.5445.M530-7825-9069. M5307-8259-440
// 5) SECURITY CODE: set by recving bank
// 6) WITHDRAWAL FEDS CODE: set by recving bank
// 7) INTERNATIONAL DEPOSIT CODE: UBS78259069 IDCT/NO.78098-CA-92708
// 8) DEPOSIT TRANSACTION NOS: Leg/No M530-7825-9069. M5307-8259-443
// 9) MILLION/BILLION DEPARTMENT SUISSE: Art/Y-Law-21-Suissa Government,PCT&1716
// 10) ONE TIME SATELITE/DOWNLOAD CODE:441010002053394.K421000003205444
-------------------- End of Code Transmission---------------
ENCRYPTED CIPHERED ENDTRNSM // 44001011039205T4#A0320219G440010130AU77B103205S94409
transmitter v6.0 K8HGTXN0OEMD6G 900 66.21 101 103 000000000 44 20500001101 307
```



## WIRE INSTRUCTIONS

The funds are to be immediately transferred to the bank coordinates below, with a screenshot provided to evidence the transfer:

**COMPANY NAME:**              **HONG KONG WEM LONG BIOL SCI-TECH LTD**

**COMPANY ADDRESS**           **11F Capital Centre 151 Gloucester Rd Wanchai Hong Kong**

**REG NUMBER:**               **903152**

**REPRESENTED BY:**           **PU YAHUI**

**PASSPORT NUMBER:**          **532401196811280618**

**COUNTRY:**                  **CHINA**

**BANK NAME:**                **BANK OF COMMUNICATIONS CO LTD**

**BANK ADDRESS:**             **WHEEL LOCK HOUSE CENTRAL HONG KONG**

**ACCOUNT NAME:**             **HONG KONG WEN LONG BIOL SCI-TECH LTD**

**ACCOUNT NUMBER (EURO):**    **275329187160**

**SWIFT CODE:**               **COMMHKHHXXX**

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

THIS Joint Venture **AGREEMENT** IS MADE ON THIS 8TH, **DAY OF APRIL 2018** BY AND BETWEEN:

**HRH PRINCE ABDULAZIZ BIN NAWAF BIN ABDULAZIZ AL SAUD (HRH)** with legal registered address ------------ bearing Kingdom Of Saudi Arabia issued Passport No D091048

HEREINAFTER REFERRED TO AS THE "**ASSET MANAGER**"

**AND**

**UNION ACCESS INVESTMENTS LIMITED (UAI),** with a legal address of HOLLY HOUSE, 220 LONDON ROAD, CHELMSFORD CM29AE, UNITED KINGDOM , represented by, ROGER SCOTT TROW 510912456, passport number

TRANSACTION CODE: HRH**44.650-001**

HEREINAFTER REFERRED TO AS THE "**INVESTOR**"

**RECITALS:**

**WHEREAS, THE "INVESTOR" OWNS AN "ASSET", IN THE FORM OF** FUNDS **IN THE NAME:** Mr Jacek Wojciech Spyra IN ACCOUNT NUMBER 44.650.422.4886, HELD AT UBS BANK WHOSE BANK ADDRESS IS ZURICH WITH A VALUE OF €1 Billion (One Billion EURO) HEREINAFTER REFERRED TO AS THE "ASSET", DERIVED FROM GOOD, CLEAN AND CLEAR FUNDS OF NON-CRIMINAL ORIGIN AS DESCRIBED, AND AUTHORISES THE ASSET MANAGER TO MANAGE THE SAME BANK GUARANTEE IN INVESTMENTS, WITH FULL AUTHORITY ON BEHALF OF THE INVESTOR. THE INVESTOR ALLOWS THE ASSET MANAGER TO TRANSFER, ASSIGN SUCH "ASSET" INTO AN INVESTMENT PORTFOLIO MANAGED BY THE "ASSET MANAGER".

**WHEREAS, "ASSET MANAGER"** HAS THE EXPERTISE, SOURCES, KNOWLEDGE, AND ACCESS TO STRUCTURED INVESTMENT PROGRAMS TO ENGAGE OR CAUSE TO BE ENGAGED IN CERTAIN FINANCIAL TRANSACTIONS, FOR THE EXCHANGE OF ASSETS FOR CREDIT AND FINANCIAL INSTRUMENTS WITH TOP FINANCIAL INSTITUTIONS TO GENERATE FUNDS FOR FUNDING PROJECTS.

**NOW THEREFORE,** IN CONSIDERATION OF THE PREMISES, COVENANTS AND OTHER GOOD AND VALUABLE CONSIDERATION HEREAFTER SET FORTH, THE SUFFICIENCY OF WHICH IS HEREBY ACKNOWLEDGED, THE PARTIES DO HEREBY AGREE AS FOLLOWS:

1. **"INVESTOR"** WARRANTS THAT ITS **"ASSET"** ARE GOOD, CLEAN, CLEARED OF NON-CRIMINAL ORIGIN AND DULY AUTHORIZED TO NEGOTIATE AND EXECUTE THIS AGREEMENT. FURTHER, **"INVESTOR"** REPRESENTS THAT IT IS READY, WILLING AND ABLE TO PROVIDE SUCH **"ASSET"** FOR HYPOTHECATION WHICH WOULD ENTITLE THE **"ASSET MANAGER"** TO ENTER INTO SPECIAL INVESTMENT PROGRAM. **"INVESTOR"** WILL PROVIDE HISTORY OF FUNDS, COPY OF LEGAL SIGNATORS PASSPORT, CLIENT INFORMATION SHEET AND ANY OTHER RELEVANT DOCUMENTS AS MAY BE NEEDED.

2. **"ASSET MANAGER"** MAKES NO REPRESENTATION AS TO THE AMOUNT OF PROFITS THAT SHALL BE RECEIVED FROM THE PROGRAM DESCRIBED HEREIN. **"ASSET MANAGER"** CANNOT AND DOES NOT

# ASSET MANAGEMENT AGREEMENT
Contract No: HRH44.650-001
Serial Code:

GUARANTEE OR REPRESENT ANY SPECIFIC RETURNS OF ANY NATURE, NOTWITHSTANDING ANYTHING ELSE CONTAINED HEREIN OR IN ANY ATTACHMENT HERETO.

3. **"INVESTOR"** WARRANTS AND REPRESENTS THAT IT IS THE LAWFUL OWNER OF THE **"ASSET"** AND WILL PROVIDE ALL NECESSARY LEGAL DOCUMENTS DULY EXECUTED REPRESENTING THE OWNERSHIP OF SUCH **"ASSET."**

4. **"ASSET MANAGER"** WILL UTILIZE ITS RESOURCES, TO ENGAGE IN STRUCTURED INVESTMENT PROGRAMS, THROUGH UBS and BARCLAYS BANK FINANCIAL INSTITUTIONS VIA ITS BANKS AND OTHER FINANCIAL INSTITUTIONS AND WILL USE ITS BEST EFFORTS TO ENHANCE THE INVESTOR **"ASSET"** IN THE FORM OF **CASH** AND GENERATE PROFITS FROM SUCH INVESTMENTS TO FUND ITS PROJECTS.

5. **"INVESTOR"** GIVES **"ASSET MANAGER"** AUTHORIZATION PERTAINING TO THIS **"ASSET"**, POWER TO REPRESENT, INSTRUCT OR SIGN ON BEHALF OF CLIENT, ARRANGE, MONITOR, EXECUTE, MANAGE AGREEMENTS, CONTRACTS, AND DISSEMINATE PROFIT DISBURSEMENT INSTRUCTIONS, WHICH MAY BE NECESSARY WITH THIRD PARTIES, INCLUDING BANKS AND FINANCIAL INSTITUTIONS, PERTINENT TO TRANSACTIONS INVOLVING PRIVATE PLACEMENT, BUY-SELL PROGRAMS, OR CAPITAL ENHANCEMENT OPPORTUNITY. THIS ALSO INCLUDES THE AUTHORITY TO ALLOW VERIFICATION OF **"ASSET"** BY BANKING OFFICERS OR RELATED BANK OFFICIALS. **"INVESTOR"** GIVES AND GRANTS **"ASSET MANAGER"** FULL POWER AND AUTHORITY TO DO ALL AND EVERY ACT AND THING WHATSOEVER REQUISITE AND NECESSARY TO BE DONE RELATIVE TO THE **"ASSET"** AND ITS MANAGEMENT, AS TO ALL INTENTS AND PURPOSES AS **"INVESTOR"** MIGHT OR COULD DO IF PERSONALLY PRESENT. LET IT BE KNOWN THAT THE ASSETS REMAIN IN THE CURRENT BANK ACCOUNT AND THERE ARE NO RIGHTS TO MOVE ASSETS.

6. THE PARTIES ACKNOWLEDGE THAT THIS AGREEMENT IS DRAWN FOR THE SOLE PURPOSE OF INVESTING THE **"ASSET"** UNDER THE MANAGEMENT OF THE **"ASSET MANAGER"** AND THAT THE TERM OF THIS AGREEMENT SHALL BE FOR A PERIOD OF ONE (1) YEAR COMMENCING FROM THE DATE OF EXECUTION HEREOF UNLESS TERMINATED OR EXTENDED UPON MUTUAL WRITTEN AGREEMENT BY BOTH PARTIES.

7. 100% OF NET PROFITS GO TO DESIGNATED ACCOUNT AS SHOWN IN ATTACHMENT A. ALL SUCH PROFITS WOULD BE SHARED BETWEEN CLIENT AND ASSET MANAGER ON A MUTUALLY AGREED BASIS. PROFITS WILL GO TO THE ACCOUNT OF THE "INVESTOR" AS SHOWN IN ATTACHMENT B DURING THIS PERIOD. THE BALANCE OF NET PROFIT, AFTER DEDUCTION FROM ATTACHMENT B, GOES TO THE "ASSET MANAGER" ACCOUNT AS SHOWN IN ATTACHMENT C. "ASSET MANAGER" AGREES TO PAY INTERMEDIARIES FROM THIS AMOUNT. "ASSET MANAGER" RETAINS THE RIGHT TO DETERMINE ALL PERIODIC NET PROFIT DISTRIBUTION PERCENTAGES AND EXPEDITE DISBURSEMENT ACCORDINGLY.

8. AT THE END OF THE TRADING CONTRACT PERIOD, THE **"ASSET"** WILL BE RETURNED TO **"INVESTOR"**, <u>CLEAR OF ALL LIENS, ENCUMBRANCES OR CHARGES</u>. "ASSET MANAGER" WILL PAY FEES TO THE ORGANIZING PARTIES (AS AGREED).

9. THE SIGNATORIES TO THIS AGREEMENT HEREBY AGREE THAT THE INTERNATIONAL CHAMBER OF COMMERCE NON-CIRCUMVENTION AND NON-DISCLOSURE RULES APPLY TO ANY INFORMATION IMPARTED BY ONE PARTY TO THE OTHER PARTY AND ALL SUCH DISCLOSED INFORMATION WILL REMAIN THE PROPERTY OF THE DISCLOSING PARTY FOR FIVE (5) YEARS FROM THE DATE HEREOF. "INVESTOR"

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

AFFIRMS THAT ALL INTERMEDIARIES HAVE BEEN AND ARE HEREBY ORDERED TO CEASE AND DESIST ALL WORK ON BEHALF OF **"INVESTOR"** WITH RESPECT TO THE **"ASSET."**  **"INVESTOR"** AGREES THAT **"INVESTOR"** SHALL NOT COMMUNICATE WITH ANY OTHER PARTY OTHER THAN **"ASSET MANAGER"** WITH RESPECT TO SUCH **"ASSET"** AND **"INVESTOR"** AND THE ENTRY THEREOF INTO A PRIVATE TRANSACTION.  NO PARTY SHALL BE ALLOWED TO COMMUNICATE WITH **"ASSET MANAGER"** OR OTHER ENTITIES OR PERSONS INTRODUCED TO **"INVESTOR"** BY **"ASSET MANAGER"** OTHER THAN **"INVESTOR."** ALL PARTIES AGREE THAT THE RIGHTS GIVEN **"ASSET MANAGER"** SHALL BE EXCLUSIVE.

10. EACH PARTY TO THIS AGREEMENT ACCEPTS RESPONSIBILITY FOR THEIR SEPARATE TAXABLE OBLIGATIONS AND/OR MAINTENANCE OF SUCH TAX COMPLIANCE RECORDS AS MAY BE NECESSARY, INCLUDING TAXES, IMPOSTS, LEVIES, DUTIES OR CHARGES THAT MAY BE APPLICABLE TO EACH RESPECTIVE PARTY HEREIN. EACH PARTY AGREES TO BE RESPONSIBLE FOR THEIR RESPECTIVE BANK CHARGES AND ANY OTHER COSTS, EXPENSES AND FEES AS MAY BE APPLICABLE.

11. THIS IS NOT A PARTNERSHIP AGREEMENT AND SHALL NOT BE CONSTRUED AS SUCH. NEITHER PARTY WILL BE RESPONSIBLE FOR THE LIABILITIES OF THE OTHER PARTY, NOR WILL EITHER BE ENTITLED TO A SHARE OF THE PROFITS OR INTERESTS OF THE OTHER PARTY, WHICH FALLS EITHER DIRECTLY OR INDIRECTLY OUTSIDE THE SCOPE OF THIS AGREEMENT.

12. BOTH PARTIES TO THIS AGREEMENT AGREE THAT ANY CHANGES, ALTERATIONS, ADDITIONS OR AMENDMENTS CAN ONLY BE MADE IN WRITING WITH CONSENT OF BOTH PARTIES, AND ANY SUCH CHANGES SHALL BE IN THE FORM OF AN ADDENDUM, WHICH SHALL BE READ INTO AND BE MADE A PART OF THIS AGREEMENT.

13. IT IS MUTUALLY AGREED BY THE PARTIES THAT THIS AGREEMENT FALLS UNDER THE I.C.C. INTERNATIONAL LAWS OF BANKING AND THE JURISDICTION OF THE COURTS OF UNITED STATES.

14. **WITHDRAWAL, DEFAULT OR TERMINATION OF AGREEMENT**

**"INVESTOR"** MAY NOT WITHDRAW ITS **"ASSET"** FOR THE TERM OF THE TRANSACTION CONTEMPLATED HEREBY EXCEPT AS FOLLOWS;

A. UPON THE MUTUAL CONSENT OF BOTH PARTIES GIVING SIXTY (60) INTERNATIONAL BANKING DAYS WRITTEN NOTICE BY EITHER OF THE PARTIES HERETO SENT BY REGISTERED MAIL OR COURIER TO EACH PARTY. THE TIME PERIOD FOR THIS PROVISION SHALL BE AUTOMATICALLY EXTENDED TO AVOID CONFLICTS AND/OR TERMINATION OF ANY ONGOING TRANSACTION(S) IN PROGRESS; OR,

B. UPON THE DISCOVERY BY EITHER OF THE PARTIES HERETO, OF WILLFUL INTENT ON THE PART OF ANOTHER PARTY OR PARTIES TO DECEIVE, CIRCUMVENT AND/OR DEFRAUD ANY OR EITHER OF THE PARTIES HERETO, (OR ANYONE WITH WHOM THE PARTIES HERETO MAY BE ASSOCIATED), AND WRITTEN NOTIFICATION OF SUCH DISCOVERY BY THE INJURED PARTY TO THE OTHER PARTIES HERETO; OR,

C. AT THE ELECTION OF THE OTHER PARTY HERETO, SHOULD ANY PARTY BE ADJUDICATED BANKRUPT OR GUILTY OF ANY UNLAWFUL ACT(S) AND/OR BE FOUND GUILTY UNDER A U.S.

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

CANADIAN, SWISS, U.K., ANY OTHER NATION AND/OR INTERPOL INDICTMENT, FOR INTERNATIONAL BANK FRAUD; OR,

D. AT THE ELECTION OF THE OTHER PARTY HERETO, SHOULD A PARTY (OR PARTIES) DECEASE OR BE DECLARED INCOMPETENT AND/OR LEGALLY INSANE OR MENTALLY UNFIT; OR

E. THE FORCE MAJEURE OF ICC STANDARDS IS HEREBY INCORPORATED INTO THIS AGREEMENT AND NEITHER PARTY WILL BE LIABLE FOR FAILURE TO PERFORM WHERE THE CLAUSE IS APPLICABLE, EXCEPT IN MAKING PAYMENT FOR VALUE RECEIVED OR FOR SERVICES RENDERED.

F. THIS AGREEMENT IS DRAWN UNDER AND SUBJECT TO THE LAWS OF UNITED STATES IN THE EVENT OF DISPUTE, BREACH OR CLAIM OF BREACH. DISPUTES ARISING HEREUNDER SHALL BE RESOLVED BY ARBITRATION WITHIN 12 MONTHS OF THE DISPUTE AND THEREAFTER BY LITIGATION IN A COURT OF COMPETENT JURISDICTION.

15. EACH SIGNATORY TO THIS AGREEMENT CONFIRMS AND DECLARES THAT HE OR SHE IS EMPOWERED, LEGALLY QUALIFIED AND AUTHORIZED BY A RESOLUTION OF ITS BOARD OF DIRECTORS TO EXECUTE AND DELIVER THIS AGREEMENT AND TO BE BOUND BY ITS TERMS AND CONDITIONS AND BINDING UPON THE PARTIES HERETO, INCLUDING ITS SHAREHOLDERS, PRINCIPALS, HEIRS, SUCCESSORS, ASSIGNS, LAWYERS, ATTORNEYS, MANDATORIES, EMPLOYEES, JOINT-VENTURE-PARTNERS, BUYERS/SOURCE, SELLERS/SOURCE, AND/OR AGENTS/OTHERS OF ONE OF THE PARTIES HERETO. A FACSIMILE OF THIS DOCUMENT, WHEN EXECUTED, SHALL BE DEEMED AN ORIGINAL, FULLY BINDING AND LEGALLY ENFORCEABLE. THIS AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN THE PARTIES HERETO PERTAINING TO THE SUBJECT MATTER HEREIN. IF ANY PROVISION OF THIS AGREEMENT IS HELD TO BE INVALID, ILLEGAL OR UNENFORCEABLE, THEN THE REMAINDER OF THIS AGREEMENT SHALL SURVIVE AND SHALL BE IN FULL FORCE AND EFFECT. ALL PARTIES ACKNOWLEDGE THAT **"ASSET MANAGER"** IS NOT A UNITED STATES SECURITIES DEALER, BROKER OR INVESTMENT ADVISOR AND THAT **"ASSET MANAGER"** HAS NOT IN ANY WAY SOLICITED **"INVESTOR"** FOR ANY PURPOSE, NOR SHALL THIS AGREEMENT BE CONSIDERED A SOLICITATION OF ANY TYPE.

IN WITNESS WHEREOF, THE PARTIES HAVE EXECUTED THIS AGREEMENT WHICH SHALL BE EFFECTIVE AS OF THE DATE FIRST WRITTEN ABOVE, BEING 8th **DAY OF APRIL , 2018.**

FOR AND ON BEHALF OF:

**ASSET MANAGER:**

SIGNATURE_____
**HRH PRINCE ABDULAZIZ BIN NAWAF BIN ABDULAZIZ AL SAUD (HRH)**
PASSPORT NO: D091048
COUNTRY OF ISSUE: KINGDOM OF SAUDI ARABIA

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

ACCEPTED AND AGREED BY:

INVESTOR: UNION ACCESS INVESTMENTS LIMITED (UAI

SIGNATURE:

REPRESENTED BY: ROGER SCOTT TROW,

TITLE: Mr

PASSPORT NO: 810912456

COUNTRY OF ISSUE: UNITED KINGDOM

**(THIS DOCUMENT MUST BE LEGALLY NOTARIZED)**

**ATTACHMENT "A"**

PAYMASTER 100% OF PROFIT RECEIVING ACCOUNT INFORMATION

(TO BE COMPLETED UPON SIGNATURE OF ALL PARTIES)

NET PROFITS TO INVESTOR SHALL BE DISBURSED FROM SUCH ACCOUNT

NET PROFITS TO ASSET MANAGER SHALL BE DISBURSED FROM SUCH ACCOUNT

| | |
|---|---|
| **Bank Contact:** | Andrea Meachi |
| **Correspondent Bank:** | N/A |
| **BIC/SWIFT:** | BARCGB22 |
| **Account/IBAN:** | GB87 BARC20691546973922 |
| **Further Credit to:** | BARCLAYS BANK Plc. |
| **BIC/SWIFT:** | BARCGB |

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

| | |
|---|---|
| **Account Holder:** | Union Access Investments Limited |
| **Account Number:** | 46973922 |
| **Bank Address:** | Barclays Bank Plc. Leicester LE87 2BB |
| **Beneficiary:** | Union Access Investments Limited |



# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

**ATTACHMENT "B"**

ACCOUNT TO WHICH INVESTOR'S NET PROFITS SHALL BE DISBURSED.

| | |
|---|---|
| **Bank Contact:** | Andrea Meachi |
| **Correspondent Bank:** | N/A |
| **BIC/SWIFT:** | BARCGB2 |
| **Account/IBAN with RZB:** | GB87 BARC20691546973922 |
| **Further Credit to:** | BARCLAYS BANK Plc. |
| **BIC/SWIFT:** | BARCGB |
| **Account Holder:** | Union Access Investments Limited |
| **Account Number:** | 46973922 |
| **Bank Address:** | Barclays Bank Plc. Leicester LE87 2BB |
| **Beneficiary:** | Union Access Investments Limited |



# ASSET MANAGEMENT AGREEMENT
Contract No: HRH44.650-001
Serial Code:

ATTACHMENT "C"

ACCOUNT TO WHICH ASSET MANAGER'S NET PROFITS SHALL BE DISBURSED. BASED ON DIFFERENCE
BETWEEN AMOUNTS IN ATTACHMENT A AND ATTACHMENT B

| | |
|---|---|
| Bank Contact: | Cedric .T. Deleamon |
| Correspondent Bank: | N/A |
| BIC/SWIFT: | UBSWEHZH80A |
| Account/IBAN: | CH 080024024096766060L |
| Further Credit to: | UBS BANK |
| BIC/SWIFT: | UBSWEHZH80A |
| Account Holder: | Prince H.R.H Abdul Aziz Bin Nawaf bin Abdul Aziz Al Saud |
| Account Number: | CH 080024024096766060L |
| Bank Address: | P.O.BOX 2600, Geneva, Switzerland |
| Beneficiary: | Prince H.R.H Abdul Aziz Bin Nawaf bin Abdul Aziz Al Saud |

**(THIS DOCUMENT MUST BE NOTARIZED)**





KINGDOM OF SAUDI ARABIA

رقم الجواز Passport No : D091048

**Passport** جواز سفر Type : P   County Code : SAU

الاسم: صاحب السمو الملكي الأمير / عبدالعزيز بن نواف بن عبدالعزيز
آل سعود

**Diplomatic** دبلوماسي

Name: H.R.H. Prince : ABDULAZIZ BIN NAWAF BIN ABDULAZIZ
AL SAUD

تاريخ الميلاد Date Of Birth   Sex Place Of Birth الجنس مكان الميلاد
١٤٠٠/٠٢/٠٧   26/12/1979   ذكر   الرياض   Riyadh

تاريخ الاصدار Date Of Issue   Date Of Expiry   تاريخ الانتهاء
١٤٣٦/٠٨/٢٩   16/05/2015   22/04/2020   ١٤٤١/٠٨/٢٩

صدر في الرياض Issued In  Riyadh

P<SAUALSAUD<<ABDULAZIZ<BINNAWAF<BINABDULAZIZ
D091048<<7SAU7912263M2004220<<<<<<<<<<<<<08



To:   HRH Prince Abdulaziz bin Nawaf bin Abdulaziz Al Saud

Union Access Investments Limited

Chairman of the Board

Date: 29th May 2018

### REFERENCE HRH44.650-001.

### CONFIRMATION ON RECEIPT OF €224,121,443,320.32

Your Royal Highness,

With reference to the above transaction, I would be most grateful if you can confirm by return that you have been credited with the aforementioned sum of monies as advised by UBS, Zurich on Friday 8th June 2018.



Yours Sincerely,

Scott Trow

Managing Director

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.



Georgia

GEO

ტიპი / TYPE   P

გვარი / SURNAME
ჯამალუდინ / JAMALUDDIN

სახელი / GIVEN NAME
აბდულ აზიზ / ABDUL AZIZ

მოქალაქეობა / CITIZENSHIP
საქართველო / GEORGIA

სქესი / SEX   M

პირადი ნომერი / PERSONAL
01894000226

დაბადების თარიღი / D
26 მაი / MAY 1957

დაბადების ადგილი / PLACE OF BIRTH
პაკისტანი / PAKISTAN

მოქმედების ვადა / EXPIR
09 დეკ / DEC 2026

გაცემის თარიღი / DATE OF ISSUE
09 დეკ / DEC 2016

მფლობელის ხელმოწერა / OWNER'S S

გამცემი ორგანო / ISSUING AUTHORITY
იუსტიციის სამინისტრო
MINISTRY OF JUSTICE

JAMALUDDIN<<ABDUL<AZIZ<<<<<<<<<<<<
35057GE05705263M2612096<<<<<<<<<<



Mr Axel Lehmann
President
UBS Bank AG
45 Banhoff Strasse
Zurich.Switzerland

<u>**JUNE 24th  2018**</u>

**RE: HIGH PRIORITY STANDING ORDER**

Dear Mr Lehmann,

Firstly, let us thank you for your professional attendance with **Mr Olivier Griffon** with the recent management of a transaction involving our company and our Director **Mr Jacek W. Spyra** and our Director **HRH Prince Abdul Aziz Bin Nawaf Bin Abdul Aziz Al Saud** for the download of the investment aggregate sum of **224,121,443,323.00 #EUR#**, placed for commercial investment under Asset Management Agreement **No:HRH44.640-001** dated 8th April 2018 filed with UBS BANK AG and regulators by **Mr Olivier Griffon** for AML compliance on the date of commencement. The Agreement No:**HRH44.640-001** remains valid. We serve notice to UBS Bank AG and the Asset Manager to reinvest said funds and any profits earned to date as requested by the investor with immediate effect.

Therefore, Union Access Investments Limited, in our capacity as the Wealth Managers duly appointed under **transaction code: JWS44.650-001** and I, **Mr Roger Scott Trow** acting under full Universal Bond Power dated 18th March 2018 **(Attached)**. Acting supervisor of the aggregate sum **224,121,443,323.00 #EUR#,** we serve this formal written notice on behalf of **Mr.Jacek W. Spyra,** the Investor. We hereby give formal instruction and authorization to UBS Bank AG to redirect said funds invested under Asset Management Agreement **No:HRH44.640-001** held care of **HRH Prince  Abdul Aziz bin Nawaf bin Abdul Aziz Al Saud** as invested May 11 2018 and downloaded to the care of the Asset Manager June 1st 2018 only authorized to credit into designated account number **IBAN: CH08004024096766060L**.

Therefore new instruction is served to the Asset Manager without any objection on his part.

We hereby instruct to **VOID** all previous orders to hold funds on credit to UBS Bank account number **IBAN: CH08004024096766060L**, and officially execute the standing orders below on behalf of Mr Jacek W. Spyra for recovery of the investment funds that originated from consolidated UBS accounts **(44.650.422.48860), (44.651.422.48860), (44.323.332.3232)** and any interest or earnings respectively.

Union Access Investments Limited, as the duly appointed Wealth Manager, holder of supervisory authority over the Asset Manager of said investments held a urgent board meeting and it was unanimously agreed to reinvest said funds directly with our investment partner in Hong Kong standing with immediate matching credit to finance our projects as per board resolution dated 23rd June 2018 **(Attached)**.

Page 1 of 5



Therefore, we have approved a schedule of transfers to be actioned by UBS BANK AG with immediate effect in the following order to Bank of Communications Hong Kong under the supervision and consent of the Hong Kong Monetary Authority and relevant agencies.

The subject funds are to be immediately transferred to the bank coordinates below, with a screenshot provided to evidence each transfer as per the approved schedule:

**COMPANY NAME: HONG KONG WEN LONG BIOL SCI-TECH LTD**
**COMPANY ADDRESS 11F Capital Centre 151 Gloucester Rd Wanchai Hong Kong**
**REG NUMBER: 903152**
**BANK NAME: BANK OF COMMUNICATIONS CO LTD**
**BANK ADDRESS: WHEEL LOCK HOUSE CENTRAL HONG KONG**
**ACCOUNT NAME: HONG KONG WEN LONG BIOL SCI-TECH LTD**
**ACCOUNT NUMBER (EURO): 275329187160**
**SWIFT CODE: COMMHKHHXXX**

**STANDING ORDERS**
**First Transfer:** Monday June 25th 2018
Five Billion EURO  **(5,000,000,000.00 #EUR#)**
**Second Transfer:** Wednesday June 27th 2018
Seventy Five Billion EURO  **(75,000,000,000.00 #EUR#)**
**Third Transfer:** Thursday June 28th 2018
One Hundred Forty Four Billion One Hundred Twenty One Million Four Hundred Forty Three Thousand three hundred twenty three EURO **(144,212,443,323.00 #EURO#)**

We have informed the Asset Manager his services as receiver are no longer required and he is not a relevant participant in the above-mentioned future investment instructions.

We will have Mr Olivier Griffon reconfirm our instructions with a call to UBS BANK AG also he shall provide the HKMA approved Global IP of the receiver. We humbly thank you for your prompt assistance as always with this urgent transfer request.

Yours sincerely,



**Roger Scott Trow**
**Director/ Wealth Manager**
CC: HONG KONG WEN LONG BIOL SCI-TECH LTD,
ALL FINANCIAL AUTHORITIES & INTELLIGENCE AGENCIES. Including
HRH Prince Abdul Aziz bin Nawaf bin Abdul Aziz Al Saud
Asset Manager
Abdul Aziz Jamaluddin (Assistant)
Fahad Al Zaher (Assistant)
% Saudi Embassy Washington USA.

Page 2 of 5



# ADDENDUM    DRK1810
# MASTER COPY
# **UNIVERSAL BOND POWER AND AUTHORITY**

**GRANTING A UNIVERSAL BOND POWER AND AUTHORITY:**

*– ISSUED JOINTLY OR SEVERALLY TO: UNION ACCESS INVESTMENTS LTD & ROGER SCOTT TROW AS THE WEALTH MANAGER*

*KNOW ALL MEN BY THESE PRESENTS,*
*THAT I, MR JACEK WOJCIECH SPYRA (EG0671002) BY THE AUTHORIZED POWER VESTED IN ME, AS OF THE 18th DAY OF MARCH 2018, I DO HEREBY AFFIRM AND GUARANTEE BY THIS AUTHORIZATION GRANT TO UNION ACCESS INVESTMENTS LTD AND MR ROGER SCOTT TROW (PASSPORT 510912456) /OR TO THE OFFICERS OF THE COMPANY IN THEIR CAPACITY AS OFFICIALLY ENGAGED CORPORATE OFFICER (S) IN CHARGE OF THE PORTFOLIO TO ENTER COMMITMENTS OF RELATED FINANCIAL ENGAGEMENTS, AND GIVE WRITTEN INSTRUCTIONS WITH TRUSTED ORGANIZATIONS OR PERSONS, TO ACT BY THEIR SIGNATURE(S), ON OUR BEHALF FOR MYSELF AND/OR MY ASSIGNEE-IN-FACT MR GLENN WILLIAM BACHER (PASSPORT X3606508) ACCEPTS IN RESPECT OF THIS SPECIAL BONDED POWER AND AUTHORITY IN RELATION TO THE WEALTH MANAGEMENT OF MY UBS ASSETS THAT WE HAVE PLEDGED AS REFERENCED AND PROVEN TO BE ASSIGNED THEREIN BY THIS A BINDING CONTRACT UNDER THE HEREIN STATED MASTER*

*TRANSACTION CODES: JWS44.650-001 AND USING SAID CODES FOR RECORDING BY ANY RELATED FACSIMILE OR SECURED EMAIL OR WRITTEN DEMANDS CARRYING THEIR SIGNED AUTHORIZATION OR EMAILED INSTRUCTION RECEIVED HEREAFTER; WHEN THEIR SIGNATURE AND/OR EMAIL HAS BEEN VERIFIED AS AUTHENTIC ONLY FOR THE PURPOSE IT SERVED UNDER THIS AUTHORITY. I GRANTED SAID RIGHTS AND POWER IRREVOCABLY FROM THIS DAY FORWARD DURING THE ENTIRE VALIDITY OF THIS ENGAGEMENT OF ALL SUCH REQUISITE SERVICES IN ITS ENTIRETY AS IS REQUIRED OR DEEMED NECESSARY IN RELATION TO ALL MY RIGHTS TO BE UNILATERALLY PROTECTED UNDER SUCH AGREEMENTS AND COMMITMENTS THAT REMAIN ACTIVELY VESTED UNDER SAID PORTFOLIO.*

*NOW THEREFORE, THE PARTIES HERETO HAVE EXECUTED THIS UNIVERSAL BOND POWER IN AGREEMENT UNDER THE FULL AUTHORITY AND POWER VESTED TO THEM TO COMMENCE AS OF THE DAY AND YEAR STIPULATED BELOW. THE UNDERSIGNED GUARANTEE THAT NO OTHER ENTITY OR PERSON IS REQUIRED TO GRANT SUCH AUTHORITY OTHER THAN THOSE WHOM ARE SIGNING THIS DOCUMENT AS THE ONLY PRINCIPALS OF THIS PRIVATE & CONFIDENTIAL AGREEMENT HEREIN STATED OFFICIALLY UNDER THE MASTER TRANSACTION CODE HERETO. JWS44.650-001*
**THIS ENTIRE DOCUMENT UNIVERSAL BOND POWER AND ITS AUTHORITY CONSISTS OF 1 PAGE ONLY AND ITS TERMS ARE MUTUALLY ACCEPTED AND IRREVOCABLY GRANTED AND APPOINTED AS AGREED BY ALL THE PARTIES: THIS 18TH DAY OF MARCH 2018 AND DECLARED FULLY ENGAGED UNDER THE ABOVE-MENTIONED TERMS AND BINDING HERETO UPON SIGNATURE AND CORPORATE SEAL OF THE FOLLOWING PRINCIPALS THEREFORE NOW DEEMED GRANTED;**

BY PARTY A: MR JACEK WOJCIECH SPYR
TITLE: PRINCIPAL.

FOR PARTY B: UNION ACCESS INVESTMENTS LTD

MR ROGER SCOTT TROW
TITLE: PRINCIPAL         COMPANY SEAL

BY PARTY A: MR JACEK WOJCIECH SPYRA BY MY ASSIGNEE-IN-FACT MR GLENN WILLIAM BACHER

FOR PARTY B: ROGER SCOTT TROW

MR GLENN WILLIAM BACHER
TITLE: PRINCIPAL.

MR ROGER SCOTT TROW
TITLE: PRINCIPAL.

EDT (ELECTRONIC DOCUMENT TRANSMISSIONS)
EDT (ELECTRONIC DOCUMENT TRANSMISSIONS) SHALL BE DEEMED VALID AND ENFORCEABLE IN RESPECT OF ANY PROVISIONS OF THIS CONTRACT, AS APPLICABLE, THIS AGREEMENT SHALL BE: 1: INCORPORATE U.S. PUBLIC LAW 106-229, "ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE ACT" OR SUCH OTHER APPLICABLE LAW CONFORMING TO THE UNCITRAL MODEL LAW ON ELECTRONIC SIGNATURES (2001) AND 2-ELECTRONIC COMMERCE AGREEMENT (ECE/TRADE/257, GENEVA, MAY 2000) ADOPTED BY THE UNITED NATIONS CENTER FOR TRADE FACILITATION AND ELECTRONIC BUSINESS (UN/CEFACT), 3-EDT-DOCUMENTS SHALL BE SUBJECT TO EUROPEAN COMMUNITY DIRECTIVE NO. 95/46/EEC, AS APPLICABLE. EITHER PARTY MAY REQUEST HARD COPY OF ANY DOCUMENT THAT HAS BEEN PREVIOUSLY TRANSMITTED BY ELECTRONIC MEANS PROVIDED HOWEVER, THAT ANY SUCH REQUEST SHOULD IN NO MANNER DELAY THE PARTIES FROM PERFORMING THEIR RESPECTIVE OBLIGATIONS AND DUTIES UNDER EDT INSTRUMENTS.

Union Access Investments Limited
Holly House 220 London Road Chelmsford CM2 9AE United Kingdom



# CORPORATE RESOLUTION

**MASTER TRANSACTION CODE: JWS44.650-001- ASSET MANAGEMENT AGREEMENT HRH44.650-001**

The directors of **UNION ACCESS INVESTMENTS LIMITED** below listed were in attendance, in person or by telephone conference. General discussion was then held concerning the issue, and all aspects of the same, were fully explained in detail to the satisfaction of the board members.

Name/Title: **Mr Roger Scott Trow**
Director

Name/Title:**Mr Graham Paul Taylor**
Secretary

The Board of Directors of UNION ACCESS INVESTMENTS LIMITED an International Business Company incorporated on 6TH OCTOBER 2015 in, Chelmsford, in England, with Registered Offices at Holly House, 220 New London Road CM2 9AE, in a meeting held on this the **23rd Day of June, 2018** unanimously adopted the following resolutions.

**RESOLUTION 1:**
It is resolved that the Board of Directors of Union Access Investments Limited hereby authorizes: Roger Scott Trow and Mr Jacek Wojciech Spyra Director and Investor of **224,121,443,323.00 #EUR#**, (Investment Capital) invested under Asset Management Agreement **HRH44.640-001**, to issue a transfer Instruction to UBS BANK AG. Issued by vested capacity as Directors of the company and also as the senders of the investment capital, on the grounds that previous investment instructions have not been actioned by the Asset Manager. There is no documented evidence from UBS BANK AG that funds are credited to the designated account **IBAN: CH08004024096766060L** as per the precise banking instructions given on May 11, 2018. Therefore as our Managing Member, and as the investor hereby **VOIDS** all assigned authority, on his behalf stay and name, to the designated Asset Manager **HRH Prince Abdul Aziz Bin Nawaf Bin Abdul Aziz Al Saud** appointed in good faith to receive and manage said funds, and to report such actions to the board on demand.

**RESOLUTION 2:**
It is resolved that at this meeting of the Board of Directors that our Managing Member **HRH Prince Abdul Aziz Bin Nawaf Bin Abdul Aziz Al Saud** acted in good faith for UNION ACCESS INVESTMENTS LIMITED with regards to the aforesaid financial investment of said funds earmarked to credit the designated account: **IBAN: CH08004024096766060L** of **HRH Prince Abdul Aziz Bin Nawaf bin Abdul Aziz Al Said** as of 22nd June 2018. Therefore receiver has failed to complete the duties as instructed. The Investor retains title rights of said investment. We no longer require the services of the Asset Manager and he shall step down from the board after returning all of the invested capital and any earnings. A new Asset Manager **Mr Olivier Griffon** is now appointed for agreement **HRH44.650-001** until further notice.

**RESOLUTION 3:**
It is resolved that **Mr Jacek Wojciech Spyra** Director and Investor of said investment capital has authorized **Mr Roger Scott Trow** to act as our Financial Director for aforesaid investment purposes to amend any standing order for action by UBS Bank AG from the 25th June, 2018 **(attached hereto)** in order to reinvest the capital sum with a vetted company of good standing and financial

Page 4 of 5



capability namely **HONG KONG WEN LONG BIOL SCI-TECH LTD** holding Bank Of Communications **ACCOUNT NUMBER (EURO): 275329187160,** validated with matching fund capability, to fund our projects and transfer of investment capital shall be commenced with immediate effect.

**RESOLUTION 4:**
It is resolved the Board of Directors of UNION ACCESS INVESTMENTS LIMITED hereby authorized **Mr Roger Scott Trow** to assume all authority, powers, duties, signatory rights and responsibilities on our behalf to instruct **HONG KONG WEN LONG BIOL SCI-TECH LTD** accordingly for project funding to be provided within four banking days of each transfer received into Bank of Communications Limited in Hong Kong from UBS Bank AG Zurich.

**RESOLUTION 5:**
It is resolved that **Mr Roger Scott Trow,** is hereby authorized to open a personal, corporate, trading, trust and/or custodial account in Bank of Communications Co Ltd, Hong Kong or any bank, domestic or foreign and to sign such resolutions as may be required by such bank to accomplish the objective(s) as stated herein and to give irrevocable instructions to said bank(s) on our behalf.

I, **Mr Roger Scott Trow**, hereby swear under penalty of perjury, that the information provided herein is accurate and true as of this date **23rd June 2018**

For and on behalf of the board of directors of UNION ACCESS INVESTMENTS LIMITED.



Signature:
**Name: Roger Scott Trow**
**Director**

Signature:
**Name:Graham Paul Taylor**
**Secretary**

Union Access Investments Limited
Holly House 220 London Road Chelmsford CM2 9AE United Kingdom



# Union Access

**A TEMENUS COMPANY**

April 24, 2018

Kingdom of Saudi Arabia
HRH Crown Prince Mohammed Bin Salman Bin AbdulAziz Al Saud
Vice President of Ministers Council
Minister of Defense
Riyadh, Saudi Arabia

RE:  Bank Guarantee Transaction Issuance with Rolls & Extensions by Tranche Sizes; Standby Letter of Credit or Bank Guarantee

Please accept this letter as confirmation of Union Access Trading Limited and its designated entities have the ability to fund per proposed contracts with Mr. Karl Lippard.  Each individual contract for consideration is to be promptly reviewed and approved upon a per transaction basis, with the disclosure of the ability of review for funding of up to $20,000,000,000.00 (Twenty Billion USD) for initial consideration.

The Bank Guarantee/Standby Letter of Credit request required per contract as provided to Mr. Karl Lippard for review and consideration would be scheduled for release and disclosed accordingly upon meeting approval.

Union Access Trading Ltd. has the capacity to provide the funding requirements delineated, to meet the needs of the contracts following Mr. Lippard's proposals to the Kingdom. Any additional confirmation or due diligence materials from Union Access Trading, Ltd shall be provided upon request.

Sincerely,



R. Scott Trow
Chairman & CEO

RST: rs

---

聯業貿易有限公司Union Access Trading Limited
Unit 302, Dominion Centre
43-59 Queen's Road East Wan Chai,
Hong Kong S.A.R.

B.R#2349905          B.R#2349905          NCAGE#SBHN3     PIC#918061448     UN GM#462290
Copyright © 2016, All Rights Reserved



April 25, 2018

Shri Sanjay Mitra IAS
Defense Secretary, Republic of India
Room Number 101A South Block
New Delhi   110011

Dear Secretary,

RE:  Bank Guarantee Transaction Issuance with Rolls & Extensions by Tranche Sizes; Standby Letter of Credit or Bank Guarantee

Please accept this letter as confirmation of Union Access Investments Ltd and its designated entities have the ability to fund per proposed contracts with Mr. Karl Lippard.  Each individual contract for consideration is to be promptly reviewed and approved upon a per transaction basis, with the disclosure of the ability of review for funding of up to $20,000,000,000.00 (Twenty Billion USD) for initial consideration.

The Bank Guarantee/Standby Letter of Credit request required per contract as provided to Mr. Karl Lippard for review and consideration would be scheduled for release and disclosed accordingly upon meeting approval.  Union Access Investments Ltd. has the capacity to provide the funding requirements delineated, to meet the needs of the contracts following Mr. Lippard's proposals to The Republic of India.  Any additional confirmation or due diligence materials from Union Access Investments Ltd shall be provided upon request.

Sincerely,

R. Scott Trow
Chairman & CEO

RST: rs

---

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

1



September 8, 2018

Col. John Dodson
Thayer Gate Development, LLC
P.O. Box 3
West Point, NY 10996

RE: "Project Nancy" Initial Funding Commitment, up to 40 Billion USD, Standby Letter of Credit

Dear Col. Dodson.

Please accept this letter as confirmation Union Access Investments Ltd. has the ability to fund " Project Nancy" of which an overview has been presented by Mr. Karl Lippard of Lippard Holdings LLC.

We welcome the opportunity to participate in funding. We are able to review a concise business plan, and provide final funding approvals. Mr. Karl Lippard of Lippard Holdings LLC we understand is coordinating approvals for the project plan. The initial funding request has been disclosed required as up to 40 Billion USD.

Our Bank Guarantee/Standby Letter of Credit subject to review would be scheduled for release and disclosed accordingly with mutual approval.

Most respectfully,



R. Scott Frow
Chairman & CEO

RST: rs

cc: Karl Lippard, Lippard Holdings LLC

---

**Registered Address**
**Union Access Investments Limited**
**Holly House**
**220 London Road**
**Chelmsford CM2 9AE**
**United Kingdom**

Copyright © 2018, All Rights Reserved

1

Vanguard/Blackrock



# Vanguard/ Blackrock
# Are The Largest Shareholders
# of



# 6.27.2023

Vanguard/Blackrock

**Arms/Ammo Companies:** Alliant Powder, ATK, CCI Primers, Dakota Arms, Federal Ammo, General Electric, General Dynamics, Marlin, Para Ordnance, Remington Arms, RCBS, Speer Bullet, St Martin Powder, Strum Ruger, Smith & Wesson, **Vista Outdoors**, Winchester.

**Airlines/Aerospace:** American Airlines, Delta, Boeing Aircraft, Lockheed Martin, Northrop, United Airlines

**Airline Booking:** AirBnB, Bookings, Expedia, Skyscanner, TripAdvisor

**Ammunition & Components:** Alliant powder,  BAE, Clarus Corporation, CCI primers, General Electric, Federal Ammunition, General Dynamics, Remington ammunition, Vista Group, Winchester, (managers of Lake City Arsenal, and main supplier of components. Supplier of 99% of all gunpowder, via St. Martin, to the USA military and domestic market,) Sierra Bullets, Speer Bullets.

**Automobile & Vehicle:** Ford, John Deere, HYUNDAI DEVELOPMENT CO., General Motors, Tesla, Penske Automotive Group Inc

**Banks:**  Bank of America, **Bank of East Asia, Bank of New York,** Industrial and Commercial Bank of China Ltd. (ICBC USA) SUMITOMO MITSUI FINANCIAL GROUP, INC, Bank of New York Mellon, First Bank of Nigeria, Chase, Citizens Business Bank, Citibank, CitiGroup, HSBC Holdings, KeyCorp, MBNA, SunTrust Bank, PayPal, **Wells Fargo,** Oklahoma Bank, First National Bank Shares, US Bank Corp, **UBS Group AG** (Banks also include China, Japan and worldwide operations.)

**Investment:** Berkshire Hathaway, Fidelity Investments, , Goldman,  Lehman Bros, Sachs & Co.  Morgan Chase, Morgan Stanley, State Street Corp, **Vanguard Group.**

**Casinos:** Full House Resorts Inc., Bronco Billy's, IAC Inc., Mandalay Resorts, MGM, Wynn Resorts

**Chemical:** John & Johnson, Dow Chemical, DuPont, MONSANTO CO, Olin Corp,

**Computer:** Apple, Dell, Intel, IBM, CISCO SYSTEMS, INC,  HEWLETT-PACKARD CO, Intel Corp., Texas Instruments, Xerox

**Commodities:** Ball Corp, Dow Chemical, DuPont, Olin Corp, 3-M Co, Olin Brass, US Steel,

**Communications:** Comcast, L3 Harris, Raytheon, ITT, Motorola Inc., Time Warner, Verizon

**Consumer Health Products:** Proctor & Gamble **65 brands:** Braun, Crest, Dial Soap, Downey, toilet paper, toilet tissue, Head & Shoulders, Folgers Coffee, Oral-B, Prell, Right Guard etc., etc., etc.

Vanguard/Blackrock

**Credit Card Companies:** American Express, Black Card, CAPITAL ONE FINANCIAL CORP, Carte Blanche, Discover card, Diners Club, Visa, MasterCard,

**Clothing & Department Stores:** AMERICAN EAGLE OUTFITTERS, INC, BRUNSWICK CORP, Bede-Bath and Beyond, Coach Inc, KOHL'S CORP, Lands', Dicks, End, Macy's, Nike, Nordstrom, POLO RALPH LAUREN CORP, Reebok, Sears, Sportsman's Warehouse, Target, Victoria Secret,

**Electric Power:**     See Utility Companies

**Food & Beverage Companies:**  Albertsons, Aidells, Associated British Foods,  Ball Park, Bloomin' Brands, Campbell Soup, Coca-Cola, Crisco, Dollar General, Dollar Tree, Family Dollar, Folgers Coffee, Danone, Frito Lay, General Mills, Heinz, Hillshire Farms, Jimmy Dean, Kellogg's, King Soopers, Kraft, Kroger, Mars, Mondelez, PepsiCo, Pillsbury Foods, Safeway, SM Group, J.M. Smucker Co, State Fair, Supporo Holdings, Tyson Foods, Yum Brands, Wal-Mart, Wright Brand.

**Fast Food:** Dairy Queen, Jack in the Box, McDonald's, Red Robin, Starbucks, Taco Bell, Wendy's.

**Hardware:** Ace Hardware, Black & Decker, Costco, Home Depot, Lowes, True Value. INGERSOLL-RAND COMPANY LIMITED

**Hedge Funds/ Investment:** Aladdin, Arete Wealth Management, Brown Advisory Inc., Clarus corporation, Goldman Sachs Group Inc, State Street, China, and Russia, PRINCIPAL FINANCIAL GROUP, INC., T Rowe Price Group Inc., JPMorgan Investment Management

**Hotels:** Hilton, La Quinta Holdings Inc., Host Hotels & Resorts Inc., Holiday Inn .11% , Marriott International**,** Starwood Hotels,  Super 8, Wynn Resorts, Wyndham Hotels,

**Insurance & Health:** Allstate, Aegon N.V, Aetna, Abrdn Investment Management Ltd, Cigna Group, John Hancock via group, Humana, Lincoln National, METLIFE, Minnesota Mutual, Metropolitan Group, Northwestern Mutual, Prudential of America, Phoenix Group Ltd. (Eg), Principal Financial Group via group, Pfizer,  Munich (Gr), SWISS LIFE HOLDING AG, Securian Holding Company, T Rowe Price Group Inc, Xercor,

**Internet:** Amazon, Apple, AOL, Comcast, Facebook, Google, Microsoft, Twitter, Yahoo

**Meat Companies**: JBS Meat, Beyond Meat Inc, Jimmy Dean

**Media Companies:** ABC, Alphabet, Apple, Amazon, CBS, Disney, Dropbox, eBay, Fox News, Meta Facebook, MGM Group, Microsoft, Netflix, NBC, WhatsApp;  (8% of Fox, 16% of CBS, 13% of Comcast — which owns NBC, MSNBC, CNBC, and the Sky media group, 12% of CNN, and 12% of Disney)

Vanguard/Blackrock

**Military largest suppliers:** ATK, BAE Systems, Bosh & Lomb, Dow Chemical, Gen Electric, Gen Dynamics, L3Harris, Northrop, Olin Corp., Remington, Ruger, St. Martin, Winchester. They are the largest single contractor of the United States military DOD budget.

**Mortgage:** COUNTRYWIDE FINANCIAL CORP, Edward Jones. GOLDEN WEST FINANCIAL CORP

**Oil Companies:** British Petroleum, Chevron, Conoco Phillips, Exxon, Mobil Oil, SCHLUMBERGER LTD, Valero Energy, and much more.

**Pharmaceutical**: BRISTOL-MYERS SQUIBB CO, Johnson & Johnson, Pfizer, Moderna, **Takeda Pharmaceutical Company Limited**

**Railroad:** Union Pacific Railroad, BNSF, Norfolk Southern

**Real Estate REIT:** Starwood Capital (largest in the USA)

**Restaurants:** Bloomin Brands (1,450 of those brands), Bonefish Grill, Burger King, Carrabas, Chipotle Mexican Grill, Danone, Darden Restaurants, Domino's Pizza, Jack in the Box, KFC, Longhorn Steakhouse, Olive Garden, Outback Steakhouse, Pizza Hut, Popeyes, McDonald's, Restaurant Brands Int'l (27,000 restaurants) Starbucks, Taco Bell, Yum China Holdings,

**Seed Production:** Corteva Agriscience (US), Monsanto (Gr), BASF SE (Gr).

**Ship Builders:** Huntington Ingalls Industries

**Transport & Shipping:** J.B. Hunt, MERCK & CO., INC.

**Telephone:** ATT, Apple, Android, Comcast, Google, Verizon, Xfinity,

**Timber:** Weyerhaeuser, GEORGIA-PACIFIC CORP

**Utility Companies:** US Power Grid by default. (Most public Utility Companies) Exelon Corp **(23 operating nuclear reactors across five states,** as well as five closed reactors. It is also the largest utility company in the nation. ATKORE-INC., PG&E, ConEd, PECO, Atlantic City Electric, Delmarva Power and Pepco) Vistra Group, (Power & Nuclear) General Electric, Westinghouse.

Vanguard/Blackrock



"These companies are publically traded and are run by Boards, where the largest shareholders have power over the decision making. This is where it gets interesting because when you look up the largest shareholders, you find yet another monopoly.

While the topmost shareholders can change from time to time based on shares bought, these two companies are consistently listed among the top institutional holders of the parent companies: Vanguard/Blackrock."

Vanguard/Blackrock

## VANGUARD AND BLACKROCK'S OWNERSHIP BY SECTOR

| MEDIAN % OWNERSHIP | VANGUARD | BLACKROCK | COMBINED |
|---|---|---|---|
| Basic Materials | 7.1% | 6.4% | 13.5% |
| Communications | 6.5% | 6.0% | 12.5% |
| Consumer, Cyclical | 8.4% | 6.1% | 14.5% |
| Consumer, Non-Cyclical | 6.9% | 6.7% | 13.6% |
| Energy | 6.8% | 6.8% | 13.6% |
| Financial | 8.8% | 7.1% | 15.9% |
| Industrial | 8.1% | 6.3% | 14.4% |
| Technology | 7.7% | 6.3% | 14.0% |
| Utilities | 8.3% | 8.0% | 16.2% |

Bloomberg          Source: Bloomberg Intelligence

In 2018, the New York Times's Andrew Ross Sorkin described other measures that BlackRock *could* take with its "enormous influence" over gun companies and retailers. It could press for higher age limits on AR-15-style or semi-automatic rifles and shotguns, or even "push gun makers to stop producing such weapons altogether," he said. If BlackRock wasn't seeing enough voluntary changes at a company, it could vote to have its board replaced.

That statement violates Federal Firearms Law. A felony on each company they have a holding in. **Conclusion: Vanguard and Blackrock are above the law.** They are also the largest contributors to the Democrat Party. They own all, and control all. If a competitor, you will be suppressed, bought or destroyed.

Clearly, the USA is not free, as declared. It is, in fact, pretty much lost and totally controlled.

*A good source for information covering interconnections to prove my case of domination one can find he*re: https://www.organicconsumers.org/news/who-owns-world-blackrock-and-vanguard  and  https://t.me/JohnSolomon_Reports/2532

- **China Investments: BlackRock announced** that it had raised 6.7 billion yuan ($1 billion) for its first China mutual fund.
- **Russia Investments:** The Bureau analyzed **BlackRock's holdings over the past eight years in 10 companies that form the mainstay of Russia's economy:** Gazprom,

Vanguard/Blackrock

Rosneft, Sberbank, VTB, Transneft and Alrosa – which are all part state-owned – as well as Lukoil, Tatneft, Novatek and Nornickel.

- 

**The top five institutional shareholders of Smith & Wesson Brands**
**BlackRock is the largest shareholder of Smith & Wesson Brands.**

| | |
|---|---|
| BlackRock | 8.30% |
| Vanguard | 7.73 |
| Renaissance Technologies | 5.98 |
| Dimensional Fund Advisors | 4.28 |
| State Street Corporation | 1.96 |

**The top five shareholders of Vista Outdoors**
**BlackRock is the majority shareholder of Olin Corp.**

| | |
|---|---|
| BlackRock | 15.32% |
| Gates Capital Management | 9.75 |
| Vanguard Group | 8.63 |
| Dimensional Fund Advisors | 5.27 |
| State Street Corporation | 3.16 |
| Brown Advisory | 2.83 |

**The top five institutional investors of Ammo Inc.**

| | |
|---|---|
| BlackRock | 11.26% |
| Hood Rivier Capital Management | 11.17 |
| Vanguard Group | 8.77 |

Vanguard/Blackrock

| | |
|---|---|
| Tealwood Capital Management | 6.75 |
| Geode Capital Management | 3.16 |

- 

**The only arms and ammunition company with the most patents NOT OWNED by Vanguard/Blackrock is Lippard Holdings LLC. Companies which incorporate patents of Karl Lippard Designs, Inc. (Firearms and Ammunition) Lippard-Industries (KSA projects), and KARL, Inc. (Autonomous domestic Energy & Power Grid support).**

- **As of 2021, at least three executives from BlackRock operate notable positions in President Joe Biden's cabinet.**

**Giant conglomerate's that control the world!!...**



**Omkar Chitnis**

ISBR business school | Finance & Business Analytics, ISBR'23 | Lean Six Sigma Green Belt

Vanguard/Blackrock

Published Mar 27, 2023

*Oxfam Research -"says that 82% of all earned money in 2017 went to those 1%."*

**BlackRock and Vanguard** are two of the Big three passive fund asset management firms. The third, **State Street**, is owned by **BlackRock** - whose largest shareholder is **Vanguard**. It seems all roads lead to BlackRock.

All three combined $20 trillion in managed assets is the equivalent of more than half of the combined value of all shares of companies in the S&P 500 (about $38 trillion). And that's larger than the gross domestic product (GDP) of every single country around the globe, except for China and the United States.

Bloomberg calls BlackRock "The fourth branch of government", because it's the only private agency that closely works with the central banks. These firms were right of Federal Reserve which helped in time of 2008 housing crises to clear the mess.

BlackRock and Vanguard AUM is $8.6T & $8.1 trillion, respectively. In total, they both own/invested in 1,600 U.S. companies (Reuters:2022).

**Global Financial Markets**

BlackRock's secret weapon, an advanced trading algorithm called Aladdin (Asset, Liability, Debt and Derivative Investment Network) has been shaping global markets for decades.

Aladdin is a program that executes an average of 250,000 trades per day and operates more than $21.6 trillion in assets.

Vanguard/Blackrock

Aladdin executes trades in every asset class across every industry, directs the actions of the Federal Reserve and controls almost every major U.S. bank. It controls over half of all ETFs, 17% of the bond market, and 10% of the stock market.

**It collects data points on every market, every company and every asset and uses machine learning to calculate which trades to execute.**

The network that makes up **Aladdin** is approximately 5,000 supercomputers that now act as the central nervous system for the world's most sophisticated investors and asset managers.

Every major bank and fund has come to rely on Aladdin and its all-powerful AI to beat the market, which raises several fundamental questions about the nature of our fragile financial system.

**Food industry**

Let's take PepsiCo as an example; 72% of stock is owned by no less than 3,155 institutional investors. The top 10 investors collectively amount to a value of $59 billion dollars. But of those ten, only BlackRock, Vanguard & State street own more stock than the other seven combined.

In PepsiCo, Vanguard Group is currently the largest shareholder with 9.29% of shares, and BlackRock has 7.84%. In Coca-Cola, Vanguard and BlackRock hold 8.51% and 7.19 % respectively.

The other big companies that own myriad brand names like Unilever, Mondelez and Nestlé, General Mills, Hershey, Kraft Heinz and many more are under the same group of investors.

**Tech Industry**

Vanguard/Blackrock

BlackRock, Vanguard & State Street own the majority of stock in Alphabet, Apple, Microsoft, IBM, Facebook, AT&T and many others; far more than other institutional investors. Which gives them first-mover advantages.

| | |
|---|---|
| Apple | 14% |
| Microsoft | 15% |
| Amazon | 13% |
| Alphabet | 14% |
| Tesla motors | 11% |
| IBM | 16% |

## Holdings by Both investment firms

## Energy Industry

BlackRock has invested $170 billion in U.S. public energy companies (2021) and $85B only in coal companies.

BlackRock, State Street and Vanguard hold $46 billion in debt and equity in oil companies currently operating in the Amazon rainforest.

Combined, BlackRock & Vanguard hold 19% of Philips 66, 21% of Valero Energy, 16% of ExxonMobil, and many giants like Conoco-Phillips, Occidental Petrol, Chevron corporation, GE...

Overall, the money manager of these firms has nearly $260 billion invested in fossil fuel companies around the world,

## Pharma and Health Industry

The Vanguard group is the largest shareholder in Johnson & Johnson with 8.89 %, Merck & Co with 8.95%. AbbVie with 8.97%, CVS Health

Vanguard/Blackrock

with 10%, United Health group with 9%,  Sun Pharma, GlaxoSmithKline. BlackRock is the second-largest shareholder in these and many other companies.

## Digital Media

For unilaterally influence bipartisan information flow. "Vanguard and BlackRock are the top two owners of Time Warner, Comcast, Disney and News Corp, four of the six media companies that control more than 90% of the U.S. media landscape,." Together, BlackRock and Vanguard own 18% of Fox, 16% of CBS, 13% of Comcast --which owns NBC, MSNBC, CNBC, The Sky media group, 12% of CNN, and 12% of Disney — which owns a number of subsidiaries...

Apart from the many newspapers and magazines, they also own Sonoma, the parent company of big commercial Dutch channels. Many media outlets from abroad, like VTM, are also owned by the DPG media.

And they own Mediahuis, one of Europe's biggest media firms, which serves the Netherlands with its subsidiaries.

And they also own German conglomerate  "Bertelsmann", which is one of the nine biggest media firms. This company controls RTL, which owns 45 television stations and 32 radio stations in 11 countries. Bertelsmann is also co-owner of the world's biggest book publisher, Penguin Random House.

## Travel industry

Together Vanguard and BlackRock own 21% of  Expedia group, 15% of Bookings Holdings, 27% of American Express, 13% of Boeing, 10% of Airbnb ,16% of TripAdvisor and many others.

## Hires former government officials

Vanguard/Blackrock

As of 2021, at least three executives from BlackRock operate notable positions in President Joe Biden's cabinet. Biden appointed BlackRock executive Brian Deese as Head of the National Economic Council, and Adewale Adeyemo, former chief of staff to BlackRock's chief executive, as the top official at the Treasury Department.

BlackRock lends money to the central bank, but is also its advisor. It also develops software the central bank uses. Dozens of BlackRock employees worked in the White House with Bush and Obama (Bloomberg Report).

**Takeovers:**

Both firm that has gobbled up lots of competitors in its path over the years. BlackRock has acquired 21 organizations to date. In 2020, it acquired Aperio for approximately $1 billion in cash. In 2019, BlackRock acquired eFront, for $1.3 billion. In 2009, BlackRock acquired Barclays Global Investors in a deal that included Barclays' iShares ETF business. And the firm acquired Merrill Lynch Investment Managers.

**NGOs**

According to the World Economic Forum's website, the Gates Foundation is the biggest sponsor of the WHO. That was after Donald Trump stopped USA financial support to the WHO in 2020. The Gates Foundation works closely with the biggest pharma companies, including Pfizer, AstraZeneca, Johnson & Johnson, Bayer, etc.

And we have just read who their biggest shareholders are. Top shareholders of Microsoft & Berkshire Hathaway: Vanguard, BlackRock and State Street Corp. **And Bill Gates is a board member in all of those groups.**

Vanguard/Blackrock

These businesses are interlinked in a loop. To build a bridge between businesses, politicians and the media, and to reduce corporate taxes by redirecting revenue to non-profit organizations. To a degree, interlocking directorates conceal conflicts of interests.

**Conclusion:**

Data indicate that both companies have substantial first-mover advantages in all prominent businesses in various sectors. In turn, they are owned by shareholders. Perhaps the most surprising tidbit is that they own each other's stock (Blackrock holds 14.5% of Vanguard Group, whereas Vanguard holds 9% of Blackrock).

Together, they form an immense network comparable to a pyramid. Smaller investors are owned by larger investors, which are owned by even larger investors.

The visible top of this pyramid shows only two companies whose names we often see:  Vanguard and BlackRock.

**The power wielded by these two companies is beyond imagination.**


*Source:*

*Bloomberg.com/Markets, Reuters, Yahoo finance, Worldbank.org,*