U.S. POSTAGE PAID
FCM LG ENV
COLORADO SPRINGS
CO 80904
JUL 13, 2023
**$3.99**
R2304M109969-71

Retail

80294

RDC 99

UNITED STATES
POSTAL SERVICE®

Karl C. Lippard
2544 Patriot Hts
Colorado Springs, CO 80904

US District Court
Judge Maritza D. Braswell
901 19th Street
Denver, CO 80294-3589

