

Email copy to Kyle Wilson, FirstBank same day. No reply from FirstBank.

9/7/2016

First Bank recap.

1. Loan made for part of $150k. Time required 7 months. Amt owed about $105k. or one shotgun.

2. Sales increased on the wholesale side to $1.3 billion with over $800m in profits. Unable to borrow against orders to expand and buy machines.

3. National Standard issued a LOC for $130m for production expansion. First Bank refused to administer the loan (Like the SBA loan now) in which it would receive 3% or $3.9m in fee.

4. Wells Fargo still sits on the LOC for 4 months without refusal or acceptance. Lender believes it's an anti gun issue which is my experience as well having banked there. The same with Chase, Citi, Vectra, Farmers, B of A on down the line. Presidential order "Choke Point" complete.

5. Sale of stock took place with a building closing package scheduled July 28, 2015. That group failed to close. Shootings turned some members of the group away.

6. Part of that group worked to put the group back together @ $130m with a closing contract including a building on June 16, 2016. Seller raised the price by $400k. That group failed to close.

7. Parts sales in 2016 fell off sharply in 2016 which is every day cash flow. Selling guns in a slow market I personally have infused $192k itemized. Finally fired representation and moved to raising capital for Purchase orders on the books.

8. Secured funding for a building with upgrades and machines of $15m. Building inspection Sept 8, 2016.

9. Secured SBLC for $1 billion with a China company. Looking for a bank abroad to fund on that line. First Bank has no interest. China lender believes they have a bank to do that as of Sept 7, 2016. Awaiting paperwork for SBLC.

## Banking Result:

A. Unable to expand to take in orders due to no contract lending at First Bank for machines.

B. Unable to place a LOC with First Bank of $130m even paying $3.9m fee on the front.

D. First Bank Unable to restructure loans for a closing next month.

E. Unable to borrow anything against a $1 billion SBLC to restructure and pay loans; money to buy a building on short term note. Wels Fargo funding is process never was refused and failed to close.

F. In short unable to infuse capital into First Bank to take in $250m in contract deposits.

G. No solution from First Bank but to pawn something and bring loan back current.

H. Solution I offered was loan consolidation with a short term payment from building closing scheduled. Assistant VP bank officer review was negative. Asked to visit the bank president. Questionable result.

I. Result, pawn as suggested something for $0.01 on the dollar, await for closing on the building, trust in slow sales, fund offshore the SBLC asap.