IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No:   23-cv-01078-MDB | Date:   August 3, 2023 |
| Courtroom Deputy: E. Lopez Vaughan | FTR:   Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| USA | William Gillespie |
| Plaintiff, | |
| v. | |
| Karl Lippard | Pro se |
| Defendant. | |

## COURTROOM MINUTES

### SCHEDULING CONFERENCE

**10:04 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion held about the parties' Proposed Scheduling Order at ECF No. 12. The Court notes Defendant has filed a dismissal motion (ECF No. 11) and explains to Defendant that it is subject to briefing. Based on Defendant's statements concerning an entity that is not a party to this action, the Court reiterates its previous suggestion that Defendant consider retaining an attorney to represent him.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to one (1) deposition, excluding experts.
Depositions shall not exceed four (4) hours, without prior agreement or absent leave of court.
Each side shall be limited to ten (10) interrogatories, ten (10) requests for production, and ten (10) requests for admission.

Joinder of Parties/Amendment to Pleadings:  September 18, 2023
Discovery Cut-off:      January 30, 2024
Dispositive Motions Deadline:  March 1, 2024

Each side shall be limited to one (1) retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:    October 2, 2023
Disclosure of Rebuttal Experts:  November 1, 2023

Written Discovery shall be served on or before December 28, 2023.

**ORDERED:** **A Video* Status Conference is set for October 10, 2023 at 10:00 am before Magistrate Judge Maritza Dominguez Braswell.  The parties shall submit a Joint Status Report on or before October 4, 2023.**

**ORDERED:** **A Video* Final Pretrial Conference is set for May 6, 2024 at 10:00 am before Magistrate Judge Maritza Dominguez Braswell.  A proposed Final Pretrial Order shall be prepared by the parties and filed with the court on or before April 29, 2024.**

*(The parties shall utilize the attached instructions to access/participate in both proceedings).

Trial and Trial Preparation Conference (if needed) will be set at the Final Pretrial Conference.

The parties anticipate a one-day jury trial.

Counsel and pro se litigants are expected to be familiar with the practice standards of Magistrate Judge Dominguez Braswell.

**Scheduling Order entered.**

**10:20 a.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:16

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.