Civil Action No: 23-cv-01078-MDB

United States Of America

Plaintiff

v.

Karl C. Lippard

Defendant

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 02 2023

JEFFREY P. COLWELL
CLERK

Judge Maritza Dominguez Braswell

Dear Judge Braswell,

I apologize for the delay in these submissions. As the date signed suggests they were sent to Plaintiff in which I asked a question concerning printed Exhibits, (which are extensive) if could be sent via thumb drive. Counsel did respond and it was sent. However, I failed to send the documents and drive to the court. My mistake.

I do not believe in excuses. Our country is at war. Almost literally. We have very powerful adversaries that are aware of this case. In recent days completing a meeting with the Minister of Defense of Saudi Arabia, another country was removed from consideration. All of our communication was shut down. All websites were hacked and internet or direct access was redirected to China. Two websites are back-up where defense work can continue in an unsecured setting. Our energy site Karl-Inc.com remains blacked out. Blacked out in a time of country discussion and need. All because unsecured communication channels were required used.

I have advised Congressman Lamborne of the assault and today the Plaintiff for DOJ attention and action.

I am fighting the largest adversaries since the East India Company. All are sitting in your court and what has been placed on Exhibit in it. I can only allude to a Discovery document to DoD entitled Title III Response 1.23.23. I highlighted it for you. As embattled as I am I must learn to stop and tie my shoe. I sincerely apologize for the delay in sending these documents to the Court.

Sincerely,

s/Karl C. Lippard     9.29.23