1.23.2023

Agreements Officer
Mrs. Whitney Foxbower, AFRL/RXKMT
2130 8th St., Bldg. 45
Wright-Patterson AFB, OH 45433-7541 .
(937) 713-9877
whitney.foxbower@us.af.mil

Mrs. Foxbower,

CALL 012 "Critical Chemicals Production"

In response to this request we struggle with a Classification of information we can provide. The problem identified we have been asked previously by POTUS Donald Trump to assess and provide a solution. We are in execution of the solution today.
Let me provide the Treat Assessment provided to demonstrate our directive. Second, a copy of a letter to SecDef while sensitive it does not violate security concerns. And third, we required permission gained on 1.18.2023 from the Governor and Secretary of Commerce to locate our planned facility in Oklahoma and approve the exact location proposed for it. Having done this and gained approvals I can respond to this query.

Unless refused we can and will respond to this Title III request and produce whatever is required for National Security. It is our mandate to do so. WITH, or WITHOUT a contract with the government as related in Classified documents held by the Secretary of Defense.

As any statement I make has to do with security and thus becomes more confusing at this level I can say we intend to respond to this request and can supply by design the chemicals required. Many that deal with rocket components we will look at as previously not in our mandate.

**Let me air this. All supplies today of powder and munitions are controlled by Blackrock. All banks and institutions are also controlled by Vanguard Blackrock. Absolute control of DoD and everything used in the military is under their control.** Any company that might have the capability to satisfy all or part of your program will come under acute pressure from Blackrock as an adversary. We are the only arms and ammunition maker remaining in the USA, not under their control. And they nearly buried us by blocking Cash Backed Letters of Credit of over $1 billion in an attempt to put us down or force us to sell.

The attached letter to SecDef states our objective. In case your filter does not support that attachment, please go to www.Lippard-Industries.com. Read a few lines. It is brief. Know who our partner is. In satisfying one (The USA) we solve a problem of the other. Therefore we CAN provide what is required even if out of our planned sequence in Oklahoma. Our sole objective is to serve.

Without further disclosure let me end with this to avoid classification. In WWII landing on Normandy men were supplied with 160,000 guns with ammunition. The European campaign required 8 million weapons and ammunition. In WWII a Black Swan condition demanded 24 billion rounds of ammunition annually. Lake City Arsenal was unable to produce more than 1.3 billion rounds.

What single company by mandate is required to produce more than these numbers today? To produce all the chemicals necessary beyond these numbers? A company that does not seek to supply any military except in time of need? That company is asking what you need.

Lippard Holdings, LLC
Incorporating
Lippard Industries
Karl Lippard Designs

*[signature]*

Karl C. Lippard, CEO

---

719-444-0786 Colorado

719-439-4463 cell