**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 02 2023

JEFFREY P. COLWELL
CLERK

The United States District Court

For The District Of Colorado

Civil Action No: 23-cv-01078-MDB

United States Of America

Plaintiff

v.

Karl C. Lippard

Defendant

## Defendant Initial Disclosures

Defendant, Karl C Lippard hereby submits its Rule 26(a)(1z) Disclosures.

I. Individuals likely to have discoverable information

1. District Court, El Paso County, Colorado case 2017CV31878. Claims on record concerning defendant debt, testimony, and false submissions.
2. Trevor G. Bartel, Attorney for FirstBank. Received complete supporting document list provided by the Defendant in exhibits. Made offers of payment of the debt before this court. Lewis Rothberger, Christie, LLP, 1200 Seventh St., Ste 3000, Denver, CO 80202. Tel: 303-623-9000
3. Kyle Wilson, Loan officer, FirstBank, Colorado Springs, CO. Delivered perjury and false documents to the court. Letters of credit and corporate account. c/o Lewis Rothberger, Christie, LLP, 1200 Seventh St., Ste 3000, Denver, CO 80202. Tel: 303-623-9000
4. Chad S. Caby, attorney for FirstBank. Made false and filed misleading documents to a Federal Court. Lewis Rothberger, Christie, LLP, 1200 Seventh St., Ste 3000, Denver, CO 80202. Tel: 303-623-9000
5. Kyle A. Sickman, Executive Vice President, FirstBank 12345 West Colfax Avenue, Lakewood, CO 80215. Knowledge of Plaintiff document Exhibit 9.

1

6. Jim Reuter, CEO of FirstBank, FirstBank 12345 West Colfax Avenue, Lakewood, CO 80215. Has knowledge of and received complete supporting document list provided by the Defendant in exhibits. Knowledge of why this loan was called.
7. Barbara Grant, UBS COS, loan officer, UBS Financial Services Inc. 90 South Cascade Ave. Ste 900, COS, CO 80903. Has knowledge of letters of credit and wire transfers from UBS Switzerland. Communication with FirstBank.
8. Any witness to authenticate any documents.

## II. Documents

1. All records relating to payment of the loan, blockage of payments for the loan, and communications relative to the loan to the United States and foreign governments.

    Exhibit 1 FirstBank offer of payment
    Exhibit 2 CIIG $1 billion Cash Backed Letter of Credit
    Exhibit 3 UBS SWIFT transfer of Eu224 billion
    Exhibit 4 FirstBank offers of payment
    Exhibit 5 Federal Communications
    Exhibit 6 Treason
    Exhibit 7 Letters of Credit
    Exhibit 8 First Bank
    Exhibit 9 Patents
    Exhibit 10 Project Nail Polish
    Exhibit 11 President of The United States
    Exhibit 12 Wells Fargo Bank
    Exhibit 13 Project Nancy
    Any document identified by the Plaintiff

## III. Damages

The Defendant suffers damages of fact of $392,236.00 of actual inventory lost in Breach of Contract.

$31,375.84 for legal fees, and penalties associated with the sale of said loan to SBA.

$27,600.00 legal fees in defense of false collection efforts in another Federal Court.

$175,000.00 loss of house equity.

2

$ 16,202.00 loss of a 2010 Range Rover equity.

$ 16,200,000.00 in loan commission on $1 billion @ 6% rate.

$ 16,200,000,000.00 in loan lost commission on $270 billion @ 6% rate.

$ 6,881,785,940.00 in lost net revenue of contracts held.

All lost revenue as may be determined by Department of Justice of the US Power Grid, Naval Ships, and Strategic Alliance (Guns and ammo) for the United States.

Income tax to be determined by the IRS on personal and Corporate revenue lost.

Lost National Security of the United States, during War.

### IV. Insurance

Insurance. Keyman. $3,061,732.50 paid in premiums.

s/ Karl C. Lipprd

Karl C. Lippard

2544 Patriot Heights

Colorado Springs, CO 80904

719-444-0786

Karl.lippard@gmail.com

Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2023, I served a copy of the foregoing by email and FedEx Standard Overnight on the following:

Cole Finegan,

US Attorney

William B. Gillespie

Assistant United States Attorney

United States Attorney's Office

1801 California Street, Suite 1600

Denver, CO 80202

Tele 303-454-0100

Email William.Gillespie@usdoj.gov sent via email

Counsel for the plaintiff

<u>s/Karl C. Lippard</u>

A thumb drive that contains production of the Initial Disclosures exhibit documents. No password. The separate files also contain property of the Attorney General of The United States, Department of Justice for referral.