IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01078-MDB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARL C. LIPPARD,

    Defendant.

JOINT STATUS REPORT – October 4, 2023

Plaintiff, the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney William B. Gillespie, and Defendant, Karl C. Lippard, appearing *pro se*, hereby file a joint status report, pursuant to the Court's Order dated August 3, 2023, stating the following:

1.    Plaintiff filed its *Complaint* against Defendant on April 28, 2023. (ECF No. 1).

2.    Plaintiff filed the *Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction* on May 17, 2023, informing the Court that both parties consented to this Court conducting all proceedings in this civil action. (ECF No. 6).

3.    On Plaintiff's unopposed motion, the Court held a Pre-Scheduling Conference on July 10, 2023. (ECF No. 10). The Court extended Defendant's deadline to file an Answer to August 1, 2023; ordered that the parties confer and submit a proposed Scheduling Order on or before July 27, 2023; and set a Scheduling Conference for August 3, 202. (*Id.*).

4. In lieu of filing an answer, Defendant filed his *Motion to Dismiss* on July 17, 2023. (ECF No. 11).[1]

5. Also on July 17, 2023, Plaintiff and Defendant conducted the Rule 26(f) meeting.

6. Plaintiff and Defendant filed their proposed Scheduling Order on July 24, 2023. (ECF No. 12).

7. Plaintiff provided its initial disclosures to Defendant on August 2, 2023.

8. The Court held the Scheduling Conference and issued the *Scheduling Order* on August 3, 2023. (ECF No. 15); (ECF No. 16). The Court set a status conference for October 10, 2023, and ordered that the parties submit a joint status report on or before October 4, 2023. (ECF No. 16, 13).

9. Plaintiff filed its *Response in Opposition to Defendant's Motion to Dismiss* and served a copy on Defendant on August 7, 2023. (ECF No. 14, 1, 12).

10. On August 17, 2023, Defendant provided Plaintiff's undersigned counsel a copy of a document entitled *Defendants Response in Opposition to Plaintiffs Response to Motion to Dismiss*, which undersigned counsel reads as a reply to Plaintiff's response.

11. Defendant provided his initial disclosures to Plaintiff on August 23, 2023.

12. The deadline for the joinder of parties and to amend pleadings was September 18, 2023. (ECF No. 16, 12). No further parties have been joined, and no party has amended its pleadings.

13. While drafting this status report, Plaintiff's undersigned counsel realized that *Defendants Response in Opposition to Plaintiffs Response to Motion to Dismiss* was not reflected

---

[1] Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant will have 14 days to serve his answer if the Court denies his *Motion to Dismiss* or postpones its disposition until trial. Fed. R. Civ. P. 12(a)(4)(A).

on the Court's docket, and while conferring with Defendant, Plaintiff's undersigned counsel informed him that the document appeared not to have been filed with the Court.[2]

14. Defendant informed Plaintiff that he intended to file his *Response in Opposition to Plaintiffs Response to Motion to Dismiss*. Plaintiff's undersigned counsel informed Defendant that Plaintiff would not object to an extension of time to October 11, 2023, for him to do so.

15. Defendant filed his *Response in Opposition to Plaintiffs Response to Motion to Dismiss* on October 2, 2023. (ECF No. 19).

16. The deadline for the parties to designate expert witnesses was October 2, 2023. (ECF No. 16, 12). No expert witnesses have been designated.

17. The deadline to serve written discovery on the other party is December 28, 2023. (*Id.* at 11). No party has served a discovery request on the other party.

18. The parties have had several discussions about the possibility of settling this case, but a settlement is unlikely to be reached until after the Court has ruled on Defendant's *Motion to Dismiss*.

|  |  |
|---|---|
|  | COLE FINEGAN<br>United States Attorney |
| s/Karl C. Lippard<br>*Karl C. Lippard*<br>2544 Patriot Heights<br>Colorado Springs, CO 80904<br>Telephone: 719-444-0786<br>Email: LippardHoldingsLLC@proton.me<br>*Pro Se* | s/William B. Gillespie<br>*William B. Gillespie*<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>E-mail: william.gillespie@usdoj.gov<br>*Attorney for Plaintiff* |

---

[2] Plaintiff's undersigned counsel also informed Defendant that it is Defendant's responsibility to ensure his pleadings are filed with the Court.

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of October 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and true copies were mailed via regular mail to:

Karl Lippard
2544 Patriot Heights
Colorado Springs, CO 80904

                s/ Carolyn Dean
                Financial Litigation Unit

4