IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 23-cv-01078-MDB | Date: October 10, 2023 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| USA | William Gillespie |
| Plaintiff, | |
| v. | |
| Karl Lippard | Pro se |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:05 a.m.      Court in session.**

Court calls case. Appearance of counsel. Defendant does not appear. Attempts by both Mr. Gillespie and the Court to contact Mr. Lippard were unsuccessful. The Court notes that Mr. Lippard was present during the last court date when this Status Conference was set. The Court will issue an Order to Show Cause and set another Status Conference by minute order.

Hearing concluded.

**10:07 a.m.      Court in recess.**

Total in-court time    00:02

**Post Conference Note:**

**Mr. Lippard contacted Chambers to explain the technical issues that prevented him from appearing today. The Court accepts his representations as true and determines an Order to Show Cause will not be necessary at this time.**

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.