**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2023

JEFFREY P. COLWELL
CLERK

10.11.2023
23-cv-01078-MDB

*Spell Corrected Copy*

Mr. Gillespie,

The IT dept at Apple identified the cell phone/notification trouble. It was identified by your attempt to reach me via cell phone and email notification system. It is called Focus. A program within their system. If switched on all incoming calls will not ring. Further, if activated, **all other phones, and iPads, and computers on the same system will be under the "Do Not Disturb" condition to include notifications of incoming emails and calls. We do NOT use devices except for business, i.e. emails and 99.99% for incoming calls, and have no interface with apps or social media. We are 24/7 available worldwide on National Security matters. Therefore alterations of whatever kind are not ours. They are external and targeted at National Security work efforts. A continuation of blockage in this case asserted in claims made.**

Your call-in number did not have an ANI identifier. It **would not** have rung through anyway as not entered into our system. Now we have the Court's number entered in cell, it will ring through. (Now that the system has been restored to ring!) Your DOJ main phone number is in our system too. **A number without identification should use 719-444-0786** where that call will be monitored at four locations here and the message heard.

FYI, it is the opinion of IT that this attack entered through the least secure device. An IPAD. As our cell is limited for business use few valid calls are received. My wife's phone is used for emergencies from a medical condition. Therefore we were unaware except for the normal notifications that the communication systems were blocked. Normal mute buttons were fine and not in use. It was the Court's call and your email that alerted us or it could have gone on, as it has, for some time. IT advises as long as this adversary wishes this can occur again. The same as yesterday afternoon our bank debt card was again blocked, blocking payment of incoming deposits. That is the seventh hack this year replacing cards multiple times. Due to the technical level of all of this blocking activity, it is hoped to conclude the Court's business where the DOJ can address the route cause to termination. I pledge to check and recheck scheduling to ensure a meeting has not been vacated as in this one. I WAS told on my wife's calendar a scheduled activity was for the 10th. I thought it was vacated. A perfect storm on communication. Intentional phone blockage, it accomplished its design to disrupt. The Judge however correctly should admonish me for not following my written schedule. And THAT is on me. I was here but likely on the shipping bench which is the daily 9 a.m. schedule after fielding overnight calls from Defense Dept in the Middle East.

Sincerely,

Karl Lippard
719-444-0786 Office/Home
719-439-4463 cell

Sent with Proton Mail secure email.

✓ *Court copy*

Karl Lippard
2544 Patriot Hts
Colorado Springs, CO 80904

US District Court
Judge Maritza D. Braswell
901 19th Street
Denver, CO 80294-3589

80294-250151

Scanned by US Marshal

DENVER CO 802
11 OCT 2023 PM 7

