USA v Karl C. Lippard          23-cv-01078-MDB

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2023

JEFFREY P. COLWELL

## Key To Documents

| | | |
|---|---|---|
| A. | Exhibit 1 FirstBank offer of payment | 001-002 |
| B. | Exhibit 2 CIIG $1 billion | 003-004 |
| | 1) Loan documents | |
| | 2) Loan terms | |
| C. | Exhibit 3 UBS SWIFT transfer of Eu224 billion | 005-060 |
| | 1) Transfer approvals | 016 |
| | 2) UAI Corporate stock purchase | 017 |
| | 3) UBS SWIFT Transfer Proof of Funds | 020 |
| | 4) LOC Project Nancy power grid | 020 |
| | 5) LOC navy Ships | 017 |
| | 6) Strategic Alliance Project Atlantic | F.-6 |
| | 7) Letter Axel Lehmann, CEO | 033 |
| D. | Exhibit 4 FirstBank | 061-069 |
| | 1) Plaintiff Exhibit 9 | 1-3 |
| E. | Exhibit 5 Federal Communications history | 070-083 |
| | 1. FBI | 072-074 |
| | 2. Treasury | 070 |
| | 3. Arms Smuggling Bowmor | C.-041-044 |
| | 4. ATF and law | 076-083 |
| F. | Exhibit 6 Treason. Classified files. | 084-210 |
| | 1) Operation Choke Point | 085-087 |
| | 2) Senator Grassley/Choke Point | 088,124-126 |
| | 3) BlackRock Larry Fink | 090 |
| | 4) New World Order-BlackRock    YouTube | 091 |
| | 5) Larry Fink Solomon report 21 June 2023 | 093-116 |
| | 6) Wachovia Bank-money laundering | 117-118 |
| | 7) ENT Bank-Blocking funds for F-18 | 119, 122,215-216 |
| | 8) Treason declared to FirstBank. No response. | |
| | 9) Wells Fargo 130. | 588-647, 123, 128- |

    10) UBS Bank Colorado and Switzerland    N.-005-040
        a) KCL Letter to UBS CEO    C.-0012
    11) Project Atlantic- Karl Lippard, Inc.    756- pages 1-135, 400
        1) Attestment    134-138, F141
    12) Project Pacific    F.-148
    13) Project Strategic Alliance & GEG    C., D, E., F.-141
    14) Project Olympic    774-855, 400
    15) Project Prime Rib-Breaking Chinese Control    759-773
    16) Project Nail Polish- Gunpowder    F.-6, 471-532
    17) Project Nancy- Power Grid    C.-3, 648-675,
    18) Project Sporting Goods- classified    856-858
    19) Project Navy Ships    010, 017,F.-139,157,159-167

G. Exhibit 7   Letters of Credit    211-298
    1) Saudi Arabia LOC    C.-038, 706-755, F-147
    2) India 2018    C.-039
    3) Nancy-Power Grid    286, C.-040, F.-140, I.-424-426
    4) Navy    259,262,264,266
    5) Commissions    212
    6) CIIG $1 billion    5 Sept 2016    227-250
    7) WHFPS $20 billion    May 2017    252
    8) UAI   Eu224 billion ($270 Billion)    270

H. Exhibit 8   FirstBank    299-422
    1) Plaintiff Exhibit 9    1-3
    2) Blockage of loans for National Defense.    F.(7)(h, i)
    3) Mediation denied    361-364
    4) Motion to Exclude Evidence    376, 366-367
    5) Perjury    354, F. 7.(f)
    6) Treason declared. No response.    353,354, F. 7.(h), 416-420
    7) Offers of payment of debt    N.-001, 061-069,393-394
    8) Insurance- loan keyman paid out    300-324, 140
    9) Bank loan evidence disclosures to attorney's    366,367,416-419
    6) Consolidation letter refused by Kyle Wilson    325-331,61
    7) Questions Kyle Wilson in civil court    332-355
      a) Patents    14,26,73,85,102,122,126,136,187

USA v Karl C. Lippard                    23-cv-01078-MDB

      b) Fraudulent document presented      23,25,27,31,87,393, 416-420
      c) False claims in two courts      32,47,53,72,129,131,137,201,203,393
      d) Blackmail-Actus reus      34,75,78,83,103,188,200,241, H-354
      e) Mens Rea      35-44,55,187,195,217
      f) Perjury      46,66,115-118, 241, H-354
      g) Tort      H.-238,354
      h) Treason. What have you done?      58,165-183,219,221-226
      i) Coercion      78-82,101,125,241
      j) Refused bank fees and commissions      98,171,172,185,231
      k) Blocked meeting with Bank Pres.      99
      l) Blocked loans 102-113,116,143,147,150-164, 70,182,185,190,242-248
      m) Called lines and loans      195,197,206,251,253
      n) Saudi Arabia      220-226, 400
      o) Damages-Summary      page 253, 416-420
    8) Witness Officers      268-370,416-420
    9) Court failure to enforce procedure      398

I.    Exhibit 9   Patents      423-470
      a) Atomic      424-426, 430
      b) Firearms      431-453
      c) IP      457-470

J.    Exhibit 10 Project Nail Polish      471-532
      a) Govt request for powder chemicals      475
      b) Ukraine weapons capability unlimited      490

K.    Exhibit 11 President of The United States      550-587
    1) UAI Letter      C.-003
    2) Letter UAI      C.-019
    3) LOC Navy      F.-139, 155,157,170, G-259
    4) Letter Saudi/India      F.-141-147
    5) Email Eu224 billion      F.-168

L.    Exhibit 12 Wells Fargo Bank      588-647
      b) Vanguard/BlackRock      C.-045-058
      c) Loan Keyman Insurance paid $3.1m      D.-061-069
      d) National Standard      G.-224

    e) CIIG            C.-227-250

M. Exhibit 13 Project Nancy        400,648-675

## Miscellaneous Documents

N. Motion to Dismiss 23-cv-01078-MDB    676-681
O. Lippard Holdings LLC         602-704
  a) Commissions 6%         400-401
P. Condensed Plan Clinton AFB Book 1    757 pages 1-131
Q. Condensed Plan Clinton AFB Book 2    758 pages 132-227
R. Vanguard/BlackRock activity paper     N.-045-058