Karl Lippard
2544 Patriot Hts
Colorado Springs, CO 80904

US District Court
Judge Maritza D. Braswell
901 19th Street
Denver, CO 80294-3589





RDC 99

Retail

U.S. POSTAGE
FCM LG ENV
COLORADO
CO 80904
OCT 16, 202

$1.83

R2305E1233

80294