000676

The United States District Court

For The District Of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2023

JEFFREY P. COLWELL
CLERK

**Civil Action No: 23-cv-01078-MDB**

**United States Of America**

**Plaintiff**

v.

**Karl C. Lippard**

**Defendant**

---

## Motion To Dismiss

---

**The Defendant herein represents that the loan facilitator, FirstBank of Colorado, has offered to settle the case debt by paying the full amount specified by the Complaint of $128,702.61 under conditions of Hold Harmless stated. Exhibit 1.**

**Further, the Defendant is laboring under Federal Code 115 section 2382.**

"Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to **some judge of the United States,** or to the governor or to some judge **or justice of a particular State**, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both."

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

1 | Page

000677

In the interest of Justice, any further financial burden beyond the stated obligation to the SBA loan specified in the Government's Complaint items 35, 42, and 46, if any, be waived for cause. The Defendant has complied with Federal Code Chapter 115 Section 2382 and hereby notifies this Court a claim of Treason has been made in this case under Federal Code Chapter 115, Sec 2381 and where the Court has stated jurisdiction in its Complaint I, under 28 U.S.C. Sec 1391 (b) (1) (2) "Because substantial part of the events giving rise to this claim occurred in this judicial district." Under Federal Code 115 Section 2382 requirement the Defendant also has notified a former President of the United States, an Attorney General of Oklahoma, its Governor Stitt, Congressman Doug Lamborn of Colorado, Congressman Jim Jordan of Ohio, Senator Charles Grassley of Iowa, and the Heads of State of two Countries: Crown Prince HRH Mohammed bin Salman Saudi Arabia, and Prime Minister Narendra Modi of India injured in this matter. As a witness for the United States in which this Court has jurisdiction, and as part of the body of this case pending, the Defendant wishes to close this matter with the Court's acceptance of FirstBank's offer, favoring the United States Department of Justice where the current Defendant, Karl C. Lippard as a witness, is in conflict of opposing Federal laws.

This charge of Treason and the claim is based in part on many documents which prevented the Defendant from paying the SBA loan that brings us to this court. **Exhibit 2** "China Investment International Group Ltd, Cash Backed Letter of Credit dated 5 September 2016 for 1 billion dollars. **Exhibit 3 thirty-five pages,** is a composite of lending instruments for a wire transfer of funds blocked from Defendants account in the amount of **224 Billion Euros** with screenshot confirmation of receipt dated 29 May 2018. The business of the Defendant was to provide three things to the United States for its National Security. **A)** The repair and protection of the United States from Electromagnetic pulse (EMP) of the National Power grid called Project NANCY. (Included in the commitment to **a new source of electricity** for all homes and businesses in the United

000678

States and other countries.) 40 Billion dollars document to start dated 8 September 2018;

**b)** provide Naval Ships commitment of 65 billion dollars to start for 50 Destroyer ships called Project Navy. POTUS commitment, 25 April 2018 and POTUS letter of 4 May 2018;

**c)** *Strategic Alliance:* arms and ammunition supply for the United States and allies under projects called Project Atlantic with the Kingdom of Saudi Arabia starting at 20 billion dollars, 24 April 2018;  Project Pacific funding of defense contracts with India, 25 April 2018.

**Exhibit: 4.** Blackrock graph. Blackrock/Vanguard owns and controls the US Power Grid including 23 Nuclear facilities. Blackrock/Vanguard owns and controls the Naval Shipbuilding. Blackrock owns and controls all meaningful arms and ammunition companies in the United States. They do not own the Defendant patents herein valued by these commitments of more than 270 billion dollars. They have however successfully blocked patent use from all bank lending, finance, and other institutions, and own the various credit bureaus, transportation, oil companies, railroads, trucking, mortgage companies, and benefited from ownership of insurance companies that received more than $3.1 million in Keyman insurance premiums paid via FirstBank through Wells Fargo to facilitate a $1 billion Cash Backed Line of Credit loan (And others) being held by FirstBank and Wells Fargo. From their delays, denied any form of loan, corporate or personal to pay-off to the small SBA loan and called the SBA note.

The Court should appreciate that ANY incoming wire transfers internationally called the SWIFT (Controlled by Blackrock) legal approvals must be made and certified as viewed in some detail in **Exhibit 3**. The end user, the Defendant, must be internationally approved. Validated at the highest level of Government and the purpose for which the funds are to be used verified. This means that **the banks and bank officers** involved in this case must also be completely aware in minute detail of all commitments and activity. And they were.

000679

Comes now the **Motion to Dismiss**. In **Exhibit 1** agreement of FirstBank's proposal to pay the full amount, note under terms of *Hold Harmless* the word "Patents" is used. Patents were being sought under this SBA-created default loan. More than $397,000.00 in inventory was surrendered and now unaccounted for, for a gross debt of less than $88,000.00. A net recovery applies to SBA loan of less than $10,000.00 plus fees to arrive at **$128,702.61 debt. Then pursued patents of the Defendant under the authorization of an SBA loan agreement, of more than 270 billion dollars in patent value.**

The blocking of funds by banks individually or in collusion while they may be illegal a felony case cannot be brought by the Defendant. The claim of the Defendant is (Nelson Bowers and BOWMOR Capital Funding, LLC vs. Karl Lippard and FNGB Corp case No 2:04-CV-032-RWS United States District Court Northern District of Georgia, Gainesville Division page 5 of the Order) that while Federal Firearm ATF laws were allegedly violated, and the Defendant reported, the Gainesville Court upheld the Defendant, Karl Lippard's position, that the activity of another determined by the Defendant to be of a felony nature, prevented the Defendant from doing business and does not present a Federal question. In the case, before this Court, the *blockage* of the Defendant to perform due to alleged criminal activity prevented the Defendant's ability to satisfy an SBA debt. That such blockage has prevented the aforementioned projects of a National Security nature from being fulfilled. The blockage by banks controlled by Blackrock/Vanguard of Cash Backed Letter of Credit, and a large transfer of a capital loan of more than 224 billion Euros has damaged the United States' ability to sustain a Magnetic Pulse attack. Denied every American secure electricity in times of outage, national disaster, and war; Denied the protection of a depleted Navy; and Denied the protection of patented Arms and Ammunition to supply to the United States and its named allies during the war in Afghanistan thereby aiding and abetting enemies of the United States in all three

categories. Such activity the Defendant has reported Treason and other Federal Firearm felonies to law enforcement and in this court according to Federal laws recited to add:

### §903b. Art. 103b. Aiding the enemy

Any person who-
(1) aids, or attempts to aid, the enemy with arms, ammunition, supplies, money, or other things; or
(2) without proper authority, knowingly harbors or protects or gives intelligence to, or communicates or corresponds with or holds any intercourse with the enemy, either directly or indirectly; shall suffer death or such other punishment as a court-martial or military commission may direct. This section does not apply to a military commission established under chapter 47A of this title.

(Aug. 10, 1956, ch. 1041, 70A Stat. 70 , §904; Pub. L. 109–366, §4(a)(2), Oct. 17, 2006, 120 Stat. 2631 ; renumbered §903b, Pub. L. 114–328, div. E, title LX, §5401(5), Dec. 23, 2016, 130 Stat. 2938 .)

Thus under Federal Code and AFT laws, Defendant was required to report such felonies for government review as required under penalty of Federal License and as a citizen to do so under Chapter 115 sec 2382. And to declare today that no avenue is available not blocked to the Defendant to remedy these suffrages of the People before this court today.

In the **Motion to Dismiss** the Court can better decide with the provided background information. **More than one-third of the world's population has been damaged itemized by the claim herein of Treason and remains in jeopardy today.** Under the Defendants' licensed authority as an arms manufacturer, he must decide if Federal law has been violated. It does not give way to monetary consideration or self-preservation. The defendant is charged to *uphold the law* as the last protection of the United States in matters of Treason, firearm and ammunition violations, smuggling, money laundering, and other violations within his purview. Four Banks, one Corporation, and a minimum of five individuals remain beyond this Motion to Dismiss.

The **Motion To Dismiss** under the offer to pay the full amount by the loan facilitator FirstBank has been weighed. With the approval of the Court, the Defendant supports a Motion to Dismiss if so Ordered.

000681

Respectfully submitted, dated 11  July, 2023

*[signature]*

Karl C. Lippard, Pro Se

**2544 Patriot Heights**

**Colorado Springs, CO 80904**

**719-444-0786**

karl@karllippard.com


**CC:**

**Cole Finegan, US Attorney by William B. Gillespie**

**Assistant United SAtates Attorney**

**United States Attorney's Office**

**1801 Califiornia Street, Suite 1600**

**Denver, CO 80202**

**Tele 303-454-0100**

**Email William.Gillespie@usdoj.gov sent via email**

**Counsel for the plaintiff**



**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

**Click-N-Ship®**

9405 5036 9930 0620 8198 38 0096 5000 0028 0294

usps.com
$9.65
US POSTAGE
Flat Rate Env.
Click-N-Ship®

**U.S. POSTAGE PAID**

10/30/2023
Mailed from 80904    9867453781000660    0003

Expected Delivery Date: 11/01/23

**PRIORITY MAIL®**

C044

KARL C LIPPARD
KARL LIPPARD DESIGNS
2544 PATRIOT HTS
COLORADO SPGS CO 80904-5102

JUDGE MARITZA D BRASWELL
US DISTRICT COURT
901 19TH ST
DENVER CO 80294-2500

USPS TRACKING #

9405 5036 9930 0620 8198 38

Electronic Rate Approved #038555749

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

Scanned by
US Marshal

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00001000014



