Other Documents

1:23-cv-01078-MDB USA v. Lippard

CONMAG,JD4,MJ CIV PP

U.S. District Court - District of Colorado

District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/19/2023 at 3:33 PM MDT and filed on 10/19/2023
Case Name:      USA v. Lippard
Case Number:    1:23-cv-01078-MDB
Filer:          Karl C. Lippard
Document Number: 27

Docket Text:
Letter re: Missing documents by Defendant Karl C. Lippard. (Attachments: # (1) Exhibit, # (2) Envelope)(jcharl, )

1:23-cv-01078-MDB Notice has been electronically mailed to:

William Bennett Gillespie   william.gillespie@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFFLUAtty@usdoj.gov, sheri.gidan@usdoj.gov, tonya.andrews@usdoj.gov, usaco.ecfcivil@usdoj.gov

1:23-cv-01078-MDB Notice has been mailed by the filer to:

Karl C. Lippard
2544 Patriot Heights
Colorado Springs, CO 80904

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=10/19/2023] [FileNumber=9378615-0] [7b6ff8c314d70ae6bbe7df3b6d460aa06332f3e68e9d2b3a613f83fe1f1c475b4f
037b10442de95267f4d14d27e01c046e7624434e3cda8c8a507b01d7c75855]]
Document description: Exhibit
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=10/19/2023] [FileNumber=9378615-1] [4229378d52e4bbe959fb4585f7532d237ba72c6a7d2a7d60eced38ea2654c55572
f2343ee1a242df62fa496969618e7b8e239f1f580ce86b08f7c96e3c9c0732]]
Document description: Envelope
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=10/19/2023] [FileNumber=9378615-2] [89a3d07831083lc14da0f97567369f53e2fc2cca4a24dcff170e13154bc917aad5
892aa0a57df340ddb4ca7ab2c5f367779e844108d386ac81844ecd63a2e02c]]