**EXHIBIT 1**

1000 0

**Karl Lippard <karl@karllippard.com>**  9:04 AM (1 hour ago)

to Trevor

Mr. Bartel,

Good morning. I am following up on the document you were preparing. Is it ready for review?

Regards,
Karl Lippard

On Wed, May 10, 2023 at 5:37 PM Karl Lippard <karl@karllippard.com> wrote:

Yes. You were going to prepare the document.
Regards,
Karl Lippard

On Wed, May 10, 2023 at 5:34 PM Bartel, Trevor G. <tbartel@lewisroca.com> wrote:
Mr. Lippard,

Thank you for your response and just to confirm, you would like to settle any alleged claims as outlined in my message from yesterday? This would only include the two substantive points in my message, not any of the terms regarding FirstBank employees. If so, I can send a proposed settlement agreement for your review.

**Trevor G. Bartel**
Partner
tbartel@lewisroca.com
D. 303.628.9591

**From:** Karl Lippard <karl@karllippard.com>
**Sent:** Tuesday, May 9, 2023 5:41 PM
**To:** Bartel, Trevor G. <tbartel@lewisroca.com>
**Subject:** Re: FirstBank v. Karl Lippard, Inc.

**CAUTION! [EXTERNAL to Lewis Roca]**

Oh i think it was what was discussed with Conner last. I just thought the last bit concerning employees should have been more tactful. But it that is how you wish to write it.

Let me know on the banks interest. Banking has gotten to a point that private banks must circle. I pointed out to Gov Still and banking commissioner Thompson that while they are withdrawing

from BlackRock control, where are you going to put you money. You can and should in my view be a part of that alignment. A side bar. Sorry.
Karl
On Tue, May 9, 2023 at 4:58 PM Bartel, Trevor G. <tbartel@lewisroca.com> wrote:
Mr. Lippard,

FirstBank reviewed your below message and is willing to settle on the same terms Conor previously offered. Specifically:

    1.   FirstBank will agree to forbear from collecting on the Final Judgment in the amount of $128,702.61, including, but not limited to, collection of any patents you or Karl Lippard, Inc. may own.

    2.   You (both individually and on behalf of Karl Lippard, Inc.) agree to forgo an appeal of the Final Judgment and release any and all claims against FirstBank, its employees, and representatives

Please be advised that this is FirstBank best and final offer. If this is acceptable we will draft a Settlement Agreement for your review and comment.

**Trevor G. Bartel**
Partner
tbartel@lewisroca.com
D. 303.628.9591