0 0003



EXHIBIT 2
2 pages



# 中國投資國際集團有限公司
## China Investment International Group Limited

### CORPORATE RESOLUTION

All of the Directors of China Investment International Group Limited Hong Kong Listed were below in attendance, and in person or by telephone conference General discussion was held concerning the issue, of approving Karl Lippard Inc. Military Weapons Division for a Credit facility for a Cash backed One Billion US Dollars Stand by letter of Credit (SBLC) issued by Banco Central De Venezuela ("BCV") or Banco Central Do Brasil (BCB).

The board of Directors has reviewed financial documentation that Chief Counsel Sir Daniel Rivera, Board Member, and Director, for China Investment International Group Limited an International Business Company incorporated in Hong Kong (CIIG LTD) has forwarded to the Board of Directors.

RESOLUTION 1.

It is resolved that the Board of Directors of China Investment International Group Limited Hong Kong hereby gives, full discretionary authority to Sir Daniel Rivera to facilitate all directives for issuing a Cash Back, One Billion US Dollars Stand by letter of Credit (SBLC) issued by Banco Central De Venezuela ("BCV") or Banco Central Do Brasil (BCB) and full authority to facilitate In behalf of China Investment International Group Limited Hong Kong, and all related corporations or assignees under the standard terms and conditions, and authorities of China Investment International Group Limited an International Business Company incorporated in ( Hong Kong ).

Sir Daniel Rivera acknowledges that all aspects of the same, were fully Explained in detail to the satisfaction of the Board Member Mr. Yu hua Jian Chairman of the Board of Directors of China Investment International Group Limited an International Business Company incorporated in ( Hong Kong ) with Registered Offices at C a r e t e r a  H i g u e r a  B l a n c a # 56  S a y u l i t a N a y a r I t, 6 3 7 37 Mexico in a meeting Held on September 5th 2016, adopted the following resolutions.

1

The undersigned hereby indemnifies Sir Daniel Rivera against any misrepresentation any Facsimiles or electronically transmitted documents and are deemed as legally binding delivered originals.

I, Mr. Yu Hua Jian, Chairman hereby swear under penalty of perjury, that the information provided herein is accurate and true As of this date: September 5th 2016.

For and on behalf of:

*(signature)*

**Mr. Yu Hua Jian, Chairman.**
**China Passport. G04836936**

Yu hua Jian, Chairman. China Passport. G04836936, Corporation

Registration number: 793538 Hong Kong

For China Investment International Group Limited, Hong Kong

2