**000005**





August 15, 2018

Kingdom of Saudi Arabia
HRH Crown Prince Mohammed Bin Salman Bin AbdulAziz Al Saud
Vice President of Ministers Council
Minister of Defense
Riyadh, Saudi Arabia

RE:  Urgent Kingdom of Saudi Arabia National Security Matter/U.S. Strategic Alliance Impact

Your Honourable Royal Highness,

It is with urgent delivery I contact you with notification of an outstanding legal and political issue of magnitude regarding Security of Kingdom of Saudi Arabia, and The Strategic Alliance with the United States Department of Defense and contractor, Lippard Holdings LLC.

Sir, it is with regret but my duty to inform you of the potential political and public scandal brought upon the Kingdom by a Saudi Royal Family member, H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud.

I respectfully submit to you a most urgent and sensitive matter for your review, on behalf of my company, Union Access Investments Limited.

---

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved

1

009006



A very serious potential misappropriation of funds has arisen with H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud, whom has been appointed the Asset Manager under Union Access Investments for the sum of € 224,121,443,323.00 (Euro Two Hundred Twenty Four Billions, One Hundred Twenty One Million, Four Hundred Forty Three, Three Hundred Twenty Three Only) which H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud has been in receipt of since 29th May 2018.

H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud was legally contracted to forward those funds according to the direction of Union Access Investments, but has failed to do so to date and refused all communications thus far.

The official secretaries to H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud, Mr. Fahad Al Zaher, and Mr. Abdul Aziz Jamaluddin have obstructed all communications since 29 May 2018 and have begun demanding upfront, uncontracted payments in order to resolve this.

The result is a most egregious breach of contract on the part of H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud.

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

2



These particular funds under the management of Union Access Investments are intended for infrastructure development, and some proceeds are designated for United States Navy projects with National Security implications respectively. The transaction is lodged with and verified and approved by The US Treasury, The US Federal Reserve, The European Central Bank, IMF, HKMA and Swiss Central Bank.

Knowing the sensitive nature of this confrontation I have reached out to the USA Ambassador HRH Khalid bin Salman bin AbdulAziz Al Saud and brother of the principle the Ambassador to Great Britain without response to letters or telephone communication. I included supporting documentation of the transaction, confirmation of deposit, relationship between Union Access Investments and H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud and commitment letter to President Donald Trump herein attached for your Royal Highness review.

As a friend and supporter of The Kingdom of Saudi Arabia, I humbly request your Royal Highness assistance and guidance to resolve this issue in an expeditious, amicable and confidential manner with H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud.

---

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

3

000008



Sir, I apologize for not bringing this to Your Highness sooner but felt the matter would have been handled in a few days through these sources and given bad advice.

The President of the United States of America, Mr. Donald Trump was notified of this breach August 2, 2018, by Mr. Karl Lippard relative to his commitment to the United States. Mr. Lippard was advised of the problem in mid July and he too communicated with the USA Ambassador's office several times without response.

In closing, I would like to express my gratitude and appreciation for your time and consideration in this matter. As this is a pressing issue, the file is being delivered electronically, to the USA Ambassador Embassy located at 601 New Hampshire Ave., NW, Washington, DC. USA for official forwarding.  A hard copy letter with attachments sent to your Royal Highness via Federal Express this date. I await your Royal Highness Guidance and advice on this sensitive matter.

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

4

000009



I am available sir to communicate directly on this matter.  I detail for the Kingdom and offer coordinates as detailed below at your convenience.

Yours Sincerely



08/16/2018

R. Scott Trow, CEO

Email: Trow.scott@gmail.com
Email: st@ldsgold.ae

Enclosures:

1.  U.S. Ambassador, Khalid bin Salman bin Abdulaziz, Email and Hard Copy Letter dated June 23, 2018, delivered via UPS

2.  Minister of Foreign Affairs Adel bin Ahmed Al-Jubeir, Notification July 24, 2018

3.  Mr. Karl C. Lippard, Letter to U.S. Ambassador Khalid bin Salman bin Abdulaziz

4.  UAI National Security Incident Diligence File

---

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

5

**From:** Amanda Rutledge [mailto:amanda.rutledge@issamericas.com]
**Sent:** Thursday, June 21, 2018 2:21 PM
**To:** 'ap@saudiembassy.net' <ap@saudiembassy.net>
**Subject:** URGENT - H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz

June 21, 2018

The Honorable Royal Highness Prince Khalid bin Salman bin Abdulaziz
Ambassador of The Kingdom of Saudi Arabia
The Embassy of The Kingdom of Saudi Arabia
601 New Hampshire Ave, NW
Washington, DC 20037

RE: H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz

Dear Honorable Royal Highness,

I respectfully to submit to you a most urgent and sensitive matter for your review, on behalf of
Union Access Investments CEO, Mr. Roger Scott Trow.

A very serious conflict has arisen with H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz
whom has been appointed the Asset Manager under Union Access Investments for the sum of

€ 224,121,443,323.00, which H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz has been in
receipt of since 29 May 2018.

H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz was legally contracted to forward those
funds according to the direction of Union Access Investments, but has failed to do so to
date. The Official Secretaries to H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz, Mr. Fahad
Al Zaher, and Mr. Abdul Aziz Jamaluddin have obstructed all communications since 29 May
2018, and have begun demanding upfront, uncontracted payments in order to resolve this. The
result is a most egregious breach of contract on the part of H.R.H. Prince Abdulaziz Bin Nawaf
Bin Abdulaziz H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz.

These particular funds under the management of Union Access Investments are solely intended
for infrastructure development, and the United States Navy. The transaction is lodged with and
verified and approved by The US Treasury, The US Federal Reserve, The European Central
Bank, IMF and Swiss Central Bank.

Supporting documentation of the transaction, confirmation of deposit, relationship between
Union Access Investments and H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz, and
commitment letter to President Donald Trump are forthwith attached for your review.

As a friend and supporter of The Kingdom of Saudi Arabia, Mr. Trow humbly requests your
assistance to resolve this issue amicably and expediently with H.R.H. Prince Abdulaziz Bin
Nawaf Bin Abdulaziz, and would prefer not to escalate the matter through the Royal Courts or
the regulatory agencies mentioned above, for obvious reasons.

009011

To close, I would like to express my gratitude and appreciation for your time and consideration in this matter. As this is a pressing issue, the file is being delivered electronically, and a hard copy will be delivered to the Embassy located at 601 New Hampshire Ave., NW, Washington, DC. If you would like to communicate directly with Mr. Trow in this matter I would be happy facilitate the introduction; my contact information is below.

Respectfully yours,


Amanda L. Rutledge

*Amanda Rutledge*

President/CEO

ISSA Staffing and Technology

ISS Peru, SAC

936-648-5161

amanda.rutledge@issamericas.com

009012

### Fwd: H.R.H.Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud - €224,121,443,323.00 Alleged Funds Missappropiation

From: karl.lippard <karl.lippard@gmail.com>
07/24/2018 (22 days ago)
To: aaljubeir@mofa.gov.sa, Scott Trow
Show details

Minister of Foreign Affairs  Adel bin Ahmed Al-Jubeir

Dear Sir,

My name is Karl C. Lippard. In Saudi called AL Fahad. My business is National Defense. I have recently been given communications with your office where a response was not received. A similar one to the Ambassador from Saudi Arabia to the United States. Not only did he not respond but failed twice to confirm receipt of my messages to him......?

To the point. I have $270 billion dollars being held by the man in question. I have put aside $10 billion US for a dry dock facility at KAEC for US ships in the region. I have allocated $120 billion in addition to that for classified work in the Kingdom....Yet I don't get a response to communications critical to international relations and USA National Defense matters that are contained in the communications sent. With respect sir, why is that? Is the criminal in question an untouchable? Doesn't the offense warrant a response?

Shortly our Commander in Chief will be advised of this situation. I must file a legal brief in Federal Court that will go viral within 5 minutes of posting. An International Arrest Warrant issued for his extradition to the USA for trial. My lender and I have been patient while the subject has profited with UBS bank at the rate of $1 billion per day since May. Am I expected sir to be amused?

All that was required was professional courtesy in communication. Perhaps advice if not informing HRH Mohammed bin Salman bin Abdulaziz Al Saud quietly of this problem which requires the release of MY FUNDS, not the offenders money, to our account. Thus we can continue about our business. However once in the public domain this dirty business given the great amount will be news for a year or more. I am not found of airing United States security business in public nor confronted about international security business in your region of the world either

I would appreciate your advice in this matter Minister. It is in our best interest to bury this matter swiftly. And since June 24th have not received acknowledgement of correspondence.  May I hear from you sir?

Sincerely

آل فهد

Karl Lippard

719-439-1463 direct cell in the USA and Kingdom

------- Forwarded message ---------
From: Scott Trow<trow.scott@gmail.com>
Date: On Sun, Jun 24, 2018 at 11:08 AM
Subject: Fwd: H.R.H.Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud - €224,121,443,323.00 Alleged Funds Missappropiation

"Do not go where the path leads, I say go where there is no path and leave a trail".

000013

From: Scott Trow <trow.scott@gmail.com>
Date: Sun, 24 Jun 2018, 7:56 pm
Subject: Re: H.R.H.Prince Abdulaziz Bin Nawaf  Bin  Abdulaziz Al Saud - €224,121,443,323.00 Alleged Funds Missappropiation
To: <aaljubeir@mofa.gov.sa>
Cc: Scott Trow <trow.scott@gmail.com>, <st@ldsgold.ae>

Your Excellency,

I respectfully submit to you a most urgent and sensitive matter for your review, on  behalf of my company, Union Access Investments Limited.

A very serious potential misappropriation of funds has arisen with H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud. whom has been appointed the Asset Manager under Union Access Investments for the sum of
€ 224,121,443,323.00 (Euro Two Hundred Twenty Four Billions, One Hundred Twenty One Million, Four Hundred Fourty Three, Three Hundred Twenty Three Only) which H.R.H. Prince Abdulaziz Bin Nawaf Bin  Abdulaziz Al Saud has been in receipt of since 29th May 2018.

H.R.H. Prince Abdulaziz Bin Nawaf Bin  Abdulaziz Al Saud was legally contracted  to forward those funds according to the  direction of Union Access Investments, but has failed to do so to date and refused all communications thus far.

The official secretaries to H.R.H. Prince  Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud, Mr. Fahad Al Zaher, and Mr. Abdul  Aziz Jamaluddin have obstructed all  communications since 29 May 2018 and have begun demanding upfront,  uncontracted payments in order to resolve this. The result is a most egregious breach of contract on the part of H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz Al Saud.

These particular funds under the management of Union Access Investments are intended for  infrastructure development, and some proceeds are designated for United States Navy projects with National Security implications respectively.

The transaction is lodged with and verified  and approved by The US Treasury, The US Federal Reserve, The European Central Bank, IMF, HKMA and Swiss Central Bank.

Supporting documentation of the transaction, confirmation of deposit,  relationship between Union Access  Investments  and H.R.H. Prince Abdulaziz  Bin Nawaf Bin Abdulaziz Al Saud and commitment letter to President Donald Trump are attached for your review.

As a friend and supporter of The Kingdom of Saudi Arabia, I humbly request your assistance to resolve this issue in an expeditious, amicably and confidential manner with H.R.H. Prince Abdulaziz  Bin Nawaf Bin Abdulaziz Al Saud.

I would prefer not to escalate the matter  through the Royal Courts or the regulatory  agencies mentioned above, for obvious  reasons.

000014

In closing, I would like to express my gratitude and appreciation for your time and consideration in this matter. As this is a pressing issue, the file is being delivered electronically, and a hard copy has been delivered to the Embassy located at 601 New Hampshire Ave., NW, Washington, DC. USA.

If you would like to communicate directly with me in this matter please feel free to contact me at any of the coordinates as detailed below at your convenience.

Yours Sincerely,

R. Scott Trow
Email: Trow.scott@gmail.com
Email: st@ldsgold.ae
Phone: +63-929-836-3862

"Do not go where the path leads, I say go where there is no path and leave a trail".

000015



June 20, 2018

Ms. Amanda Rutledge
ISSA Staffing and Technology and International Security Services of Peru ("ISS")
International Security Services of Peru, SAC, a corporation incorporated in Peru ("SAC")

Mr. Faron Russell
CLS Logistics & Security U.S.A.

RE:   Risk Management Services Contract Authority, HRH Prince Saudi Arabia

Dear Ms. Rutledge and Mr. Russell:

This letter serves as Letter of Authority to confirm contracted services on my behalf for security and risk management services regarding the issues that have arisen by the attorney's lack of performance and communication as referenced in the file provided.

I hereby authorize Mr. Faron Russell's attendance on my behalf at meeting in the Saudi Arabian Embassy, Washington D.C. An escalation for the immediate resolution with the assistance of the Embassy is of utmost importance.

The actions of the office of H.R.H. in Saudi Arabia, has now delayed the funding slated June 1, 2018 and the committed support of the U.S. Department of Defense with Lippard Holdings which is critical.

Most respectfully,



R. Scott Rost
Chairman & CEO

RST: rs

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

1

000016

## ACTIVE TRANSACTION AND BANK CLEARANCE APPROVALS

1. US Federal Reserve (UAI will authorize for verification)
2. European Central Bank
3. Swiss Central Bank
4. Bank of International Settlements
5. IMF
6. CIA
7. Mossed
8. MI6
9. C15 and C3

## TRANSACTION STATUS

i.  We have requested in writing confirmation the funds are under the Princes control.

ii.  We have requested in writing confirmation the Princes has no objection to transfer the funds to Hong Kong.

iii.  We have provided a commission guarantee for him.

iv.  We have prepared a commission guarantee to his secretaries; Fahad and Abdul.

All the above needed to be signed and acted upon as we have confirmation from UBS the Prince has the funds. If they signed and transferred their commissions are to be paid.

The Secretary to HRH who has the POA to release the transfer, is now demanding $5m advance to release the funds. He has blocked communications with HRH, who is at risk of court filing for default for nonperformance.

This places Prince Aziz at risk not only to Royal Court filing, loss of 750 Million fee, but it also subjects him to potential international security risk; as he has been blacklisted in the financial systems and may not be aware due to the block in communication and request for advance fees to be released.

000017



June 16, 2018

Mr. Karl C. Lippard, CEO
Lippard Holdings LLC
3259 Electra Drive South
Colorado Springs, CO 80906

RE:  United States Department of Defense Funding Commitment 65 Billion USD, Navy Ships
     Lippard Holdings LLC Stock and Facility Purchase 1B and 20M  respectively

Dear Karl,

This letter and attached documentation is provided as a verification to include proof of funds on behalf of Union Access Investments Ltd. for the Lippard Holdings stock purchase and 65B USD project funding commitment referenced above to the United States of America Secretary of Defense.

The delay in receipt of funds to you for the stock purchase and our projects in support of the United States of America has been caused by nefarious behaviour of two secretaries of H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz;  Mr. Fahad Al Zaher, and Mr. Abdul Aziz Jamaluddin.

Prince Abdulaziz in his contracted role as asset manager and his secretaries, have withheld the wire transfer of the 224 Billion Euros to my designated account. The refusal to wire as agreed needs to be corrected immediately as it has interfered with release of funds to Lippard Holdings and POF to the United States Department of Defense.

This should be corrected immediately with the order for the transfer to the designated account being provided.  The wire would then be received in Hong Kong in my designated account within four hours.

Within 96 hours of receipt into the designated account, I will fund the commitment for the stock purchase as well as the training center in Colorado. The United States Department of Defense Naval ship project proof of funds will be released from Barclay's Bank at that time.

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018. All Rights Reserved.

1



The secretary can perform the needed bank order within 5 minutes, and should provide a copy of the wire instruction sent today, in order to expeditiously conclude our business to the benefit of Lippard Holdings, LLC and the United States Department of Defense.

Most respectfully,



R. Scott Trump
Chairman & CEO

RST: rs

Enclosures: Proof of Funds, 224 Billion Euros
Passport, H.R.H. Prince Abdulaziz Bin Nawaf Bin Abdulaziz, No. D091048
Letter of Commitment, United States of America, 65B USD

.

.

---

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

2



April 25, 2018

The President of the United States
Mr. Donald Trump
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

RE: Bank Guarantee Transaction Issuance with Rolls & Extensions by Tranche Sizes; Standby Letter of Credit or Bank Guarantee 65 Billion USD

Dear Mr. President:

Please accept this letter as confirmation of Union Access Investments Ltd. and its designated entities have the ability to fund, per proposed contracts with regard to the manufacturing and order of leased naval vessel under the direction of Mr. Karl Lippard. Each individual contract for consideration is to be promptly reviewed and approved upon a per transaction basis, with the disclosure of the ability of review for funding of up to $65,000,000,000.00 (Sixty-Five Billion USD) for initial consideration.

The Bank Guarantee/Standby Letter of Credit request required per contract as provided to Mr. Karl Lippard for review and consideration would be scheduled for release and disclosed accordingly upon meeting approval. Union Access Investments Ltd. has the capacity to provide the funding requirements delineated to meet the needs of the contracts following Mr. Lippard's proposals to the United States of America, Secretary of the Navy. Any additional confirmation or due diligence materials from Union Access Investments, Ltd shall be provided upon request.



Most respectfully,

R. Scott Blew
Chairman & CEO

RST: rs

cc:  United States Secretary of Defense
     United States Secretary of the Navy

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

000020

```
-------------------- IP SPECIAL TRANSFER SWIFT Message Transmission ------------
456:/Bank Sender IBAN: CH51 0022 5225 8529 1301 C
457:/Bank Sender Swift: UBSWCHZH80A / UBSWCHZH80G
295:/Bank Sender Global IP: 193.5.110.18
095:/Bank Sender Network Delivery Status: Global ACK
765:/Bank Sender Terminal: Terminal.UBSAG.326 / BSLN92327.ADM1
485:/Bank Global Server ID: KSHGTXN0OEMD6G
104:/Bank Transaction ID: 103 via ISTW WIFT MT 10120500110149e555c4
505:/Bank Input By: 17:07 GMT+1 May 11 2018
356:/Bank Server Serial ID: F21 25 dd 84 0d f6 51 7e f1 3c 44 63 5a 05 ed 21

1:// /SRV1 Name=ebanking-ch1.ubs.com

2:// /SRV1 Name=ebanking-ch2.ubs.com

3:// /SRV3 Name=ebanking-ch.ubs.com
758:/Bank Sender Transfer: 3e 81 c4 1d 74 9f 55 91 7a 4f f21 9 6f 14 f1 49 e5 D86 bd df
864:/Input by SWISS Global Time: 17:07 GMT+1 May 11 2018
658:/CHIPS UID: 4354459
198:/Bank Complement: 0011017A11530103 D866GGTX
564:/Bank UNIQUE TRANSACTION REFERENCE: //c54.983.D 84
640:/IMAD No.: 1103015161101149E 18150000015644453492824
828:/S28 Bank Officer System Operator: BSLN.SC.ADMIN

937:/Client Sender Account Holder: JACEK W.SPYRA
548:/:ISIN: CH0011432447
459:/Clearing Code: 230
037:/:Client Bank: UBS AG
396:/Client Swift Code or BIC: UBSWCHZH80A
105:/:Client Account number in CHF: 44.650422.4386
956:/:Client Account drop in CHF: 44.650422.4386
456:/:CHN: 2447
495:/:Transaction ID Ref: //.BSLN.SC.// 18 530 103
209:/:Client Transfer Amount: 224,121,443,323.00 #EUR#
1012::Client Sub Terminal Account: UBSAG.326

987:Receivers/ Transmission IP: 193.5.110.18
574:Receiver/ Bank name: UBS AG
927:Receiver/ Bank address: Place de Cornavin 12, 1201 Geneve, Switzerland
183:Receiver/ Swift Normal: UBSWCHZH80A
744:Receiver/ IBAN: CH09004042096766060L
364:Receiver/ Beneficiary Account Name: HRH Abdul Aziz Bin Nawaf bin Abdul Aziz Al Saud
784:Receiver/ Protection Bank Officer: Mr. Cedric T. Deleamont +41 22 375 1658
316:Receiver: 224,121,443,323.00 #EUR#

*********** Sender Transmission IP Special Transfer SWIFT ************
// Sender Amount: 224,121,443,323.00 #EUR#
// ACCESS CODE: 0966538201512181500097800000008
// RECEIVER CODE: ST/RA-UBS-G0-AZ/05/11/2018 00120510388001421
// PROVIDER CODE: ST/RA-UBS-G0-AZ/05/11/2018 00120510388001421
// TRANSMITTING BANK: UNION BANK OF SWITZERLAND
// BANK ADDRESS: BAHNHOFSTRASSE 34-45 ZURICH AZ BAZIR / Gold F. CH8
// TELEX NOS: 411 512 551
// CABLE ADDRESS: BT-C-353965367/B-436546-UBSAG4545
// SWIFT CODE: 3/1000-T-045-01001-34067.SEC UBSCHW485671
// 1) DEPOSIT CODE: M591-7624-9066/M5105-8257-065
// 2) BLOCKERING CODE: set by recving bank own one
// 3) REFERENCE CODE: R450-4825-5069. M5307-8459-4567811243103
// 4) FEDS CODE: F =2100100.5445.M530-7825-9069. M5307-8259-440
// 5) SECURITY CODE: set by recving bank
// 6) WITHDRAWAL FEDS CODE: set by recving bank
// 7) INTERNATIONAL DEPOSIT CODE: UE573259069 IDCT/NO.78098-CA-92708
// 8) DEPOSIT TRANSACTION NOS: Leg/No #530-7825-9069. M5307-8259-443
// 9) MILLION/BILLION DEPARTMENT SUISSE: Art/Y-Law-21-Suisse Government,PCT61716
// 10) ONE TIME SATELITE/DOWNLOAD CODE:441016002053394.K442100003205444
--------------- End of Code Transmission---------------
ENCRYPTED CIPHERED ENDRYSRM // 460010110392051T44A0320219G440010130A077B103205894409
transmitter v6.0 KSHGTXN0OEMD6G 900 66 21 101 103 000000000 44 20500001101 307
```

000021



## WIRE INSTRUCTIONS

The funds are to be immediately transferred to the bank coordinates below, with a screenshot provided to evidence the transfer:

| | |
|---|---|
| **COMPANY NAME:** | HONG KONG WEM LONG BIOL SCI-TECH LTD |
| **COMPANY ADDRESS** | 11F Capital Centre 151 Gloucester Rd Wanchai Hong Kong |
| **REG NUMBER:** | 903152 |
| **REPRESENTED BY:** | PU YAHUI |
| **PASSPORT NUMBER:** | 532401196811280618 |
| **COUNTRY:** | CHINA |
| **BANK NAME:** | BANK OF COMMUNICATIONS CO LTD |
| **BANK ADDRESS:** | WHEEL LOCK HOUSE CENTRAL HONG KONG |
| **ACCOUNT NAME:** | HONG KONG WEN LONG BIOL SCI-TECH LTD |
| **ACCOUNT NUMBER (EURO):** | 275329187160 |
| **SWIFT CODE:** | COMMHKHHXXX |

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

1

000022

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

THIS Joint Venture AGREEMENT IS MADE ON THIS 8TH, DAY OF APRIL 2018 BY AND BETWEEN:

HRH PRINCE ABDULAZIZ BIN NAWAF BIN ABDULAZIZ AL SAUD (HRH) with legal registered address ----------- bearing Kingdom Of Saudi Arabia Issued Passport No D091048

HEREINAFTER REFERRED TO AS THE "ASSET MANAGER"

AND

UNION ACCESS INVESTMENTS LIMITED (UAI), with a legal address of HOLLY HOUSE, 220 LONDON ROAD, CHELMSFORD CM29AE, UNITED KINGDOM , represented by, ROGER SCOTT TROW 510912456, passport number

TRANSACTION CODE: HRH44.650-001

HEREINAFTER REFERRED TO AS THE "INVESTOR"

RECITALS:

WHEREAS, THE "INVESTOR" OWNS AN "ASSET", IN THE FORM OF FUNDS IN THE NAME: Mr Jacek Wojciech Spyra IN ACCOUNT NUMBER 44.650.422.4886, HELD AT UBS BANK WHOSE BANK ADDRESS IS ZURICH WITH A VALUE OF €1 Billion (One Billion EURO) HEREINAFTER REFERRED TO AS THE "ASSET", DERIVED FROM GOOD, CLEAN AND CLEAR FUNDS OF NON-CRIMINAL ORIGIN AS DESCRIBED, AND AUTHORISES THE ASSET MANAGER TO MANAGE THE SAME BANK GUARANTEE IN INVESTMENTS, WITH FULL AUTHORITY ON BEHALF OF THE INVESTOR. THE INVESTOR ALLOWS THE ASSET MANAGER TO TRANSFER, ASSIGN SUCH "ASSET" INTO AN INVESTMENT PORTFOLIO MANAGED BY THE "ASSET MANAGER".

WHEREAS, "ASSET MANAGER" HAS THE EXPERTISE, SOURCES, KNOWLEDGE, AND ACCESS TO STRUCTURED INVESTMENT PROGRAMS TO ENGAGE OR CAUSE TO BE ENGAGED IN CERTAIN FINANCIAL TRANSACTIONS, FOR THE EXCHANGE OF ASSETS FOR CREDIT AND FINANCIAL INSTRUMENTS WITH TOP FINANCIAL INSTITUTIONS TO GENERATE FUNDS FOR FUNDING PROJECTS.

NOW THEREFORE, IN CONSIDERATION OF THE PREMISES, COVENANTS AND OTHER GOOD AND VALUABLE CONSIDERATION HEREAFTER SET FORTH, THE SUFFICIENCY OF WHICH IS HEREBY ACKNOWLEDGED, THE PARTIES DO HEREBY AGREE AS FOLLOWS:

1. "INVESTOR" WARRANTS THAT ITS "ASSET" ARE GOOD, CLEAN, CLEARED OF NON-CRIMINAL ORIGIN AND DULY AUTHORIZED TO NEGOTIATE AND EXECUTE THIS AGREEMENT. FURTHER, "INVESTOR" REPRESENTS THAT IT IS READY, WILLING AND ABLE TO PROVIDE SUCH "ASSET" FOR HYPOTHECATION WHICH WOULD ENTITLE THE "ASSET MANAGER" TO ENTER INTO SPECIAL INVESTMENT PROGRAM. "INVESTOR" WILL PROVIDE HISTORY OF FUNDS, COPY OF LEGAL SIGNATORS PASSPORT, CLIENT INFORMATION SHEET AND ANY OTHER RELEVANT DOCUMENTS AS MAY BE NEEDED.

2. "ASSET MANAGER" MAKES NO REPRESENTATION AS TO THE AMOUNT OF PROFITS THAT SHALL BE RECEIVED FROM THE PROGRAM DESCRIBED HEREIN. "ASSET MANAGER" CANNOT AND DOES NOT

009023

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

GUARANTEE OR REPRESENT ANY SPECIFIC RETURNS OF ANY NATURE, NOTWITHSTANDING ANYTHING ELSE CONTAINED HEREIN OR IN ANY ATTACHMENT HERETO.

3. "INVESTOR" WARRANTS AND REPRESENTS THAT IT IS THE LAWFUL OWNER OF THE "ASSET" AND WILL PROVIDE ALL NECESSARY LEGAL DOCUMENTS DULY EXECUTED REPRESENTING THE OWNERSHIP OF SUCH "ASSET."

4. "ASSET MANAGER" WILL UTILIZE ITS RESOURCES, TO ENGAGE IN STRUCTURED INVESTMENT PROGRAMS, THROUGH UBS and BARCLAYS BANK FINANCIAL INSTITUTIONS VIA ITS BANKS AND OTHER FINANCIAL INSTITUTIONS AND WILL USE ITS BEST EFFORTS TO ENHANCE THE INVESTOR "ASSET" IN THE FORM OF CASH AND GENERATE PROFITS FROM SUCH INVESTMENTS TO FUND ITS PROJECTS.

5. "INVESTOR" GIVES "ASSET MANAGER" AUTHORIZATION PERTAINING TO THIS "ASSET", POWER TO REPRESENT, INSTRUCT OR SIGN ON BEHALF OF CLIENT, ARRANGE, MONITOR, EXECUTE, MANAGE AGREEMENTS, CONTRACTS, AND DISSEMINATE PROFIT DISBURSEMENT INSTRUCTIONS, WHICH MAY BE NECESSARY WITH THIRD PARTIES, INCLUDING BANKS AND FINANCIAL INSTITUTIONS, PERTINENT TO TRANSACTIONS INVOLVING PRIVATE PLACEMENT, BUY-SELL PROGRAMS, OR CAPITAL ENHANCEMENT OPPORTUNITY. THIS ALSO INCLUDES THE AUTHORITY TO ALLOW VERIFICATION OF "ASSET" BY BANKING OFFICERS OR RELATED BANK OFFICIALS. "INVESTOR" GIVES AND GRANTS "ASSET MANAGER" FULL POWER AND AUTHORITY TO DO ALL AND EVERY ACT AND THING WHATSOEVER REQUISITE AND NECESSARY TO BE DONE RELATIVE TO THE "ASSET" AND ITS MANAGEMENT, AS TO ALL INTENTS AND PURPOSES AS "INVESTOR" MIGHT OR COULD DO IF PERSONALLY PRESENT. LET IT BE KNOWN THAT THE ASSETS REMAIN IN THE CURRENT BANK ACCOUNT AND THERE ARE NO RIGHTS TO MOVE ASSETS.

6. THE PARTIES ACKNOWLEDGE THAT THIS AGREEMENT IS DRAWN FOR THE SOLE PURPOSE OF INVESTING THE "ASSET" UNDER THE MANAGEMENT OF THE "ASSET MANAGER" AND THAT THE TERM OF THIS AGREEMENT SHALL BE FOR A PERIOD OF ONE (1) YEAR COMMENCING FROM THE DATE OF EXECUTION HEREOF UNLESS TERMINATED OR EXTENDED UPON MUTUAL WRITTEN AGREEMENT BY BOTH PARTIES.

7. 100% OF NET PROFITS GO TO DESIGNATED ACCOUNT AS SHOWN IN ATTACHMENT A. ALL SUCH PROFITS WOULD BE SHARED BETWEEN CLIENT AND ASSET MANAGER ON A MUTUALLY AGREED BASIS, PROFITS WILL GO TO THE ACCOUNT OF THE "INVESTOR" AS SHOWN IN ATTACHMENT B DURING THIS PERIOD. THE BALANCE OF NET PROFIT, AFTER DEDUCTION FROM ATTACHMENT B, GOES TO THE "ASSET MANAGER" ACCOUNT AS SHOWN IN ATTACHMENT C. "ASSET MANAGER" AGREES TO PAY INTERMEDIARIES FROM THIS AMOUNT. "ASSET MANAGER" RETAINS THE RIGHT TO DETERMINE ALL PERIODIC NET PROFIT DISTRIBUTION PERCENTAGES AND EXPEDITE DISBURSEMENT ACCORDINGLY.

8. AT THE END OF THE TRADING CONTRACT PERIOD, THE "ASSET" WILL BE RETURNED TO "INVESTOR", CLEAR OF ALL LIENS, ENCUMBRANCES OR CHARGES, "ASSET MANAGER" WILL PAY FEES TO THE ORGANIZING PARTIES (AS AGREED).

9. THE SIGNATORIES TO THIS AGREEMENT HEREBY AGREE THAT THE INTERNATIONAL CHAMBER OF COMMERCE NON-CIRCUMVENTION AND NON-DISCLOSURE RULES APPLY TO ANY INFORMATION IMPARTED BY ONE PARTY TO THE OTHER PARTY AND ALL SUCH DISCLOSED INFORMATION WILL REMAIN THE PROPERTY OF THE DISCLOSING PARTY FOR FIVE (5) YEARS FROM THE DATE HEREOF. "INVESTOR"

000024

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

AFFIRMS THAT ALL INTERMEDIARIES HAVE BEEN AND ARE HEREBY ORDERED TO CEASE AND DESIST ALL WORK ON BEHALF OF "INVESTOR" WITH RESPECT TO THE "ASSET." "INVESTOR" AGREES THAT "INVESTOR" SHALL NOT COMMUNICATE WITH ANY OTHER PARTY OTHER THAN "ASSET MANAGER" WITH RESPECT TO SUCH "ASSET" AND "INVESTOR" AND THE ENTRY THEREOF INTO A PRIVATE TRANSACTION. NO PARTY SHALL BE ALLOWED TO COMMUNICATE WITH "ASSET MANAGER" OR OTHER ENTITIES OR PERSONS INTRODUCED TO "INVESTOR" BY "ASSET MANAGER" OTHER THAN "INVESTOR." ALL PARTIES AGREE THAT THE RIGHTS GIVEN "ASSET MANAGER" SHALL BE EXCLUSIVE.

10. EACH PARTY TO THIS AGREEMENT ACCEPTS RESPONSIBILITY FOR THEIR SEPARATE TAXABLE OBLIGATIONS AND/OR MAINTENANCE OF SUCH TAX COMPLIANCE RECORDS AS MAY BE NECESSARY, INCLUDING TAXES, IMPOSTS, LEVIES, DUTIES OR CHARGES THAT MAY BE APPLICABLE TO EACH RESPECTIVE PARTY HEREIN. EACH PARTY AGREES TO BE RESPONSIBLE FOR THEIR RESPECTIVE BANK CHARGES AND ANY OTHER COSTS, EXPENSES AND FEES AS MAY BE APPLICABLE.

11. THIS IS NOT A PARTNERSHIP AGREEMENT AND SHALL NOT BE CONSTRUED AS SUCH. NEITHER PARTY WILL BE RESPONSIBLE FOR THE LIABILITIES OF THE OTHER PARTY, NOR WILL EITHER BE ENTITLED TO A SHARE OF THE PROFITS OR INTERESTS OF THE OTHER PARTY, WHICH FALLS EITHER DIRECTLY OR INDIRECTLY OUTSIDE THE SCOPE OF THIS AGREEMENT.

12. BOTH PARTIES TO THIS AGREEMENT AGREE THAT ANY CHANGES, ALTERATIONS, ADDITIONS OR AMENDMENTS CAN ONLY BE MADE IN WRITING WITH CONSENT OF BOTH PARTIES, AND ANY SUCH CHANGES SHALL BE IN THE FORM OF AN ADDENDUM, WHICH SHALL BE READ INTO AND BE MADE A PART OF THIS AGREEMENT.

13. IT IS MUTUALLY AGREED BY THE PARTIES THAT THIS AGREEMENT FALLS UNDER THE I.C.C. INTERNATIONAL LAWS OF BANKING AND THE JURISDICTION OF THE COURTS OF UNITED STATES.

14. WITHDRAWAL, DEFAULT OR TERMINATION OF AGREEMENT

"INVESTOR" MAY NOT WITHDRAW ITS "ASSET" FOR THE TERM OF THE TRANSACTION CONTEMPLATED HEREBY EXCEPT AS FOLLOWS;

A. UPON THE MUTUAL CONSENT OF BOTH PARTIES GIVING SIXTY (60) INTERNATIONAL BANKING DAYS WRITTEN NOTICE BY EITHER OF THE PARTIES HERETO SENT BY REGISTERED MAIL OR COURIER TO EACH PARTY. THE TIME PERIOD FOR THIS PROVISION SHALL BE AUTOMATICALLY EXTENDED TO AVOID CONFLICTS AND/OR TERMINATION OF ANY ONGOING TRANSACTION(S) IN PROGRESS; OR,

B. UPON THE DISCOVERY BY EITHER OF THE PARTIES HERETO, OF WILLFUL INTENT ON THE PART OF ANOTHER PARTY OR PARTIES TO DECEIVE, CIRCUMVENT AND/OR DEFRAUD ANY OR EITHER OF THE PARTIES HERETO, (OR ANYONE WITH WHOM THE PARTIES HERETO MAY BE ASSOCIATED), AND WRITTEN NOTIFICATION OF SUCH DISCOVERY BY THE INJURED PARTY TO THE OTHER PARTIES HERETO; OR,

C. AT THE ELECTION OF THE OTHER PARTY HERETO, SHOULD ANY PARTY BE ADJUDICATED BANKRUPT OR GUILTY OF ANY UNLAWFUL ACT(S) AND/OR BE FOUND GUILTY UNDER A US

000025

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

CANADIAN, SWISS, U.K., ANY OTHER NATION AND/OR INTERPOL INDICTMENT, FOR INTERNATIONAL BANK FRAUD; OR,

D. AT THE ELECTION OF THE OTHER PARTY HERETO, SHOULD A PARTY (OR PARTIES) DECEASE OR BE DECLARED INCOMPETENT AND/OR LEGALLY INSANE OR MENTALLY UNFIT; OR

E. THE FORCE MAJEURE OF ICC STANDARDS IS HEREBY INCORPORATED INTO THIS AGREEMENT AND NEITHER PARTY WILL BE LIABLE FOR FAILURE TO PERFORM WHERE THE CLAUSE IS APPLICABLE, EXCEPT IN MAKING PAYMENT FOR VALUE RECEIVED OR FOR SERVICES RENDERED.

F. THIS AGREEMENT IS DRAWN UNDER AND SUBJECT TO THE LAWS OF UNITED STATES IN THE EVENT OF DISPUTE, BREACH OR CLAIM OF BREACH. DISPUTES ARISING HEREUNDER SHALL BE RESOLVED BY ARBITRATION WITHIN 12 MONTHS OF THE DISPUTE AND THEREAFTER BY LITIGATION IN A COURT OF COMPETENT JURISDICTION.

15. EACH SIGNATORY TO THIS AGREEMENT CONFIRMS AND DECLARES THAT HE OR SHE IS EMPOWERED, LEGALLY QUALIFIED AND AUTHORIZED BY A RESOLUTION OF ITS BOARD OF DIRECTORS TO EXECUTE AND DELIVER THIS AGREEMENT AND TO BE BOUND BY ITS TERMS AND CONDITIONS AND BINDING UPON THE PARTIES HERETO, INCLUDING ITS SHAREHOLDERS, PRINCIPALS, HEIRS, SUCCESSORS, ASSIGNS, LAWYERS, ATTORNEYS, MANDATORIES, EMPLOYEES, JOINT-VENTURE-PARTNERS, BUYERS/SOURCE, SELLERS/SOURCE, AND/OR AGENTS/OTHERS OF ONE OF THE PARTIES HERETO. A FACSIMILE OF THIS DOCUMENT, WHEN EXECUTED, SHALL BE DEEMED AN ORIGINAL, FULLY BINDING AND LEGALLY ENFORCEABLE. THIS AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN THE PARTIES HERETO PERTAINING TO THE SUBJECT MATTER HEREIN. IF ANY PROVISION OF THIS AGREEMENT IS HELD TO BE INVALID, ILLEGAL OR UNENFORCEABLE, THEN THE REMAINDER OF THIS AGREEMENT SHALL SURVIVE AND SHALL BE IN FULL FORCE AND EFFECT. ALL PARTIES ACKNOWLEDGE THAT "ASSET MANAGER" IS NOT A UNITED STATES SECURITIES DEALER, BROKER OR INVESTMENT ADVISOR AND THAT "ASSET MANAGER" HAS NOT IN ANY WAY SOLICITED "INVESTOR" FOR ANY PURPOSE, NOR SHALL THIS AGREEMENT BE CONSIDERED A SOLICITATION OF ANY TYPE.

IN WITNESS WHEREOF, THE PARTIES HAVE EXECUTED THIS AGREEMENT WHICH SHALL BE EFFECTIVE AS OF THE DATE FIRST WRITTEN ABOVE, BEING 8th DAY OF APRIL, 2018.

FOR AND ON BEHALF OF:

ASSET MANAGER:

SIGNATURE_____

HRH PRINCE ABDULAZIZ BIN NAWAF BIN ABDULAZIZ AL SAUD (HRH)

PASSPORT NO: D091048

COUNTRY OF ISSUE: KINGDOM OF SAUDI ARABIA

000026

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

ACCEPTED AND AGREED BY:

INVESTOR: UNION ACCESS INVESTMENTS LIMITED (UAI

SIGNATURE:

REPRESENTED BY: ROGER SCOTT-CROW.

TITLE: Mr

PASSPORT NO. 510912456

COUNTRY OF ISSUE: UNITED KINGDOM

(THIS DOCUMENT MUST BE LEGALLY NOTARIZED)

ATTACHMENT "A"

PAYMASTER 100% OF PROFIT RECEIVING ACCOUNT INFORMATION
(TO BE COMPLETED UPON SIGNATURE OF ALL PARTIES)
NET PROFITS TO INVESTOR SHALL BE DISBURSED FROM SUCH ACCOUNT
NET PROFITS TO ASSET MANAGER SHALL BE DISBURSED FROM SUCH ACCOUNT

| | |
|---|---|
| Bank Contact: | Andrea Meachi |
| Correspondent Bank: | N/A |
| BIC/SWIFT: | BARCGB22 |
| Account/IBAN: | GB87 BARC20691546973922 |
| Further Credit to: | BARCLAYS BANK Plc. |
| BIC/SWIFT: | BARCGB |



# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

| | |
|---|---|
| **Account Holder:** | Union Access Investments Limited |
| **Account Number:** | 46973922 |
| **Bank Address:** | Barclays Bank Plc. Leicester LE87 2BB |
| **Beneficiary:** | Union Access Investments Limited |



000028

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-B01

Serial Code:

ATTACHMENT "B"

ACCOUNT TO WHICH INVESTOR'S NET PROFITS SHALL BE DISBURSED.

| | |
|---|---|
| Bank Contact: | Andrea Meachi |
| Correspondent Bank: | N/A |
| BIC/SWIFT: | BARCGB2 |
| Account/IBAN with RZB: | GB87 BARC20691546973922 |
| Further Credit to: | BARCLAYS BANK Plc. |
| BIC/SWIFT: | BARCGB |
| Account Holder: | Union Access Investments Limited |
| Account Number: | 46973922 |
| Bank Address: | Barclays Bank Plc. Leicester LE87 2BB |
| Beneficiary: | Union Access Investments Limited |



000029

# ASSET MANAGEMENT AGREEMENT

Contract No: HRH44.650-001

Serial Code:

**ATTACHMENT "C"**

ACCOUNT TO WHICH ASSET MANAGER'S NET PROFITS SHALL BE DISBURSED. BASED ON DIFFERENCE
BETWEEN AMOUNTS IN ATTACHMENT A AND ATTACHMENT B

| | |
|---|---|
| **Bank Contact:** | Cedric .T. Deleamon |
| **Correspondent Bank:** | N/A |
| **BIC/SWIFT:** | UBSWEHZH80A |
| **Account/IBAN:** | CH 080024024096766060L |
| **Further Credit to:** | UBS BANK |
| **BIC/SWIFT:** | UBSWEHZH80A |
| **Account Holder:** | Prince H.R.H Abdul Aziz Bin Nawaf bin Abdul Aziz Al Saud |
| **Account Number:** | CH 080024024096766060L |
| **Bank Address:** | P.O.BOX 2600, Geneva, Switzerland |
| **Beneficiary:** | Prince H.R.H Abdul Aziz Bin Nawaf bin Abdul Aziz Al Saud |

**(THIS DOCUMENT MUST BE NOTARIZED)**



000030



KINGDOM OF SAUDI ARABIA

Passport   Type : P   Country Code : SAU   Passport No : D091048

Diplomatic

Name : Prince : ABDULAZIZ BIN NAWAF BIN ABDULAZIZ

Date Of Birth   Place Of Birth
26/12/1979   Riyadh

Date Of Issue   Date Of Expiry
15/05/2016   22/04/2020

Issued In : Riyadh

P<SAUALSAUD<<ABDULAZIZ<BIN NAWAF<BIN ABDULAZIZ
D091048<<7SAU7912263M2004220<<<<<<<<<<<<<<08

000031



To:   HRH Prince Abdulaziz bin Nawaf bin Abdulaziz Al Saud

Union Access Investments Limited

Chairman of the Board

Date: 29th May 2018

REFERENCE HRH44.650-001.

CONFIRMATION ON RECEIPT OF €224,121,443,320.32

Your Royal Highness,

With reference to the above transaction, I would be most grateful if you can confirm by return that you have been credited with the aforementioned sum of monies as advised by UBS, Zurich on Friday 8th June 2018.



Yours Sincerely ,

Scott Trow

Managing Director

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

1

000032



Georgia

GEO

P

JAMALUDDIN

ABDUL AZIZ

GEORGIA

MAY 957

PAKISTAN

018940000226

09 DBC 2016

09 DBC 2026

MINISTRY OF JUSTICE

JAMALUDDIN<<ABDUL<AZIZ<<<<<<<<<<<<<<<
35057GEO5705263M2612096<<<<<<<<<<<

000033



Mr Axel Lehmann
President
UBS Bank AG
45 Banhoff Strasse
Zurich.Switzerland

<u>JUNE 24th  2018</u>

RE: HIGH PRIORITY STANDING ORDER

Dear Mr Lehmann,

Firstly, let us thank you for your professional attendance with **Mr Olivier Griffon** with the recent management of a transaction involving our company and our Director **Mr Jacek W. Spyra** and our Director **HRH Prince Abdul Aziz Bin Nawaf Bin Abdul Aziz Al Saud** for the download of the investment aggregate sum of **224,121,443,323.00 #EUR#**, placed for commercial investment under Asset Management Agreement **No:HRH44.640-001** dated 8th April 2018 filed with UBS BANK AG and regulators by **Mr Olivier Griffon** for AML compliance on the date of commencement. The Agreement No:**HRH44.640-001** remains valid. We serve notice to UBS Bank AG and the Asset Manager to reinvest said funds and any profits earned to date as requested by the investor with immediate effect.

Therefore, Union Access Investments Limited, in our capacity as the Wealth Managers duly appointed under **transaction code: JWS44.650-001** and I, **Mr Roger Scott Trow** acting under full Universal Bond Power dated 18th March 2018 (**Attached**). Acting supervisor of the aggregate sum 224,121,443,323.00 #EUR#, we serve this formal written notice on behalf of **Mr.Jacek W. Spyra**, the Investor. We hereby give formal instruction and authorization to UBS Bank AG to redirect said funds invested under Asset Management Agreement No:**HRH44.640-001** held care of **HRH Prince  Abdul Aziz bin Nawaf bin Abdul Aziz Al Saud** as invested May 11 2018 and downloaded to the care of the Asset Manager June 1st 2018 only authorized to credit into designated account number **IBAN: CH08004024096766060L.**

Therefore new instruction is served to the Asset Manager without any objection on his part.

We hereby instruct to **VOID** all previous orders to hold funds on credit to UBS Bank account number **IBAN: CH08004024096766060L**, and officially execute the standing orders below on behalf of Mr Jacek W. Spyra for recovery of the investment funds that originated from consolidated UBS accounts (**44.650.422.48860**), (**44.651.422.48860**), (**44.323.332.3232**) and any interest or earnings respectively.

Union Access Investments Limited, as the duly appointed Wealth Manager, holder of supervisory authority over the Asset Manager of said investments held a urgent board meeting and it was unanimously agreed to reinvest said funds directly with our investment partner in Hong Kong standing with immediate matching credit to finance our projects as per board resolution dated 23rd June 2018 (**Attached**).

Page 1 of 5

000034



Therefore, we have approved a schedule of transfers to be actioned by UBS BANK AG with immediate effect in the following order to Bank of Communications Hong Kong under the supervision and consent of the Hong Kong Monetary Authority and relevant agencies.

The subject funds are to be immediately transferred to the bank coordinates below, with a screenshot provided to evidence each transfer as per the approved schedule:

**COMPANY NAME: HONG KONG WEN LONG BIOL SCI-TECH LTD**
**COMPANY ADDRESS 11F Capital Centre 151 Gloucester Rd Wanchai Hong Kong**
**REG NUMBER: 903152**
**BANK NAME: BANK OF COMMUNICATIONS CO LTD**
**BANK ADDRESS: WHEEL LOCK HOUSE CENTRAL HONG KONG**
**ACCOUNT NAME: HONG KONG WEN LONG BIOL SCI-TECH LTD**
**ACCOUNT NUMBER (EURO): 275329187160**
**SWIFT CODE: COMMHKHHXXX**

**STANDING ORDERS**
**First Transfer:** Monday June 25th 2018
Five Billion EURO  **(5,000,000,000.00 #EUR#)**
**Second Transfer:** Wednesday June 27th 2018
Seventy Five Billion EURO  **(75,000,000,000.00 #EUR#)**
**Third Transfer:** Thursday June 28th 2018
One Hundred Forty Four Billion One Hundred Twenty One Million Four Hundred Forty Three Thousand three hundred twenty three EURO **(144,212,443,323.00 #EURO#)**

We have informed the Asset Manager his services as receiver are no longer required and he is not a relevant participant in the above-mentioned future investment instructions.

We will have Mr Olivier Griffon reconfirm our instructions with a call to UBS BANK AG also he shall provide the HKMA approved Global IP of the receiver. We humbly thank you for your prompt assistance as always with this urgent transfer request.

Yours sincerely,



**Roger Scott Trow**
**Director/ Wealth Manager**
CC: HONG KONG WEN LONG BIOL SCI-TECH LTD,
ALL FINANCIAL AUTHORITIES & INTELLIGENCE AGENCIES. Including
HRH Prince Abdul Aziz bin Nawaf bin Abdul Aziz Al Saud
Asset Manager
Abdul Aziz Jamaluddin (Assistant)
Fahad Al Zaher (Assistant)
% Saudi Embassy Washington USA.

Page 2 of 5

000035



# ADDENDUM   DRK1810
# MASTER COPY
# **UNIVERSAL BOND POWER AND AUTHORITY**

GRANTING A UNIVERSAL BOND POWER AND AUTHORITY:

- ISSUED JOINTLY OR SEVERALLY TO: UNION ACCESS INVESTMENTS LTD & ROGER SCOTT TROW AS THE WEALTH MANAGER

KNOW ALL MEN BY THESE PRESENTS,
THAT I, MR JACEK WOJCIECH SPYRA (E60671002) BY THE AUTHORIZED POWER VESTED IN ME, AS OF THE 18th DAY OF MARCH 2018, I DO HEREBY AFFIRM AND GUARANTEE BY THIS AUTHORIZATION GRANT TO UNION ACCESS INVESTMENTS LTD AND MR ROGER SCOTT TROW (PASSPORT 510812456) /OR TO THE OFFICERS OF THE COMPANY BY THEIR CAPACITY AS OFFICIALLY ENGAGED CORPORATE OFFICER (S) IN CHARGE OF THE PORTFOLIO TO ENTER COMMITMENTS OF RELATED FINANCIAL ENGAGEMENTS, AND GIVE WRITTEN INSTRUCTIONS WITH TRUSTED ORGANIZATIONS OR PERSONS, TO ACT BY THEIR SIGNATURE(S), ON OUR BEHALF FOR MYSELF AND/OR MY ASSIGNEE-IN-FACT MR GLENN WILLIAM BACHER (PASSPORT X360650XX) ACCEPTS IN RESPECT OF THIS SPECIAL BONDED POWER AND AUTHORITY IN RELATION TO THE WEALTH MANAGEMENT OF MY UBS ASSETS THAT WE HAVE PLEDGED AS REFERENCED AND PROVEN TO BE ASSIGNED THEREIN BY THIS A BINDING CONTRACT UNDER THE HEREIN STATED MASTER

TRANSACTION CODES: JWS44.650-001 AND USING SAID CODES FOR RECORDING BY ANY RELATED FACSIMILE OR SECURED EMAIL OR WRITTEN DEMANDS CARRYING THEIR SIGNED AUTHORIZATION OR EMAILED INSTRUCTION RECEIVED HEREAFTER; WHEN THEIR SIGNATURE AND/OR EMAIL HAS BEEN VERIFIED AS AUTHENTIC ONLY FOR THE PURPOSE IT SERVED UNDER THIS AUTHORITY, I GRANTED SAID RIGHTS AND POWER IRREVOCABLY FROM THIS DAY FORWARD DURING THE ENTIRE VALIDITY OF THIS ENGAGEMENT OF ALL SUCH REQUISITE SERVICES IN ITS ENTIRETY AS IS REQUIRED OR DEEMED NECESSARY IN RELATION TO ALL MY RIGHTS TO BE UNILATERALLY PROTECTED UNDER SUCH AGREEMENTS AND COMMITMENTS THAT REMAIN ACTIVELY VESTED UNDER SAID PORTFOLIO.

NOW THEREFORE, THE PARTIES HERETO HAVE EXECUTED THIS UNIVERSAL BOND POWER IN AGREEMENT UNDER THE FULL AUTHORITY AND POWER VESTED TO THEM TO COMMENCE AS OF THE DAY AND YEAR STIPULATED BELOW. THE UNDERSIGNED GUARANTEE THAT NO OTHER ENTITY OR PERSON IS REQUIRED TO GRANT SUCH AUTHORITY OTHER THAN THOSE WHOM ARE SIGNING THIS DOCUMENT AS THE ONLY PRINCIPALS OF THIS PRIVATE & CONFIDENTIAL AGREEMENT HEREIN STATED OFFICIALLY UNDER THE MASTER TRANSACTION CODE HERETO. JWS44.650-001
THIS ENTIRE DOCUMENT UNIVERSAL BOND POWER AND ITS AUTHORITY CONSISTS OF 1 PAGE ONLY AND ITS TERMS ARE MUTUALLY ACCEPTED AND IRREVOCABLY GRANTED AND APPOINTED AS AGREED BY ALL THE PARTIES: THIS 18TH DAY OF MARCH 2018 AND DECLARED FULLY ENGAGED UNDER THE ABOVE-MENTIONED TERMS AND BINDING HERETO UPON SIGNATURE AND CORPORATE SEAL OF THE FOLLOWING PRINCIPALS THEREFORE NOW DEEMED GRANTED;

BY PARTY A: MR JACEK WOJCIECH SPYRA
TITLE: PRINCIPAL

FOR PARTY B: UNION ACCESS INVESTMENTS LTD

MR ROGER SCOTT TROW
TITLE: PRINCIPAL   COMPANY SEAL

BY PARTY A: MR JACEK WOJCIECH SPYRA BY MY ASSIGNEE-IN-FACT MR GLENN WILLIAM BACHER

FOR PARTY B: ROGER SCOTT TROW

MR GLENN WILLIAM BACHER
TITLE: PRINCIPAL

MR ROGER SCOTT TROW
TITLE: PRINCIPAL

CONFIDENTIAL DOCUMENT [illegible legal fine print]

Union Access Investments Limited
Holly House 220 London Road Chelmsford CM2 9AE United Kingdom

009036



# CORPORATE RESOLUTION

**MASTER TRANSACTION CODE: JWS44.650-001- ASSET MANAGEMENT AGREEMENT HRH44.650-001**

The directors of **UNION ACCESS INVESTMENTS LIMITED** below listed were in attendance, in person or by telephone conference.   General discussion was then held concerning the issue, and all aspects of the same, were fully explained in detail to the satisfaction of the board members.

    Name/Title: **Mr Roger Scott Trow**
    Director

    Name/Title:**Mr Graham Paul Taylor**
    Secretary

The Board of Directors of UNION ACCESS INVESTMENTS LIMITED an International Business Company incorporated on 6TH OCTOBER 2015 in, Chelmsford, in England, with Registered Offices at Holly House, 220 New London Road CM2 9AE, in a meeting held on this the **23rd Day of June, 2018** unanimously adopted the following resolutions.

## RESOLUTION 1:

It is resolved that the Board of Directors of Union Access Investments Limited hereby authorizes: Roger Scott Trow and Mr Jacek Wojciech Spyra Director and Investor of **224,121,443,323.00 #EUR#**, (Investment Capital) invested under Asset Management Agreement **HRH44.640-001**, to issue a transfer Instruction to UBS BANK AG. Issued by vested capacity as Directors of the company and also as the senders of the investment capital, on the grounds that previous investment instructions have not been actioned by the Asset Manager. There is no documented evidence from UBS BANK AG that funds are credited to the designated account **IBAN: CH08004024096766060L** as per the precise banking instructions given on May 11, 2018. Therefore as our Managing Member, and as the investor hereby **VOIDS** all assigned authority, on his behalf stay and name, to the designated Asset Manager **HRH Prince Abdul Aziz Bin Nawaf Bin Abdul Aziz Al Saud** appointed in good faith to receive and manage said funds, and to report such actions to the board on demand.

## RESOLUTION 2:

It is resolved that at this meeting of the Board of Directors that our Managing Member **HRH Prince Abdul Aziz Bin Nawaf Bin Abdul Aziz Al Saud** acted in good faith for UNION ACCESS INVESTMENTS LIMITED with regards to the aforesaid financial investment of said funds earmarked to credit the designated account: **IBAN: CH08004024096766060L** of HRH **Prince Abdul Aziz Bin Nawaf bin Abdul Aziz Al Said** as of 22nd June 2018. Therefore receiver has failed to complete the duties as instructed. The Investor retains title rights of said investment. We no longer require the services of the Asset Manager and he shall step down from the board after returning all of the invested capital and any earnings. A new Asset Manager **Mr Olivier Griffon** is now appointed for agreement HRH44.650-001 until further notice.

## RESOLUTION 3:

It is resolved that **Mr Jacek Wojciech Spyra** Director and Investor of said investment capital has authorized **Mr Roger Scott Trow** to act as our Financial Director for aforesaid investment purposes to amend any standing order for action by UBS Bank AG from the 25th June, 2018 **(attached hereto)** in order to reinvest the capital sum with a vetted company of good standing and financial

Page 4 of 5

00:1037



capability namely **HONG KONG WEN LONG BIOL SCI-TECH LTD** holding Bank Of Communications **ACCOUNT NUMBER (EURO): 275329187160**, validated with matching fund capability, to fund our projects and transfer of investment capital shall be commenced with immediate effect.

## RESOLUTION 4:

It is resolved the Board of Directors of UNION ACCESS INVESTMENTS LIMITED hereby authorized **Mr Roger Scott Trow** to assume all authority, powers, duties, signatory rights and responsibilities on our behalf to instruct **HONG KONG WEN LONG BIOL SCI-TECH LTD** accordingly for project funding to be provided within four banking days of each transfer received into Bank of Communications Limited in Hong Kong from UBS Bank AG Zurich.

## RESOLUTION 5:

It is resolved that **Mr Roger Scott Trow**, is hereby authorized to open a personal, corporate, trading, trust and/or custodial account in Bank of Communications Co Ltd, Hong Kong or any bank, domestic or foreign and to sign such resolutions as may be required by such bank to accomplish the objective(s) as stated herein and to give irrevocable instructions to said bank(s) on our behalf.

I, **Mr Roger Scott Trow**, hereby swear under penalty of perjury, that the information provided herein is accurate and true as of this date **23rd June 2018**

For and on behalf of the board of directors of UNION ACCESS INVESTMENTS LIMITED.

Signature:
Name: **Roger Scott Trow**
Director

Signature:
Name:Graham Paul Taylor
Secretary

009038



# Union Access .

A TEMENUS COMPANY

April 24, 2018

Kingdom of Saudi Arabia
HRH Crown Prince Mohammed Bin Salman Bin AbdulAziz Al Saud
Vice President of Ministers Council
Minister of Defense
Riyadh, Saudi Arabia

RE:  Bank Guarantee Transaction Issuance with Rolls & Extensions by Tranche Sizes; Standby Letter of Credit or Bank Guarantee

Please accept this letter as confirmation of Union Access Trading Limited and its designated entities have the ability to fund per proposed contracts with Mr. Karl Lippard.  Each individual contract for consideration is to be promptly reviewed and approved upon a per transaction basis, with the disclosure of the ability of review for funding of up to $20,000,000,000.00 (Twenty Billion USD) for initial consideration.

The Bank Guarantee/Standby Letter of Credit request required per contract as provided to Mr. Karl Lippard for review and consideration would be scheduled for release and disclosed accordingly upon meeting approval.

Union Access Trading Ltd. has the capacity to provide the funding requirements delineated, to meet the needs of the contracts following Mr. Lippard's proposals to the Kingdom. Any additional confirmation or due diligence materials from Union Access Trading, Ltd shall be provided upon request.

Sincerely,



R. Scott Trow
Chairman & CEO

RST: rs

---

聯業貿易有限公司Union Access Trading Limited
Unit 302, Dominion Centre
43-59 Queen's Road East Wan Chai,
Hong Kong S.A.R.

| B.R#2349905 | B.R#2349905 | NCAGE#SBHN3 | PIC#918061448 | UN GM#462290 |

Copyright © 2016, All Rights Reserved

00 1039



April 25, 2018

Shri Sanjay Mitra IAS
Defense Secretary, Republic of India
Room Number 101A South Block
New Delhi   110011

Dear Secretary,

RE:  Bank Guarantee Transaction Issuance with Rolls & Extensions by Tranche Sizes; Standby Letter of Credit or Bank Guarantee

Please accept this letter as confirmation of Union Access Investments Ltd and its designated entities have the ability to fund per proposed contracts with Mr. Karl Lippard.  Each individual contract for consideration is to be promptly reviewed and approved upon a per transaction basis, with the disclosure of the ability of review for funding of up to $20,000,000,000.00 (Twenty Billion USD) for initial consideration.

The Bank Guarantee/Standby Letter of Credit request required per contract as provided to Mr. Karl Lippard for review and consideration would be scheduled for release and disclosed accordingly upon meeting approval.  Union Access Investments Ltd. has the capacity to provide the funding requirements delineated, to meet the needs of the contracts following Mr. Lippard's proposals to The Republic of India.  Any additional confirmation or due diligence materials from Union Access Investments Ltd shall be provided upon request.

Sincerely,



R. Scott Trow
Chairman & CEO

RST: rs

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018, All Rights Reserved.

1

000040



September 8, 2018

Col. John Dodson
Thayer Gate Development, LLC
P.O. Box 3
West Point, NY 10996

RE: "Project Nancy" Initial Funding Commitment, up to 40 Billion USD, Standby Letter of Credit

Dear Col. Dodson,

Please accept this letter as confirmation Union Access Investments Ltd. has the ability to fund " Project Nancy" of which an overview has been presented by Mr. Karl Lippard of Lippard Holdings LLC.

We welcome the opportunity to participate in funding. We are able to review a consise business plan, and provide final funding approvals. Mr. Karl Lippard of Lippard Holdings LLC we understand is coordinating approvals for the project plan. The initial funding request has been disclosed required as up to 40 Billion USD.

Our Bank Guarantee/Standby Letter of Credit subject to review would be scheduled for release and disclosed accordingly with mutual approval.

Most respectfully,



R. Scott Trow
Chairman & CEO

RST: rs

cc: Karl Lippard, Lippard Holdings LLC

Registered Address
Union Access Investments Limited
Holly House
220 London Road
Chelmsford CM2 9AE
United Kingdom

Copyright © 2018. All Rights Reserved