USA v Karl C Lippard 23-cv-01078-MDB

# Vanguard/ Blackrock
# Are The Largest Shareholders
# of



## 7.18.2023

USA v Karl C Lippard 23-cv-01078-MDB

**Arms/Ammo Companies:** Alliant Powder, ATK, CCI Primers, Dakota Arms, Federal Ammo, General Electric, General Dynamics, Marlin, Para Ordnance, Remington Arms, RCBS, Speer Bullet, St Martin Powder, Strum Ruger, Smith & Wesson, **Vista Outdoors**, Winchester.

**Airlines/Aerospace:** American Airlines, Delta, Boeing Aircraft, Lockheed Martin, Northrop, United Airlines

**Airline Booking:** AirBnB, Bookings, Expedia, Skyscanner, TripAdvisor

**Ammunition & Components:** Alliant powder, BAE, Clarus Corporation, CCI primers, General Electric, Federal Ammunition, General Dynamics, Remington ammunition, Vista Group, Winchester, (managers of Lake City Arsenal, and main supplier of components. Supplier of 99% of all gunpowder, via St. Martin, to the USA military and domestic market,) Sierra Bullets, Speer Bullets.

**Automobile & Vehicle:** Ford, John Deere, HYUNDAI DEVELOPMENT CO., General Motors, Tesla, Penske Automotive Group Inc

**Banks: Bank of America, Bank of East Asia, Barclays PLC, Deutsche Bank, Credit Suisse,** EverBank, Industrial and Commercial Bank of China Ltd. (ICBC USA) SUMITOMO MITSUI FINANCIAL GROUP, INC, **Bank of New York Mellon,** First Bank of Nigeria, **JP Morgan Chase**, Citizens Business Bank, **Citibank, CitiGroup, HSBC Holdings,** KeyCorp, MBNA, **SunTrust Bank,** PayPal, **US Bank N.A, Wells Fargo,** First National Bank Shares, **Truist Financial, US Bank Corp, UBS Group AG, Wachovia Bank** (Banks also include China, Japan and worldwide operations.) **\*\*All in red have been fined for illegal felony banking activity**

**Financial Services: Berkshire Hathaway**, BNP Paribus, **Fidelity Investments, Goldman Sachs & Co.,** Lehman Bros, **Merrill Lynch, Morgan Chase, Morgan Stanley, Power Financial Corp, Prudential Equity Group LLC, State Street Corp, Western Union. \*\*All in red have been fined for criminal/illegal activity.**

**Casinos:** Full House Resorts Inc., Bronco Billy's, IAC Inc., Mandalay Resorts, MGM, Wynn Resorts

**Chemical:** John & Johnson, Dow Chemical, DuPont, MONSANTO CO,
Olin Corp,

**Computer:** Apple, Dell, Intel, IBM, CISCO SYSTEMS, INC, HEWLETT-PACKARD CO, Intel Corp., Texas Instruments, Xerox

**Commodities:** Ball Corp, Dow Chemical, DuPont, Olin Corp, 3-M Co, Olin Brass, US Steel,

**Communications:** Comcast, L3 Harris, Raytheon, ITT, Motorola Inc., Time Warner, Verizon

USA v Karl C Lippard 23-cv-01078-MDB                                    **000047**

**Consumer Health Products:** Proctor & Gamble **65 brands:** Braun, Crest, Dial Soap, Downey, toilet paper, toilet tissue, Head & Shoulders, Folgers Coffee, Oral-B, Prell, Right Guard etc., etc., etc.

**Credit Card Companies:** American Express, Black Card, CAPITAL ONE FINANCIAL CORP, Carte Blanche, Discover card, Diners Club, Visa, MasterCard,

**Credit Reporting Companies**: Dun & Bradstreet, **Equifax**, Experian, TransUnion

**Clothing & Department Stores:** AMERICAN EAGLE OUTFITTERS, INC, BRUNSWICK CORP, Bede-Bath and Beyond, Coach Inc, KOHL'S CORP, Lands', Dicks, End, Macy's, Nike, Nordstrom, POLO RALPH LAUREN CORP, Reebok, Sears, Sportsman's Warehouse, Target, Victoria Secret,

**Electric Power:    See Utility Companies**

**Food & Beverage Companies:** Albertsons, Aidells, Associated British Foods, Ball Park, Bloomin' Brands, Campbell Soup, Coca-Cola, Crisco, Dollar General, Dollar Tree, Family Dollar, Folgers Coffee, Danone, Frito Lay, General Mills, Heinz, Hillshire Farms, Jimmy Dean, Kellogg's, King Soopers, Kraft, Kroger, Mars, Mondelez, PepsiCo, Pillsbury Foods, Safeway, SM Group, J.M. Smucker Co, State Fair, Supporo Holdings, Tyson Foods, , Yum Brands, Wal-Mart, Wright Brand.

**Fast Food:** Dairy Queen, Jack in the Box, McDonald's, Red Robin, Starbucks, Taco Bell, Wendy's.

**Hardware:** Ace Hardware, Black & Decker, Costco, Home Depot, Lowes, True Value. INGERSOLL-RAND COMPANY LIMITED

**Hedge Funds/ Investment:** Aladdin, Arete Wealth Management, Brown Advisory Inc., Clarus corporation, Goldman Sachs Group Inc, State Street, China, and Russia, PRINCIPAL FINANCIAL GROUP, INC., T Rowe Price Group Inc., JPMorgan Investment Management

**Hotels:** Hilton, La Quinta Holdings Inc., Host Hotels & Resorts Inc., Holiday Inn .11% , Marriott International**,** Starwood Hotels, Super 8, Wynn Resorts, Wyndham Hotels,

**Insurance & Health:** Allstate, Aegon N.V, Aetna, Abrdn Investment Management Ltd, Cigna Group, Genworth Ins, GREAT-WEST LIFECO INC., John Hancock group, Humana, Life of the Southwest, Lincoln National, METLIFE, Minnesota Mutual, Metropolitan Group, Northwestern Mutual, Prudential of America, Phoenix Group Ltd. (Eg), Principal Financial Group via group, Pfizer,  Munich (Gr), National Life Ins, State Farm Ins., Security Life Denver, SWISS LIFE HOLDING AG, Securian Holding Company, T Rowe Price Group Inc, **UnitedHealth Group, Inc.,** Voya/Zurich, Xercor,

**Internet:** Amazon, Apple, AOL, Comcast, Facebook, Google, Microsoft, Twitter, Yahoo

**IT:** eforms

USA v Karl C Lippard 23-cv-01078-MDB                                            000048

**Meat Companies**: JBS Meat, Beyond Meat Inc, Jimmy Dean

**Media Companies:** ABC, Alphabet, Apple, Amazon, CBS, Disney, Dropbox, eBay, Fox News, Meta Facebook, MGM Group, Microsoft, Netflix, NBC, WhatsApp; (8% of Fox, 16% of CBS, 13% of Comcast — which owns NBC, MSNBC, CNBC, and the Sky media group, 12% of CNN, and 12% of Disney)

**Military largest suppliers:** ATK, BAE Systems, Bosh & Lomb, Dow Chemical, Gen Electric, Gen Dynamics, L3Harris, Northrop, Olin Corp., Remington, Ruger, St. Martin, Winchester. They are the largest single contractor of the United States military DOD budget.

**Mortgage: COUNTRYWIDE FINANCIAL CORP**, Edward Jones. GOLDEN WEST FINANCIAL CORP, **SunTrust Mortgage, Inc.**

**Oil Companies:** British Petroleum, Chevron, Conoco Phillips, Exxon, Mobil Oil, SCHLUMBERGER LTD, Valero Energy, and much more.

**Pharmaceutical**: BRISTOL-MYERS SQUIBB CO, Johnson & Johnson, Pfizer, Moderna, **Takeda Pharmaceutical Company Limited**

**Railroad:** Union Pacific Railroad, BNSF, Norfolk Southern

**Real Estate REIT:** Starwood Capital (largest in the USA)

**Restaurants:** Bloomin Brands (1,450 of those brands), Bonefish Grill, Burger King, Carrabas, Chipotle Mexican Grill, Danone, Darden Restaurants, Domino's Pizza, Jack in the Box, KFC, Longhorn Steakhouse, Olive Garden, Outback Steakhouse, Pizza Hut, Popeyes, McDonald's, Restaurant Brands Int'l (27,000 restaurants) Starbucks, Taco Bell, Yum China Holdings,

**Seed Production:** Corteva Agriscience (US), Monsanto (Gr), BASF SE (Gr).

**Ship Builders:** Huntington Ingalls Industries

**Transport & Shipping:** J.B. Hunt, MERCK & CO., INC.

**Telephone:** ATT, Apple, Android, Comcast, Google, Verizon, Xfinity,

**Timber:** Weyerhaeuser, GEORGIA-PACIFIC CORP

**Utility Companies:** US Power Grid by default. (Most public Utility Companies) Exelon Corp **(23 operating nuclear reactors across five states,** as well as five closed reactors. It is also the largest utility company in the nation. ATKORE-INC., PG&E, ConEd, PECO, Atlantic City Electric, Delmarva Power and Pepco) Vistra Group, (Power & Nuclear) General Electric, Westinghouse.

USA v Karl C Lippard 23-cv-01078-MDB



"These companies are publically traded and are run by Boards, where the largest shareholders have power over the decision making. This is where it gets interesting because when you look up the largest shareholders, you find yet another monopoly.

While the topmost shareholders can change from time to time based on shares bought, these two companies are consistently listed among the top institutional holders of the parent companies: Vanguard/Blackrock."

USA v Karl C Lippard 23-cv-01078-MDB                                    **000050**

## VANGUARD AND BLACKROCK'S OWNERSHIP BY SECTOR

| MEDIAN % OWNERSHIP | VANGUARD | BLACKROCK | COMBINED |
|---|---|---|---|
| Basic Materials | 7.1% | 6.4% | 13.5% |
| Communications | 6.5% | 6.0% | 12.5% |
| Consumer, Cyclical | 8.4% | 6.1% | 14.5% |
| Consumer, Non-Cyclical | 6.9% | 6.7% | 13.6% |
| Energy | 6.8% | 6.8% | 13.6% |
| Financial | 8.8% | 7.1% | 15.9% |
| Industrial | 8.1% | 6.3% | 14.4% |
| Technology | 7.7% | 6.3% | 14.0% |
| Utilities | 8.3% | 8.0% | 16.2% |

Bloomberg                                            Source: Bloomberg Intelligence

In 2018, the New York Times's Andrew Ross Sorkin described other measures that BlackRock *could* take with its "enormous influence" over gun companies and retailers. It could press for higher age limits on AR-15-style or semi-automatic rifles and shotguns, or even "push gun makers to stop producing such weapons altogether," he said. If BlackRock wasn't seeing enough voluntary changes at a company, it could vote to have its board replaced.

That statement violates Federal Firearms Law. A felony on each company they have a holding in. **Conclusion: Vanguard and Blackrock are above the law.** They are also the largest contributors to the Democrat Party. They own all, and control all. If a competitor, you will be suppressed, bought or destroyed.

Clearly, the USA is not free, as declared. It is, in fact, pretty much lost and totally controlled.

*A good source for information covering interconnections to prove my case of domination one can find he*re: https://www.organicconsumers.org/news/who-owns-world-blackrock-and-vanguard and  https://t.me/JohnSolomon_Reports/2532

- **China Investments: BlackRock announced** that it had raised 6.7 billion yuan ($1 billion) for its first China mutual fund.
- **Russia Investments:** The Bureau analyzed **BlackRock's holdings over the past eight years in 10 companies that form the mainstay of Russia's economy:** Gazprom,

USA v Karl C Lippard 23-cv-01078-MDB

**000051**

Rosneft, Sberbank, VTB, Transneft and Alrosa – which are all part state-owned – as well as Lukoil, Tatneft, Novatek and Nornickel.

- 

**The top five institutional shareholders of Smith & Wesson Brands**
**BlackRock is the largest shareholder of Smith & Wesson Brands.**

| | |
|---|---|
| BlackRock | 8.30% |
| Vanguard | 7.73 |
| Renaissance Technologies | 5.98 |
| Dimensional Fund Advisors | 4.28 |
| State Street Corporation | 1.96 |

**The top five shareholders of Vista Outdoors**
**BlackRock is the majority shareholder of Olin Corp.**

| | |
|---|---|
| BlackRock | 15.32% |
| Gates Capital Management | 9.75 |
| Vanguard Group | 8.63 |
| Dimensional Fund Advisors | 5.27 |
| State Street Corporation | 3.16 |
| Brown Advisory | 2.83 |

**The top five institutional investors of Ammo Inc.**

| | |
|---|---|
| BlackRock | 11.26% |
| Hood Rivier Capital Management | 11.17 |
| Vanguard Group | 8.77 |

USA v Karl C Lippard 23-cv-01078-MDB

000052

| | |
|---|---|
| Tealwood Capital Management | 6.75 |
| Geode Capital Management | 3.16 |

**The only arms and ammunition company with the most patents NOT OWNED by Vanguard/Blackrock is Lippard Holdings LLC. Companies which incorporate patents of Karl Lippard Designs, Inc. (Firearms and Ammunition) Lippard-Industries (KSA projects), and KARL, Inc. (Autonomous domestic Energy & Power Grid support).**

- **As of 2021, at least three executives from BlackRock operate notable positions in President Joe Biden's cabinet.**

**Giant conglomerate's that control the world!!...**



**Omkar Chitnis**

ISBR business school | Finance & Business Analytics, ISBR'23 | Lean Six Sigma Green Belt

USA v Karl C Lippard 23-cv-01078-MDB

000053

Published Mar 27, 2023

## *Oxfam Research -"says that 82% of all earned money in 2017 went to those 1%."*

**BlackRock and Vanguard** are two of the Big three passive fund asset management firms. The third, **State Street**, is owned by **BlackRock** - whose largest shareholder is **Vanguard**. It seems all roads lead to BlackRock.

All three combined $20 trillion in managed assets is the equivalent of more than half of the combined value of all shares of companies in the S&P 500 (about $38 trillion). And that's larger than the gross domestic product (GDP) of every single country around the globe, except for China and the United States.

Bloomberg calls BlackRock "The fourth branch of government", because it's the only private agency that closely works with the central banks. These firms were right of Federal Reserve which helped in time of 2008 housing crises to clear the mess.

BlackRock and Vanguard AUM is $8.6T & $8.1 trillion, respectively. In total, they both own/invested in 1,600 U.S. companies (Reuters:2022).


**Global Financial Markets**

BlackRock's secret weapon, an advanced trading algorithm called Aladdin (Asset, Liability, Debt and Derivative Investment Network) has been shaping global markets for decades.

Aladdin is a program that executes an average of 250,000 trades per day and operates more than $21.6 trillion in assets.

000054

Aladdin executes trades in every asset class across every industry, directs the actions of the Federal Reserve and controls almost every major U.S. bank. It controls over half of all ETFs, 17% of the bond market, and 10% of the stock market.

**It collects data points on every market, every company and every asset and uses machine learning to calculate which trades to execute.**

The network that makes up **Aladdin** is approximately 5,000 supercomputers that now act as the central nervous system for the world's most sophisticated investors and asset managers.

Every major bank and fund has come to rely on Aladdin and its all-powerful AI to beat the market, which raises several fundamental questions about the nature of our fragile financial system.

**Food industry**

Let's take PepsiCo as an example; 72% of stock is owned by no less than 3,155 institutional investors. The top 10 investors collectively amount to a value of $59 billion dollars. But of those ten, only BlackRock, Vanguard & State street own more stock than the other seven combined.

In PepsiCo, Vanguard Group is currently the largest shareholder with 9.29% of shares, and BlackRock has 7.84%. In Coca-Cola, Vanguard and BlackRock hold 8.51% and 7.19 % respectively.

The other big companies that own myriad brand names like Unilever, Mondelez and Nestlé, General Mills, Hershey, Kraft Heinz and many more are under the same group of investors.

**Tech Industry**

USA v Karl C Lippard 23-cv-01078-MDB

BlackRock, Vanguard & State Street own the majority of stock in Alphabet, Apple, Microsoft, IBM, Facebook, AT&T and many others; far more than other institutional investors. Which gives them first-mover advantages.

| | |
|---|---|
| Apple | 14% |
| Microsoft | 15% |
| Amazon | 13% |
| Alphabet | 14% |
| Tesla motors | 11% |
| IBM | 16% |

## Holdings by Both investment firms

## Energy Industry

BlackRock has invested $170.billion in U.S. public energy companies (2021) and $85B only in coal companies.

BlackRock, State Street and Vanguard hold $46 billion in debt and equity in oil companies currently operating in the Amazon rainforest.

Combined, BlackRock & Vanguard  hold 19% of Philips 66,  21% of Valero Energy, 16% of ExxonMobil, and many giants like Conoco-Phillips, Occidental Petrol, Chevron corporation, GE...

Overall, the money manager of these firms has nearly $260 billion invested in fossil fuel companies around the world,

## Pharma and Health Industry

 The Vanguard group is the largest shareholder in Johnson & Johnson with 8.89 %, Merck & Co with 8.95%. AbbVie with 8.97%, CVS Health

USA v Karl C Lippard 23-cv-01078-MDB                                    000056

with 10%, United Health group with 9%,  Sun Pharma, GlaxoSmithKline. BlackRock is the second-largest shareholder in these and many other companies.

## Digital Media

For unilaterally influence bipartisan information flow. "Vanguard and BlackRock are the top two owners of Time Warner, Comcast, Disney and News Corp, four of the six media companies that control more than 90% of the U.S. media landscape,." Together, BlackRock and Vanguard own 18% of Fox, 16% of CBS, 13% of Comcast --which owns NBC, MSNBC, CNBC, The Sky media group, 12% of CNN, and 12% of Disney — which owns a number of subsidiaries...

Apart from the many newspapers and magazines, they also own Sonoma, the parent company of big commercial Dutch channels. Many media outlets from abroad, like VTM, are also owned by the DPG media.

And they own Mediahuis, one of Europe's biggest media firms, which serves the Netherlands with its subsidiaries.

And they also own German conglomerate  "Bertelsmann", which is one of the nine biggest media firms. This company controls RTL, which owns 45 television stations and 32 radio stations in 11 countries. Bertelsmann is also co-owner of the world's biggest book publisher, Penguin Random House.

## Travel industry

Together Vanguard and BlackRock own 21% of  Expedia group, 15% of Bookings Holdings, 27% of American Express, 13% of Boeing, 10% of Airbnb ,16% of TripAdvisor and many others.

## Hires former government officials

USA v Karl C Lippard 23-cv-01078-MDB

000057

As of 2021, at least three executives from BlackRock operate notable positions in President Joe Biden's cabinet. Biden appointed BlackRock executive Brian Deese as Head of the National Economic Council, and Adewale Adeyemo, former chief of staff to BlackRock's chief executive, as the top official at the Treasury Department.

BlackRock lends money to the central bank, but is also its advisor. It also develops software the central bank uses. Dozens of BlackRock employees worked in the White House with Bush and Obama (Bloomberg Report).

**Takeovers:**

Both firm that has gobbled up lots of competitors in its path over the years. BlackRock has acquired 21 organizations to date. In 2020, it acquired Aperio for approximately $1 billion in cash. In 2019, BlackRock acquired eFront, for $1.3 billion. In 2009, BlackRock acquired Barclays Global Investors in a deal that included Barclays' iShares ETF business. And the firm acquired Merrill Lynch Investment Managers.

**NGOs**

According to the World Economic Forum's website, the Gates Foundation is the biggest sponsor of the WHO. That was after Donald Trump stopped USA financial support to the WHO in 2020. The Gates Foundation works closely with the biggest pharma companies, including Pfizer, AstraZeneca, Johnson & Johnson, Bayer, etc.

And we have just read who their biggest shareholders are. Top shareholders of Microsoft & Berkshire Hathaway: Vanguard, BlackRock and State Street Corp. **And Bill Gates is a board member in all of those groups.**

USA v Karl C Lippard 23-cv-01078-MDB                                    000058

These businesses are interlinked in a loop. To build a bridge between businesses, politicians and the media, and to reduce corporate taxes by redirecting revenue to non-profit organizations. To a degree, interlocking directorates conceal conflicts of interests.

**Conclusion:**

Data indicate that both companies have substantial first-mover advantages in all prominent businesses in various sectors. In turn, they are owned by shareholders. Perhaps the most surprising tidbit is that they own each other's stock (Blackrock holds 14.5% of Vanguard Group, whereas Vanguard holds 9% of Blackrock).

Together, they form an immense network comparable to a pyramid. Smaller investors are owned by larger investors, which are owned by even larger investors.

The visible top of this pyramid shows only two companies whose names we often see:  Vanguard and BlackRock.

**The power wielded by these two companies is beyond imagination.**


*Source:*                                         .

*Bloomberg.com/Markets, Reuters, Yahoo finance, Worldbank.org, Violation Tracker.*